# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MRRC HOLD CO.., *et al.*, | Case No. 24-11164 (CTG) |
| Debtors.[1] | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## RUBIO'S RESTAURANTS, INC. (CASE NO. 24-11165)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: MRRC Hold Co. (1242); Rubio's Restaurants, Inc. (0303); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MRRC HOLD CO.., *et al.*,[1] | Case No. 24-11164 (CTG) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES TO THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These notes pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

**Basis of Presentation**. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and are not intended to be fully reconciled with any financial statements or other reporting of the Debtors.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: MRRC Hold Co. (1242); Rubio's Restaurants, Inc. (0303); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.

[2]   These notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

**"As of" Information Date**.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these notes is provided as of June 5, 2024 (the "Petition Date") or as close thereto as reasonably practicable under the circumstances.

**Available Information**.   In preparing the Schedules and Statements, the Debtors relied upon information from their books and records available at the time of such preparation and upon the knowledge and belief of the Debtors or their agents where appropriate.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors, omissions or inaccuracies may exist in the Schedules and Statements, and the receipt or discovery of subsequent information may result in material changes to the Schedules and Statements. The Debtors, and their employees, officers, agents, advisors and attorneys, do not guarantee or warrant the accuracy or completeness of the data that is provided herein.  The Debtors, on behalf of themselves and their employees, officers, agents, advisors, attorneys, disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements, and reserve all rights with respect thereto. The Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary and appropriate.  Notwithstanding the foregoing, the Debtors and their officers, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as expressly required by the Bankruptcy Code.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

a.    **Valuation**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  The Debtors do not have current market valuations for all estate assets. Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value. Book values of assets prepared in accordance with GAAP generally do not, and any estimates may not, reflect the current market value of the assets and may differ materially from the actual value of the underlying assets.  Accordingly, nothing in the Schedules or Statements is or shall be deemed to be an admission with respect to such values.  The Debtors reserve the right to amend such values or estimates to reflect changes in underlying assumptions or the receipt of additional information.

b.    **Estimates and Assumptions**.  Because of the timing of the filings, the Debtors were required to make certain estimates and assumptions that may have affected the reported amounts of these assets and liabilities. Actual results could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

c. **First Day Orders**.  In most instances, amounts paid under various "first day orders", including but not limited to the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief* [Docket #17] (the "Wages Motion"), are excluded from the Schedules and Statements.

d. **Payables, Credits and Adjustments**.  Claims of creditors are listed in the amounts recorded on the Debtors' books and records, based on invoices received and other relevant documentation from or contracts with such creditors.  These amounts may not reflect certain credits, set-offs, allowances or other adjustments due from such creditors.

e. **Leases**.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired).

f. **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation net operating losses, accrued salaries, and employee benefit accruals.  The Debtors have also excluded rejection damages claims of counterparties to executory contracts and unexpired leases that may (or may not) be rejected. In addition, certain immaterial assets and liabilities may have been excluded.

g. **Executory Contracts and Unexpired Leases**.  Executory contracts and unexpired leases have been set forth on Schedule G but are incorporated into Schedule A/B as applicable.  The Schedules and Statements do not reflect any claims or estimates for contract rejection damages.

h. **Intellectual Property Rights.**  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a license or other transaction.  The Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

i. **Causes of Action.** Despite efforts to identify all known assets, the Debtors may not have listed all their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity,

3

guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law it may have, and neither these notes nor the Schedules and Statements shall be deemed a waiver of any such claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

      j.      **Fiscal Year.** The Debtors' fiscal year ends on the last Sunday in December.

      k.      **Confidentiality.** There may be instances within the Schedules and Statements where names and/or addresses have been redacted or left blank out of concerns for confidentiality or privacy of individuals, including without limitation employee addresses. To the extent that certain addresses are withheld, the Debtor will make such addresses available upon reasonable request subject to any applicable law.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**503(b)(9) and PACA/PASA Claims**. The liabilities listed on the Schedules and Statements do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code or PACA and PASA (as those terms are defined in the motion filed at Docket No. 14 in the Debtors' chapter 11 cases).

**Gift Card Transactions**. In the ordinary course of business, Debtor Rubio's Restaurants, Inc. ("Rubio's") and Debtor Rubio's Incentives, LLC ("Incentives") maintain a business relationship regarding the sale of gift cards, resulting in intercompany receivables and payables. The receipts from gift card sales are recorded on the books of Rubio's each period, and the associated liability is recorded to an intercompany account with Incentives. Incentives records a corresponding intercompany receivable from Rubio's and payables to the holders of gift cards. The expected value of this payables liability is disclosed as appropriate on Schedule E/F. In addition, while Incentives is the counterparty to certain third-party agreements for the sale of gift cards, any expenses associated with such agreements are paid and accounted for by Rubio's.

**Signature**. The Schedules and Statements are signed by Nicholas D. Rubin, Chief Restructuring Officer for the Debtors and an authorized signatory of the Debtors. In reviewing and signing the Statements and Schedules, Mr. Rubin has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Rubin has not (and could not have) personally verified the accuracy of each statement and representation contained in the Statements and Schedules, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

**Reservation of Rights**. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim

description or designation; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including without limitation issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in these notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by the Bankruptcy Code or otherwise ordered by the Court.

## NOTES FOR SCHEDULES

**Schedule A/B – Assets – Real and Personal Property**.  All leasehold improvements and equipment identified on Schedule A/B, Parts 7, 8 and 9 are listed net of depreciation and/or amortization, but do not reflect impairment reserves.  The Debtors list equipment and furniture on Schedule A/B, Item 39 and construction in progress and leasehold improvements on Schedule A/B, Item 50 in subtotals for remaining locations, corporate locations, and closed locations due to the difficulty and volume of listing such items by store and/or component.  The Debtors and their estates reserve all rights they may have under applicable law in connection with their asserted real property lease interests.

Schedule A/B, Item 55, lists only those leases that the Debtors intend to maintain going forward, along with the net book value of the related Right of Use asset.  All previously closed locations, including those closed just prior to the petition date and which the Debtors have sought to reject the leases as of the petition date, have not been assigned a value as the amounts are unknown.

Certain intangibles or intellectual property are listed on Schedule A/B, Part 10 with an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors.

Regarding Schedule A/B, Item 72, the Debtors are in the process of analyzing their existing tax attributes, including potential refunds and the ability to utilize net operating losses in the future. Pending the completion of that analysis, the current values of any such amounts are undetermined.

The Debtors have listed those causes of action or potential causes of action against third parties as assets in Schedule A/B, Item 74 of which they are aware.  They may not have listed all possible actions including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).

**Schedule D – Creditors Who Have Claims Secured by Property**.  The Debtors have included on Schedule D all claims they believe are secured.  They have not included all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the

Debtors, inchoate statutory lien rights, or real property lessors, utility companies or other parties that may hold security interests.

The descriptions of claims and collateral in Schedule D are provided in summary form only. Reference must be made to the applicable transaction documents to obtain a complete description of the claims secured by collateral and the collateral securing such claims.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**.  Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Where able, the Debtors have reflected claims on Part 2 of Schedule E/F net of deposits, retainers, and prepayments.

As described above, the Debtors rely on certain third parties to assist in administering their gift card program.  Neither the Debtors nor, to the of the Debtors' knowledge, information, and belief, their third party administrators have contact or noticing information for the holders of the gift cards.  Therefore, only the total outstanding amount of all gift cards, net of accrued breakage, is listed on Part 2 of Schedule E/F.

**Schedule G – Executory Contracts and Unexpired Leases**.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

## NOTES FOR STATEMENTS

**Statement 3**.  Statement 3 includes disbursements or other transfers made by the Debtors within 90 days prior to filing, except for payments on account of compensation paid to employees in the 90 days prior to the Petition Date, all of which is described in the Wages Motion.

**Statement 26(d)**.  From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.  Due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, such parties are not listed in response to this question.

**Statement 27**.  The Debtors conduct regular weekly physical inventories at each restaurant location each Monday, in addition to partial counts on an as needed basis for inventory ordering purposes.

**<u>Global Notes Control.</u>** In the event that the Schedules or Statements differ from any of the foregoing notes, the notes shall control.

**Fill in this information to identify the case:**

Debtor name: Rubio's Restaurants, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11165

☐ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B | $32,731,784.09 |
| 1c. **Total of all property:**<br>Copy line 92 from Schedule A/B | $32,731,784.09 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $77,357,436.63

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $283,182.85 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $14,313,582.87 |

**4. Total Liabilities**
Lines 2 + 3a + 3b — $91,954,202.35

**Fill in this information to identify the case:**

Debtor name: Rubio's Restaurants, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11165

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and Cash Equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $116,550.00 |
| 2.2 | | | $68.19 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 JPMorgan Chase Bank, N.A. | ZBA Checking | 8253 | $0.00 |
| 3.2 JPMorgan Chase Bank, N.A. | Checking | 8246 | $245,670.00 |
| 3.3 JPMorgan Chase Bank, N.A. | ZBA Deposit | 8261 | $0.00 |
| 3.4 JPMorgan Chase Bank, N.A. | ZBA Checking | 4058 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 Restricted Cash - Cash Collateral for L/C for Workers Comp. and Corp. Cards (Chase Bank Account ending -5177) | | $3,491,250.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $3,853,538.19 |

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | NV Dept of Tax-Beer Surety Bond Deposit - Atlantic Specialty Insurance Company | $50,055.00 |
| 7.2 | Rent Deposit - Anaheim - Euclid | $6,797.09 |
| 7.3 | Rent Deposit - Brokaw Plaza | $18,621.00 |
| 7.4 | Rent Deposit - Chandler | $2,532.00 |
| 7.5 | Rent Deposit - Corporate Office - Faraday | $42,150.70 |
| 7.6 | Rent Deposit - Costa Mesa | $4,145.00 |
| 7.7 | Rent Deposit - Kearny Mesa | $3,086.00 |
| 7.8 | Rent Deposit - Laguna Niguel | $5,440.50 |
| 7.9 | Rent Deposit - Marina Del Rey | $5,980.00 |
| 7.10 | Rent Deposit - Mira Mesa | $7,151.25 |
| 7.11 | Rent Deposit - Mission Valley | $4,651.50 |
| 7.12 | Rent Deposit - NEXCOM | $10,000.00 |
| 7.13 | Rent Deposit - Pacific Beach | $2,350.00 |
| 7.14 | Rent Deposit - Packwood Creek | $7,125.00 |
| 7.15 | Rent Deposit - Scottsdale - 101 & Frank Lloyd Wright | $4,800.00 |
| 7.16 | Rent Deposit - Temecula - Ynez & Rancho California | $4,082.40 |

| | | |
|---|---|---|
| 7.17 | Rent Deposit - Torrey Highlands | $9,592.00 |
| 7.18 | Rent Deposit - Tustin | $4,794.00 |
| 7.19 | Rent Deposit - UTC | $5,700.00 |
| 7.20 | Rent Deposit - Yorba Linda | $4,500.00 |
| 7.21 | Security Deposit - Four Embarcadero Center Vent | $3,495.25 |
| 7.22 | Security Deposit - Retail Opportunity Investments Corp | $9,300.00 |
| 7.23 | Security Deposit - Retail Opportunity Investments Partnership LP | $15,000.00 |
| 7.24 | Signage Installation Deposit - Irvine Properties | $2,500.00 |
| 7.25 | Storage Deposit - Pacific Repair | $1,250.00 |
| 7.26 | Utility Deposit - SDGE | $18,989.00 |
| 7.27 | Utility Deposit - City of Mesa | $4,450.00 |
| 7.28 | Utility Deposit - City of Riverside | $3,750.00 |
| 7.29 | Utility Deposit - SCE | $98,033.49 |
| 7.30 | Utility Deposit - SRP | $49,705.00 |
| 7.31 | Workers Comp Insurance Cash Collateral Deposit - Liberty Mutual | $2,090,000.00 |
| 7.32 | Workers Comp Insurance Cash Collateral Deposit - Travelers | $125,000.00 |
| 7.33 | Workers Comp Insurance Escrow Deposit Account - Travelers | $3,600.00 |
| 7.34 | Workers Comp Insurance Escrow Deposit Account - Liberty Mutual | $275,000.00 |
| 7.35 | Retainer - Carl Marks Advisory Group LLC | $43,971.10 |
| 7.36 | Retainer - Force Ten Partners, LLC | $361,018.35 |

| | | |
|---|---|---|
| 7.37 | Retainer - Raines Feldman Littrell LLP | $426,647.00 |
| 7.38 | Retainer - Stretto, Inc. | $109,730.60 |
| 7.39 | Overpayment - Culhane PLLC | $28,190.50 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepaid Auto Insurance - Liberty Mutual | $6,091.51 |
| 8.2 | Prepaid Cyber Insurance - Willis Towers Watson | $37,833.13 |
| 8.3 | Prepaid D&O / EPL Insurance - Cobbs Allen Capital | $134,615.38 |
| 8.4 | Prepaid E&O Insurance - Zurich American | $2,653.70 |
| 8.5 | Prepaid Excess D&O Insurance - Cobbs Allen Capital | $76,983.85 |
| 8.6 | Prepaid D&O Tail Insurance - Cobbs Allen Capital | $267,765.00 |
| 8.7 | Prepaid Fire & Casualty Insurance - American Fire & Casualty | $13,280.94 |
| 8.8 | Prepaid Fire Insurance - National Union Fire | $19,924.53 |
| 8.9 | Prepaid Foreign Package Insurance - ACE | $1,037.74 |
| 8.10 | Prepaid GL Insurance - Carl Warren | $30,000.00 |
| 8.11 | Prepaid GL Insurance - Markel American | $87,068.94 |
| 8.12 | Prepaid Insurance Fees - Willis Towers Watson | $39,130.23 |
| 8.13 | Prepaid Property Insurance - Travellers | $593,677.89 |
| 8.14 | Prepaid Tradename Insurance - Lloyd's | $9,880.11 |
| 8.15 | Prepaid Umbrella Insurance - Markel American | $41,550.94 |
| 8.16 | Prepaid WC Insurance - Liberty Mutual | $1,274,986.74 |

| | | |
|---|---|---|
| 8.17 | Prepaid D&O Runoff - Starr Indemnity & Liability | $102,859.25 |
| 8.18 | Prepaid Excess D&O Runoff - Ironhorse Indemnity | $25,079.98 |
| 8.19 | Prepaid Special Contingency Risks Insurance - XL Specialty Ins | $3,963.90 |
| 8.20 | Prepaid Business Licenses & Permits | $24,570.56 |
| 8.21 | Prepaid Health Licenses & Permits | $46,518.57 |
| 8.22 | Prepaid Liquor Licenses & Permits | $33,565.27 |
| 8.23 | Prepaid Sponsorship - Padres | $89,134.60 |
| 8.24 | Prepaid Marketing | $58,567.55 |
| 8.25 | Prepaid Gift Card Activations | $172,881.82 |
| 8.26 | Prepaid Service Contracts - Service Management Group, LLC | $97,697.09 |
| 8.27 | Prepaid Service Contracts - Task Retail Technology LLC | $23,894.24 |
| 8.28 | Prepaid Service Contracts - Admiral West, LLC | $18,548.62 |
| 8.29 | Prepaid Recruiting - Linkedin Corporation | $16,519.81 |
| 8.30 | Prepaid Employee Relations - Awardco, Inc. | $13,708.89 |
| 8.31 | Prepaid Outside Services - Tdn2K, LLC | $13,614.91 |
| 8.32 | Prepaid Service Contracts - Softchoice Corporation | $12,413.96 |
| 8.33 | Prepaid Service Contracts - Compliancemetrix, Inc. | $12,218.01 |
| 8.34 | Prepaid Service Contracts - Salesforce.Com, Inc | $9,772.06 |
| 8.35 | Prepaid Service Contracts - Contractsafe LLC | $6,369.83 |
| 8.36 | Prepaid Service Contracts - Prophix Software Inc. | $4,922.83 |

| | | |
|---|---|---|
| 8.37 | Prepaid Service Contracts - Happyfox, Inc | $4,055.10 |
| 8.38 | Prepaid Service Contracts - Dell Marketing L.P. | $3,251.03 |
| 8.39 | Prepaid Service Contracts - Secured Retail Networks, Inc. | $2,712.90 |
| 8.40 | Prepaid Auto, Gas, and Tolls - UCLA Transportation | $2,398.80 |
| 8.41 | Prepaid Service Contracts - Knowbe4 Inc. | $2,025.18 |
| 8.42 | Prepaid Service Contracts - Delinea Inc. | $1,657.79 |
| 8.43 | Prepaid Outside Services - Pharos Holdings, LLC | $1,018.84 |
| 8.44 | Prepaid Outside Services - Box Inc. | $560.36 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$7,314,166.11

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $1,354,291.73 | − | $110.66 | = ........ ➜ | $1,354,181.07 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | | − | | = ........ ➜ | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,354,181.07

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | None | | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

| 15.1 | Rubio's Incentives, LLC | 100% | None | Undetermined |
|---|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | None | | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

---

**Part 5:**    **Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1   Food Items at Restaurants | 6/3/2024 | $678,272.08 | Net Book Value | $678,272.08 |
| **20. Work in progress** | | | | |
| 20.1   None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1   None | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1   Supplies at Restaurants | 6/3/2024 | $284,284.36 | Net Book Value | $284,284.36 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $962,556.44 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $962,556.44    Valuation method    Net Book Value    Current value    $962,556.44

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.      $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value      Valuation method      Current value

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Equipment and Furniture - Remaining Locations | $3,106,559.26 | Net Book Value | $3,106,559.26 |
| 39.2 Equipment and Furniture - Corporate & Other | $958,453.17 | Net Book Value | $958,453.17 |
| 39.3 Equipment and Furniture - Closed Locations | $1,469,790.53 | N/A | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 None | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 None | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $4,065,012.43 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2007 Ford E350 Super Duty Cargo Van, VIN #1FTSS34S27DB46774 | $0.00 | None | Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Construction in Progress - Remaining Locations | $541,966.18 | Net Book Value | $541,966.18 |
| 50.2<br>Construction in Progress - Corporate & Other | $782,703.41 | Net Book Value | $782,703.41 |
| 50.3<br>Construction in Progress - Pending Oceanside Location | $998,509.61 | Net Book Value | $998,509.61 |
| 50.4<br>Construction in Progress - Closed Locations | $222,413.44 | N/A | $0.00 |
| 50.5<br>Leasehold Improvements - Remaining Locations | $3,665,523.01 | Net Book Value | $3,665,523.01 |
| 50.6<br>Leasehold Improvements - Corporate & Other | $361,647.09 | Net Book Value | $361,647.09 |
| 50.7<br>Leasehold Improvements - Closed Locations | $2,518,240.23 | N/A | $0.00 |
| 50.8<br>Smallwares - Remaining Locations | $38,898.62 | Net Book Value | $38,898.62 |
| 50.9<br>Smallwares - Closed Locations | $17,284.62 | N/A | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $6,389,247.92 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Building (Store #8) 399 North Magnolia Ave., El Cajon, CA 92020 | Owned | $515,013.85 | Net Book Value | Undetermined |
| 55.2  Real Property Lease (Corporate Offices) 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92088 | Leased | $1,416,859.46 | Net Book Value | Undetermined |
| 55.3  Real Property Lease (Store #1) 4504 East Mission Bay Dr. , San Diego, CA 92109 | Leased | $385,184.56 | Net Book Value | Undetermined |
| 55.4  Real Property Lease (Store #4) 3555 Rosecrans St. Suite 101A & 101B, San Diego, CA 92110 | Leased | $81,926.41 | Net Book Value | Undetermined |
| 55.5  Real Property Lease (Store #7) 252 N. El Camino Real Ste. 4, Encinitas, CA 92024 | Leased | $146,292.72 | Net Book Value | Undetermined |
| 55.6  Real Property Lease (Store #8) 399 North Magnolia Ave. , El Cajon, CA 92020 | Leased | $559,044.80 | Net Book Value | Undetermined |
| 55.7  Real Property Lease (Store #9) 7420 Clairemont Mesa Blvd. Ste. 111, San Diego, CA 92111 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.8  Real Property Lease (Store #12) 17655 Harvard Ave. Ste. H, Irvine, CA 92614 | Leased | $388,135.48 | Net Book Value | Undetermined |
| 55.9  Real Property Lease (Store #15) 12002 Carmel Mtn. Rd. Ste. 260, San Diego, CA 92128 | Leased | $266,117.56 | Net Book Value | Undetermined |
| 55.10  Real Property Lease (Store #16) 27480 Ynez Road, Suite 0-2 , Temecula, CA 92591 | Leased | $64,481.70 | Net Book Value | Undetermined |

| | | | | |
|---|---|---|---|---|
| 55.11 | Real Property Lease (Store #17) 1835 Newport Blvd. Suite D-158, Costa Mesa, CA 92627 | Leased | $75,419.34 | Net Book Value | Undetermined |
| 55.12 | Real Property Lease (Store #18) 27000 Alicia Pkwy. Ste. A, Laguna Niguel, CA 92677 | Leased | $40,157.38 | Net Book Value | Undetermined |
| 55.13 | Real Property Lease (Store #19) 520 North Euclid Ave , Anaheim, CA 92801 | Leased | $132,553.06 | Net Book Value | Undetermined |
| 55.14 | Real Property Lease (Store #20) 2075-A Camino De La Reina , San Diego, CA 92108 | Leased | $554,744.75 | Net Book Value | Undetermined |
| 55.15 | Real Property Lease (Store #23) 5500 Grossmont Ctr Dr. Ste. D22, La Mesa, CA 91942 | Leased | $103,276.88 | Net Book Value | Undetermined |
| 55.16 | Real Property Lease (Store #25) 8855 Villa La Jolla Village Dr. Ste. 404 and 406, La Jolla, CA 92037 | Leased | $441,268.84 | Net Book Value | Undetermined |
| 55.17 | Real Property Lease (Store #26) 2841 West MacArthur Blvd. Suite A, Santa Ana, CA 92704 | Leased | $150,024.49 | Net Book Value | Undetermined |
| 55.18 | Real Property Lease (Store #29) 2604-A El Camino Real , Carlsbad, CA 92008 | Leased | $207,432.93 | Net Book Value | Undetermined |
| 55.19 | Real Property Lease (Store #32) 7063 Katella Ave. , Stanton, CA 90630 | Leased | $193,571.98 | Net Book Value | Undetermined |
| 55.20 | Real Property Lease (Store #34) 25482 Marguerite Pkwy Ste. 104, Mission Viejo, CA 92692 | Leased | $268,243.83 | Net Book Value | Undetermined |
| 55.21 | Real Property Lease (Store #37) 25366 Crenshaw Blvd. , Torrance, CA 90505 | Leased | $125,708.19 | Net Book Value | Undetermined |
| 55.22 | Real Property Lease (Store #38) 15705 North Hayden Rd. Suite C8 & C9, Scottsdale, AZ 85260 | Leased | $168,393.71 | Net Book Value | Undetermined |
| 55.23 | Real Property Lease (Store #41) 10798 Foothill Blvd. Suite 120, Rancho Cucamonga, CA 91730 | Leased | $291,257.22 | Net Book Value | Undetermined |
| 55.24 | Real Property Lease (Store #42) 10460 Friars Rd. Ste. A, San Diego, CA 92120 | Leased | $370,720.75 | Net Book Value | Undetermined |

| 55.25 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #45) 16588 Bernardo Ctr Dr. Ste. 100, San Diego, CA 92128 | Leased | $840,748.22 | Net Book Value | Undetermined |

| 55.26 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #47) 20355 Yorba Linda Blvd Suite F, Yorba Linda, CA 92886 | Leased | $333,727.84 | Net Book Value | Undetermined |

| 55.27 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #49) 884 West Warner Rd. Ste. B8, Gilbert, AZ 85233 | Leased | $158,915.59 | Net Book Value | Undetermined |

| 55.28 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #50) 5055 West Ray Rd. Suites 3 & 4, Chandler, AZ 85226 | Leased | $1,052.82 | Net Book Value | Undetermined |

| 55.29 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #53) 1712 East Guadalupe Rd. Ste. 110, Tempe, AZ 85283 | Leased | $47,794.62 | Net Book Value | Undetermined |

| 55.30 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #55) 308 Westwood Plz., Ackerman, Un. 1st Fl, Treehouse Ct, Los Angeles, CA 90024 | Leased | $0.00 | Net Book Value | Undetermined |

| 55.31 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #56) 2959 Jamacha Rd. Ste. 20A, El Cajon, CA 92019 | Leased | $0.00 | Net Book Value | Undetermined |

| 55.32 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #57) 4747 East Bell Road Suite 17, Phoenix, AZ 85032 | Leased | $266,748.30 | Net Book Value | Undetermined |

| 55.33 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #58) 20 City Blvd. West Bldg J Suite F8, Orange, CA 92868 | Leased | $294,888.68 | Net Book Value | Undetermined |

| 55.34 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #59) 1016 Tierra Del Rey Suite A, Chula Vista, CA 91910 | Leased | $306,311.68 | Net Book Value | Undetermined |

| 55.35 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #68)  3330 Grand Ave Suite G, Chino Hills, CA 91709 | Leased | $303,321.97 | Net Book Value | Undetermined |

| 55.36 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #73) 7407 West Bell Road Suite 1, Peoria, AZ 85382 | Leased | $356,945.79 | Net Book Value | Undetermined |

| 55.37 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #76) 2204 Foothill Blvd. , La Verne, CA 91750 | Leased | $57,669.66 | Net Book Value | Undetermined |

| 55.38 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #77) 10785 Scripps Poway Parkway Suite B, San Diego, CA 92131 | Leased | $405,071.06 | Net Book Value | Undetermined |

| 55.39 | | | | |
|---|---|---|---|---|
| | Real Property Lease (Store #78) 249 N. Glendale Avenue Suite B, Glendale, CA 91206 | Leased | $118,651.34 | Net Book Value | Undetermined |

| | | | | |
|---|---|---|---|---|
| 55.40 | Real Property Lease (Store #85) 3545 Del Mar Heights Rd. Suite C1, San Diego, CA 92130 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.41 | Real Property Lease (Store #98) 1664 Main Street Suite A, Ramona, CA 92065 | Leased | $39,795.60 | Net Book Value | Undetermined |
| 55.42 | Real Property Lease (Store #99) 4340 E. Indian School Rd. Suite 1, Phoenix, AZ 85018 | Leased | $196,505.61 | Net Book Value | Undetermined |
| 55.43 | Real Property Lease (Store #101) 10509 N. Oracle Road , Oro Valley, AZ 85737 | Leased | $484,977.97 | Net Book Value | Undetermined |
| 55.44 | Real Property Lease (Store #102) 3406 College Ave. Ste. A, San Diego, CA 92115 | Leased | $336,635.33 | Net Book Value | Undetermined |
| 55.45 | Real Property Lease (Store #106) 19035 Goldenwest Street Suite 101, Huntington Beach, CA 92648 | Leased | $155,456.99 | Net Book Value | Undetermined |
| 55.46 | Real Property Lease (Store #110) 110 Hidden Valley Pkwy. Ste. G, Norco, CA 92860 | Leased | $86,423.09 | Net Book Value | Undetermined |
| 55.47 | Real Property Lease (Store #123) 20210 N. 59th Avenue , Glendale, AZ 85308 | Leased | $111,406.49 | Net Book Value | Undetermined |
| 55.48 | Real Property Lease (Store #124) NEX North Island, Bldg 2017 Bldg 2017, Coronado, CA 92135 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.49 | Real Property Lease (Store #127) 627 Orange St. , Redlands, CA 92374 | Leased | $45,723.51 | Net Book Value | Undetermined |
| 55.50 | Real Property Lease (Store #134) 10732 Westview Pkwy Suite 301, San Diego, CA 92126 | Leased | $126,638.34 | Net Book Value | Undetermined |
| 55.51 | Real Property Lease (Store #139) 13504-B & 13506 Poway Road , Poway, CA 92064 | Leased | $147,577.88 | Net Book Value | Undetermined |
| 55.52 | Real Property Lease (Store #149) 78-447 Highway 111 Suite A, La Quinta, CA 92253 | Leased | $129,260.69 | Net Book Value | Undetermined |
| 55.53 | Real Property Lease (Store #152) 32415 N. Scottsdale Rd. Suite C, Scottsdale, AZ 85266 | Leased | $229,579.55 | Net Book Value | Undetermined |
| 55.54 | Real Property Lease (Store #159) 6736 E. Baseline Road Ste. 101, Mesa, AZ 85206 | Leased | $216,615.42 | Net Book Value | Undetermined |

| 55.55 | Real Property Lease (Store #167) 5620 Paseo Del Norte Suite 128, Carlsbad, CA 92008 | Leased | $566,572.34 | Net Book Value | Undetermined |
| 55.56 | Real Property Lease (Store #168) 12010 Lakewood Blvd. , Downey, CA 90242 | Leased | $202,612.73 | Net Book Value | Undetermined |
| 55.57 | Real Property Lease (Store #170) 32180 HWY 79 South Building L, Temecula, CA 92592 | Leased | $426,473.72 | Net Book Value | Undetermined |
| 55.58 | Real Property Lease (Store #171) 39445 10th St. West Ste. D1, Palmdale, CA 93551 | Leased | $349,187.34 | Net Book Value | Undetermined |
| 55.59 | Real Property Lease (Store #174) 555 Broadway St. Ste. 129, Chula Vista, CA 91910 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.60 | Real Property Lease (Store #181) 9200 Rosedale Hwy. Ste. 200, Bakersfield, CA 93312 | Leased | $192,256.89 | Net Book Value | Undetermined |
| 55.61 | Real Property Lease (Store #183) 751 Center Drive Suite 106, San Marcos, CA 92069 | Leased | $1,532.93 | Net Book Value | Undetermined |
| 55.62 | Real Property Lease (Store #189) 1297 E. Ontario Ave. , Corona, CA 92881 | Leased | $345,231.65 | Net Book Value | Undetermined |
| 55.63 | Real Property Lease (Store #190) 5500 Campanile Dr. , San Diego, CA 92182 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.64 | Real Property Lease (Store #192) 2320 Baseline Rd. Ste. 150, Phoenix, AZ 85042 | Leased | $120,316.72 | Net Book Value | Undetermined |
| 55.65 | Real Property Lease (Store #196) 24920 N. Lake Pleasant Pkwy. Ste. 140, Peoria, AZ 85383 | Leased | $369,462.50 | Net Book Value | Undetermined |
| 55.66 | Real Property Lease (Store #197) 2970-6 E. Germann Rd Ste. 100, Chandler, AZ 85249 | Leased | $313,405.15 | Net Book Value | Undetermined |
| 55.67 | Real Property Lease (Store #202) 5200 RAMON ROAD , Palm Springs, CA 92264 | Leased | $362,484.50 | Net Book Value | Undetermined |
| 55.68 | Real Property Lease (Store #203) 2694 Canyon Springs PKWY, STE A , Riverside, CA 92507 | Leased | $370,673.59 | Net Book Value | Undetermined |

| 55.69 | Real Property Lease (Store #207) 1500 N. Green Valley Pkwy. Bldg 200, Ste. 210, Henderson, NV 89074 | Leased | $133,482.59 | Net Book Value | Undetermined |
| 55.70 | Real Property Lease (Store #209) 9310 W. Sahara Ave. Ste. 100, Las Vegas, NV 89117 | Leased | $141,741.12 | Net Book Value | Undetermined |
| 55.71 | Real Property Lease (Store #211) 3421 E. Broadway Blvd. Suite 101, Tucson, AZ 85716 | Leased | $171,329.50 | Net Book Value | Undetermined |
| 55.72 | Real Property Lease (Store #213) 937 N. Dobson Rd Suite 106, Mesa, AZ 85201 | Leased | $348,591.98 | Net Book Value | Undetermined |
| 55.73 | Real Property Lease (Store #215) 43530 10th St. West Suite 101, Lancaster, CA 93534 | Leased | $289,812.95 | Net Book Value | Undetermined |
| 55.74 | Real Property Lease (Store #217) 4770 E. Ray Rd. , Gilbert, AZ 85296 | Leased | $310,233.62 | Net Book Value | Undetermined |
| 55.75 | Real Property Lease (Store #225) 15479 West McDowell Rd. Ste 101, Goodyear, AZ 85338 | Leased | $463,600.82 | Net Book Value | Undetermined |
| 55.76 | Real Property Lease (Store #236) 2675 Gateway Rd. Ste. 104, Carlsbad, CA 92009 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.77 | Real Property Lease (Store #237) 40436 Murrieta Hot Springs Rd. Stes. 101 and 102, Murrieta, CA 92563 | Leased | $451,152.69 | Net Book Value | Undetermined |
| 55.78 | Real Property Lease (Store #242) 400 N. Pacific Coast Hwy. Ste. C, El Segundo, CA 90245 | Leased | $16,166.48 | Net Book Value | Undetermined |
| 55.79 | Real Property Lease (Store #249) 130 Town Center Pkwy. Ste. D, Santee, CA 92071 | Leased | $374,807.69 | Net Book Value | Undetermined |
| 55.80 | Real Property Lease (Store #255) 1205 W. Sunset Ste. 130, Henderson, NV 89014 | Leased | $30,926.21 | Net Book Value | Undetermined |
| 55.81 | Real Property Lease (Store #258) 2390 E. Serene Avenue Suites 410-5 and 700-6, Las Vegas, NV 89123 | Leased | $36,215.77 | Net Book Value | Undetermined |
| 55.82 | Real Property Lease (Store #261) 620 Hacienda Dr. , Vista, CA 92081 | Leased | $57,580.58 | Net Book Value | Undetermined |

| 55.83 | | | | | |
|---|---|---|---|---|---|
| | Real Property Lease (Store #262) 2220 East Seventeenth St. , Santa Ana, CA 92705 | Leased | $139,462.05 | Net Book Value | Undetermined |

| 55.84 | | | | | |
|---|---|---|---|---|---|
| | Real Property Lease (Store #275) 3675 Murphy Canyon Rd. Ste. A-1, San Diego, CA 92123 | Leased | $217,858.53 | Net Book Value | Undetermined |

| 55.85 | | | | | |
|---|---|---|---|---|---|
| | Real Property Lease (Store #279) 30091 Haun Road , Menifee, CA 92584 | Leased | $261,723.36 | Net Book Value | Undetermined |

| 55.86 | | | | | |
|---|---|---|---|---|---|
| | Real Property Lease (Store #292) 540 and 542 W. McDowell Rd. , Phoenix, AZ 85003 | Leased | $175,213.56 | Net Book Value | Undetermined |

| 55.87 | | | | | |
|---|---|---|---|---|---|
| | Real Property Lease (Store #309) 73-399 Highway 111 Ste. F-1, Palm Desert, CA 92260 | Leased | $230,232.03 | Net Book Value | Undetermined |

| 55.88 | | | | | |
|---|---|---|---|---|---|
| | Real Property Lease (Store #324) 7385 S. Rainbow Blvd. Ste 100, Las Vegas, NV 89118 | Leased | $473,692.05 | Net Book Value | Undetermined |

| 55.89 | | | | | |
|---|---|---|---|---|---|
| | Real Property Lease (Store #331) 4201 Oceanside Blvd. Suite B, Oceanside, CA 92056 | Leased | $702,567.41 | Net Book Value | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | |
| Tradename | $19,813,961.54 | None | Undetermined |
| 60.2 | | | |
| [Design Only] (Fed. Reg. No. 4617736) | Undetermined | None | Undetermined |

| | | | |
|---|---|---|---|
| 60.3 | A Taste of Baja (Fed. Reg. No. 7254282) | Undetermined | None | Undetermined |
| 60.4 | Health Mex (Fed. Reg. No. 1842535) | Undetermined | None | Undetermined |
| 60.5 | Home of the Fish Taco (Fed. Reg. No. 1429640) | Undetermined | None | Undetermined |
| 60.6 | Made with a Mission (Fed. Reg. No. 5026888) | Undetermined | None | Undetermined |
| 60.7 | Ocean Goodness (Fed. Reg. No. 4886548) | Undetermined | None | Undetermined |
| 60.8 | Original Home of Rubio's Fish Tacos (Fed. Reg. No. 7325574) | Undetermined | None | Undetermined |
| 60.9 | Rubio's (Fed. Reg. No. 1843810) | Undetermined | None | Undetermined |
| 60.10 | Rubio's (Fed. Reg. No. 1973747) | Undetermined | None | Undetermined |
| 60.11 | Rubio's (Fed. Reg. No. 4174940) | Undetermined | None | Undetermined |
| 60.12 | Rubio's (Fed. Reg. No. 4628857) | Undetermined | None | Undetermined |
| 60.13 | Rubio's A Taste of Baja (Fed. Reg. No. 7254276) | Undetermined | None | Undetermined |
| 60.14 | Rubio's Coastal Grill (Fed. Reg. No. 4598232) | Undetermined | None | Undetermined |
| 60.15 | Rubio's Coastal Grill (Fed. Reg. No. 4686753) | Undetermined | None | Undetermined |
| 60.16 | Rubio's Crispy Shrimp (Fed. Reg. No. 2925049) | Undetermined | None | Undetermined |
| 60.17 | Rubio's Diablo Hot Sauce (Fed. Reg. No. 4617513) | Undetermined | None | Undetermined |
| 60.18 | Rubio's Fresh Mexican Grill (Fed. Reg. No. 2937677) | Undetermined | None | Undetermined |
| 60.19 | Rubio's Street Taco (Fed. Reg. No. 3376438) | Undetermined | None | Undetermined |
| 60.20 | The Coastal Trio (Fed. Reg. No. 4617737) | Undetermined | None | Undetermined |
| 60.21 | The Original Fish Taco (Fed. Reg. No. 3973983) | Undetermined | None | Undetermined |
| 60.22 | The Original Fish Taco (Fed. Reg. No. 5170610) | Undetermined | None | Undetermined |

| 60.23 | | | | |
|---|---|---|---|---|
| | To the Ocean (Fed. Reg. No. 4642236) | Undetermined | None | Undetermined |
| 60.24 | | | | |
| | World Famous Fish Taco (Fed. Reg. No. 3445236) | Undetermined | None | Undetermined |
| 60.25 | | | | |
| | Rubio's (application #97753813 filed on 1/9/24 for "Rubio's" in relation to NFTs and virtual goods to use in virtual worlds) | Undetermined | None | Undetermined |
| 60.26 | | | | |
| | Rubio's Baja Grill (application #98181672 filed on 9/15/23, currently remains under examination) | Undetermined | None | Undetermined |

**61. Internet domain names and websites**

| 61.1 | | | | |
|---|---|---|---|---|
| | fishtaco.com | Undetermined | None | Undetermined |
| 61.2 | | | | |
| | fishtacos.net | Undetermined | None | Undetermined |
| 61.3 | | | | |
| | friendoftheocean.com | Undetermined | None | Undetermined |
| 61.4 | | | | |
| | friendtotheocean.com | Undetermined | None | Undetermined |
| 61.5 | | | | |
| | fuckrubios.com | Undetermined | None | Undetermined |
| 61.6 | | | | |
| | ideasatrubios.com | Undetermined | None | Undetermined |
| 61.7 | | | | |
| | ihaterubios.com | Undetermined | None | Undetermined |
| 61.8 | | | | |
| | iloverubios.com | Undetermined | None | Undetermined |
| 61.9 | | | | |
| | myrubios.com | Undetermined | None | Undetermined |
| 61.10 | | | | |
| | reccommendrubios.com | Undetermined | None | Undetermined |
| 61.11 | | | | |
| | recommendrubios.com | Undetermined | None | Undetermined |
| 61.12 | | | | |
| | rubeos.com | Undetermined | None | Undetermined |
| 61.13 | | | | |
| | rubioagogo.com | Undetermined | None | Undetermined |
| 61.14 | | | | |
| | rubiobaja.com | Undetermined | None | Undetermined |
| 61.15 | | | | |
| | rubiobajagrill.com | Undetermined | None | Undetermined |

| | | | |
|---|---|---|---|
| 61.16 | | | |
| rubiobajas.com | Undetermined | None | Undetermined |
| 61.17 | | | |
| rubiogo.com | Undetermined | None | Undetermined |
| 61.18 | | | |
| rubiogogo.com | Undetermined | None | Undetermined |
| 61.19 | | | |
| rubiolistens.com | Undetermined | None | Undetermined |
| 61.20 | | | |
| rubiorewards.com | Undetermined | None | Undetermined |
| 61.21 | | | |
| rubios.com | Undetermined | None | Undetermined |
| 61.22 | | | |
| rubios.site | Undetermined | None | Undetermined |
| 61.23 | | | |
| rubiosagogo.com | Undetermined | None | Undetermined |
| 61.24 | | | |
| rubiosagogo.net | Undetermined | None | Undetermined |
| 61.25 | | | |
| rubiosbaja.com | Undetermined | None | Undetermined |
| 61.26 | | | |
| rubiosbajagrill.com | Undetermined | None | Undetermined |
| 61.27 | | | |
| rubiosbajagrille.com | Undetermined | None | Undetermined |
| 61.28 | | | |
| rubiosbajas.com | Undetermined | None | Undetermined |
| 61.29 | | | |
| rubiosbeachmex.com | Undetermined | None | Undetermined |
| 61.30 | | | |
| rubioscoastalgrill.com | Undetermined | None | Undetermined |
| 61.31 | | | |
| rubioscoastfest.com | Undetermined | None | Undetermined |
| 61.32 | | | |
| rubiosfishtaco.com | Undetermined | None | Undetermined |
| 61.33 | | | |
| rubiosfishtacos.com | Undetermined | None | Undetermined |
| 61.34 | | | |
| rubiosgogo.com | Undetermined | None | Undetermined |
| 61.35 | | | |
| rubioslistens.com | Undetermined | None | Undetermined |

| 61.36 | rubiosmexicangrill.com | Undetermined | None | Undetermined |
| 61.37 | rubiosogogo.com | Undetermined | None | Undetermined |
| 61.38 | rubiosonlineordering.com | Undetermined | None | Undetermined |
| 61.39 | rubiosordernow.com | Undetermined | None | Undetermined |
| 61.40 | rubiosrestaurants.com | Undetermined | None | Undetermined |
| 61.41 | rubiossucks.com | Undetermined | None | Undetermined |
| 61.42 | rubiossucksass.com | Undetermined | None | Undetermined |
| 61.43 | rubiostogo.com | Undetermined | None | Undetermined |
| 61.44 | rubiosucks.com | Undetermined | None | Undetermined |
| 61.45 | rubiosucksass.com | Undetermined | None | Undetermined |
| 61.46 | rubiotogo.com | Undetermined | None | Undetermined |
| 61.47 | rudeos.com | Undetermined | None | Undetermined |
| 61.48 | rubios.restaurant | Undetermined | None | Undetermined |

**62. Licenses, franchises, and royalties**

| 62.1 | Liquor licenses | $935,423.08 | None | Undetermined |
| 62.2 | Franchise Agreements | $209,211.54 | None | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

| 63.1 | Rubios Rewards Loyalty Program | Undetermined | None | Undetermined |
| 63.2 | Beach Club Loyalty Program (legacy program) | Undetermined | None | Undetermined |

**64. Other intangibles, or intellectual property**

64.1

| None | | | $0.00 |
|------|--|--|-------|

**65. Goodwill**

65.1

| Goodwill | $5,861,541.94 | None | Undetermined |
|----------|---------------|------|--------------|

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $7,006,176.56 |
|---------------|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|--|------------------------------------|

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | total face amount | - | doubtful or uncollectible amount | = ➔ | $0.00 |
|------|-------------------|---|----------------------------------|-----|-------|

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| Please refer to Global Notes | Tax year | Undetermined |
|------------------------------|----------|--------------|

**73. Interests in insurance policies or annuities**

73.1

| Deferred Comp Insurance Investment - Cash Value | $1,786,905.37 |
|-------------------------------------------------|---------------|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| Mackmin v. Visa Inc., No. 1:11-cv-01831 (D.D.C. May 29, 2024) | Undetermined |
|--------------------------------------------------------------|--------------|

| Nature of Claim | Class action claim member |
|-----------------|---------------------------|
| Amount requested | Undetermined |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

Insurance Receivable - Travelers                           Undetermined

| Nature of Claim | Total Fire Loss at former Oceanside location on 12/8/21 |
|---|---|
| Amount requested | $111,619.00 |

75.2

Insurance Receivable - Loya Insurance                    Undetermined

| Nature of Claim | Damage to front window from auto debris at Stanton location (Store #32) on 5/29/24 |
|---|---|
| Amount requested | $10,194.32 |

**76. Trusts, equitable or future interests in property**

76.1                                                            $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1                                                            $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                  $1,786,905.37

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $3,853,538.19 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $7,314,166.11 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $1,354,181.07 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $962,556.44 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $4,065,012.43 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $6,389,247.92 | |
| **88. Real property.** Copy line 56, Part 9. | → | $0.00 |

**89. Intangibles and intellectual property..** Copy line 66, Part 10.                          $7,006,176.56

**90. All other assets.** Copy line 78, Part 11.                                                 $1,786,905.37

**91. Total. Add lines 80 through 90 for each column**    91a.    $32,731,784.09          91b.    $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                                              $32,731,784.09

**Fill in this information to identify the case:**

Debtor name: Rubio's Restaurants, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11165

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

JPMorgan Chase Bank, N.A.
101 W Broadway
Suite 840
San Diego, CA 92101

**Describe debtor's property that is subject to the lien:**
Cash Collateral held in JPMorgan Chase Account -5177

| | $8,419.15 | $3,491,250.00 |
|---|---|---|

**Date debt was incurred?**

**Describe the lien**
Credit Card Cash Collateral

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## 2.2

JPMorgan Chase Bank, N.A.
101 W Broadway
Suite 840
San Diego, CA 92101

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Cash Collateral held in JPMorgan Chase Account -5177

| $3,225,000.00 | $3,491,250.00 |

**Describe the lien**
Cash Collateral for Letter of Credit for Workers Comp.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## 2.3

Liberty Mutual Fire Insurance Co.
Attn: Meegan Williams
175 Berkeley St
Boston, MA 02116

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Cash Collateral Deposit Held by Liberty Mutual Fire Insurance Co.

| $1,259,783.64 | $2,090,000.00 |

**Describe the lien**
Cash Collateral for Workers' Comp.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.4**

TREW Capital Management Private
Credit LLC
Attn: Jeff Crivello
235 Walnut St.
Libertyville, IL 60048

**Describe debtor's property that is subject to the lien:**
All assets of the Debtor

$72,864,233.84          $45,000,000.00

**Describe the lien**
Term Loan Facility - Guarantor

**Date debt was incurred?**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$77,357,436.63

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** Culhane PLLC<br>Attn: Mette H. Kurth and Lynnette R. Warman<br>3411 Silverside Road<br>Baynard Building, Suite 104-13<br>Wilmington, DE 19810 | 2.4 | |
| **3.2** Lathrop GPM LLP<br>Attn: Ryan R. Palmer and Brian M. Holland<br>2345 Grand Blvd.<br>Suite 1800<br>Kansas City, MO 64108 | 2.4 | |

**Fill in this information to identify the case:**

Debtor name: Rubio's Restaurants, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11165

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** | **List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1

Clark County Assessor
Attn: Michele W Shafe
500 S Grand Central Pky
Las Vegas, NV 89155-1401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**    $5,154.68    $5,154.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**

☑ No

☐ Yes

2.2

Contra Costa County
Attn: Dan M. Mierzqa, Treasurer-Tax Collector
625 Court St
Ste 100
Martinez, CA 94553

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    $2,643.05                    $2,643.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

2.3

El Dorado County Treasurer & Tax Collector
360 Fair Lane
Placerville, CA 95667

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    $6,728.20                    $6,728.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

2.4

Fresno Co. Tax Collector
Attn: Oscar J. Garcia, Auditor-Controller/Treasurer-Tax Collector
2281 Tulare St
Fresno, CA 93721

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    $12,379.39                    $12,379.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

2.5

Kern County Treasurer/Tax Collector
1115 Truxtun Ave
Bakersfield, CA 93301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,611.34          $2,611.34

2.6

Los Angeles Cnty Tax Collector
Treasurer and Tax Collector
500 W. Temple St
Room 462
Los Angeles, CA 90012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,073.98          $25,073.98

2.7

Maricopa County Treasurer
Attn: Royce T. Flora, Maria Quitangon
301 West Jefferson
Suite 100
Phoenix, AZ 85003

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,523.54          $20,523.54

Debtor  <u>Rubio's Restaurants, Inc.</u>
Name

Case number *(if known)* 24-11165

---

**2.8**

Orange County Tax Collector
Attn: Scott Randolph
301 South Rosalind Ave.
Orlando, FL 32801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                $48,540.59                $48,540.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes
(Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.9**

Pima County
Attn: Kathryn One
c/o Pima County Attorney's Office
32 N. Stone Avenue
Suite 2100
Tucson, AZ 85701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                $3,213.65                $3,213.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes
(Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.10**

Placer County Tax Collector
Attn: Tristan Butcher
2976 Richardson Dr
Auburn, CA 95603

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                $4,612.91                $4,612.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes
(Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

2.11

Riverside County Treasurer
Attn: Matt Jennings
4080 Lemon Street
Riverside, CA 92501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                $26,633.08                $26,633.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

2.12

Sacramento County
Unsecured Tax Unit
7001 East Parkway
Sacramento, CA 95823

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                $8,714.67                $8,714.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

2.13

San Bernardino Treasurer Tax Collector
Attn: Ensen Mason
268 West Hospitality Lane
First Floor
San Bernardino, CA 92415-0360

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                $6,661.44                $6,661.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

2.14

San Diego County Treasurer-Tax Collector
Attn: Dan McAllister; Summer Proano
1600 Pacific Hwy
Room 162
San Diego, CA 92101-2474

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**  $74,547.80    $74,547.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No
☐ Yes

2.15

San Joaquin County Treasurer and Tax Collector
Attn: Phonxay Keokham
44 North San Joaquin Street
First Floor
Suite 150
Stockton, CA 95202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**  $13,265.22    $13,265.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No
☐ Yes

2.16

Santa Clara County Tax Collector
Tax and Collections
70 W Hedding St
East Wing, 6th Floor
San Jose, CA 95110-1767

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**  $12,510.47    $12,510.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.17**

Tulare County Treasurer-Tax Collector
Attn: Cass Cook
221 South Mooney Blvd
Room 104E
Visalia, CA 93291

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,815.28          $6,815.28

---

**2.18**

Ventura County Tax Collector
Attn: Bankruptcy
800 South Victoria Ave
Ventura, CA 93009-1290

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
2024-25 Unsecured Property Taxes (Estimated)

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,553.56          $2,553.56

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Accessible360 LLC
4600 W 77Th St, Suite 295
Edina, MN 55435

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,200.00

**3.2**

Adelanto Market Plaza, LLC
Attn Meissner Jacquet Investment Management Services
5330 Carroll Canyon Road
Suite 200
San Diego, CA 92121-3758

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$45,773.85

**3.3**

Admiral West, LLC
120 Vantis
Ste 300
Aliso Viejo, CA 92656

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$51.25

**3.4**

Advantaged Asset Acquisitions I, LLC
c/o Gustavo Bravo
Smaha Law Group
2398 San Diego Avenue
San Diego, CA 92110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$34,786.23

**3.5**

Advantaged Asset Acquisitions I LLC
c/o Gustavo Bravo
Smaha Law Group
2398 San Diego Avenue
San Diego, CA 92110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.6**

AFCO Acceptance Corp
660 Newport Center Dr
Suite 1050
Newport Beach, CA 92660

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Promissory Note

**Is the claim subject to offset?**
☑ No

☐ Yes

$456,994.92

---

**3.7**

Akerman LLP
PO Box 4906
Orlando, FL 32802

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,325.00

---

**3.8**

Alejandro Andrew Cabrera
[Address on file]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.9**

All Four Construction
2832 Stevens Dr
Auburn, CA 95602

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,850.00

**3.10**

All States Rentals, Inc
7042 Garden Grove Blvd
Westminster, CA 92683-2232

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,359.79

**3.11**

All Temperatures Controlled
9720 Topanga Canyon Place
Chatsworth, CA 91311

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,896.63

**3.12**

Alliance Refrigeration, Inc.
Attn: Legal Department
3619 N 35th Ave
Phoenix, AZ 85017

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$63,200.76

**3.13**

Allied District Properties, LP
20 South Clark Street
Suite 3000
Chicago, IL 60603

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$26,067.80

### 3.14

Alpha Brothers, LLC
933 Chittenden Lane, Suite A
Capitola, CA 95010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $44,222.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.15

American Express
200 Vesey Street
New York, NY 10285

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $4,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Credit Card Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.16

Amerigas Propane LP / Pro-Flame
460 N Gulph Rd
King of Prussia, PA 19406-2815

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $2,922.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.17

Analytiks
205 Detroit St, Floor 2
Denver, CO 80206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $10,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

Andrew'S Refrigeration., Inc.
5617 E. Hillery Drive
Scottsdale, AZ 85254

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,542.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

Andrew's Services Inc.
5617 E. Hillery Dr
Scottsdale, AZ 85254

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7,270.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

APS
400 N 5Th St
Phoenix, AZ 85004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $39,447.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.21**

Ares Commercial Properties
11984 Schussing Way
Truckee, CA 96161

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21,043.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

Arjun Sen Inc. DBA Zenmango
2304 Peckham Street
Houston, TX 77019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $15,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.23**

Armada Corp DBA Armada Administrators
230 Schilling Circle
Ste140
Hunt Valley, MD 21031

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $9,243.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.24**

Arrowhead Palms
c/o Capital Asset Management
2701 E. Camelback Rd, Ste 170
Phoenix, AZ 85016

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $8,543.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.25**

Associated Students UCLA
c/o Pediatric Aids Coalition
308 Westwood Plaza, Kerchoff Hall 515, Mailbox #4
Los Angeles, CA 90095

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $103,900.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.26**

Atc Plumbing Source
PO Box 712393
San Diego, CA 92171

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $18,189.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.27**

Attentive Mobile Inc
221 River St, Suite 9047
Hoboken, NJ 07030

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13,335.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.28**

Aztec Shops, Ltd
Attn: Financial Services Dept.
San Diego State University
SDSU - ACCT. # 981783
San Diego, CA 92182-1701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $69,145.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.29**

Baker Commodities Inc.
Attn National Accounts
4020 Bandini Blvd
Vernon, CA 90058

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2,108.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.30**

Balerio Alwag
[Address on file]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.31**

Bamko, LLC
10925 Weyburn Ave
Los Angeles, CA 90024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,714.92

---

**3.32**

Barber Auto Mall Properties LP
c/o Josh Escovedo
Buchalter, APC
500 Capitol Mall
Suite 1900
Sacramento, CA 95814

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.33**

BDC Lodi III LP
1556 Parkside Dr
Walnut Creek, CA 94596

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,187.00

**3.34**

Big 7 Motel, Ltd.
130 Town Center Parkway
2225 Faraday Avenue, Suite F
Carlsbad, CA 92008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $29,427.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.35**

Bluedot Safes
2707 N Garey Ave.
Pomona, CA 91767

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,949.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.36**

Bonlajor Inc
157 E. Freedom Ave
Anaheim, CA 92801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,543.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.37**

Bpp Lower Grocery Retail Reit Inc
17140 Bernardo Center Dr
Ste 300
San Diego, CA 92128

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $51,131.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.38**

Brandonavon Investments, LLC
c/o Orbis Commercial Property Management
105 E Reno Avenue, Suite3
Las Vegas, NV 89119

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,945.36

---

**3.39**

Broadstone Marketplace LLC
c/o Tri Property Management
2209 Plaza Drive, Ste 100
Rocklin, CA 95765

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$24,860.52

---

**3.40**

Brokaw Ventures II LLC
c/o Dollinger Properties
Attn: David B Dollinger & Tia Fisher
555 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$70,678.64

---

**3.41**

Bulen Holdings, LLC
c/o Step Stone Real Estate Ser
1500 State St., Ste 280
San Diego, CA 92101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$36,059.10

**3.42**

C & T Design And Equipment Co, Inc.
2750 Tobey Drive
Indianapolis, IN 46219

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,067.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.43**

Canyon Plaza, LLC
3101 W. Coast Hwy
Ste. 100
Newport Beach, CA 92663

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $38,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.44**

Canyon Springs Mrktplace N.
c/o Essex Realty Management, Inc.
17744 Sky Park Circle, Suite 100
Irvine, CA 92614

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $23,977.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.45**

Capital Steam Cleaners, Inc.
2112 Stockman Circle
Folsom, CA 95630

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,010.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.46

Capital Village 2022 LLC
c/o Coleman & Horowitt, LLP
Attn: Matthew R. Nutting
499 W. Shaw Ave., #116
Fresno, CA 93704

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.47

Capital Village 2022, LLC
c/o Coleman & Horowitt, LLP
Attn: Matthew R. Nutting
499 W. Shaw Ave., #116
Fresno, CA 93704

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,131.25

---

3.48

Carlsbad 2200 LLC
c/o Christopher Lidstad
Solomon Grindle Lidstad & Wintringer APC
11512 El Camino Real
Suite 360
San Diego, CA 92130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.49

Centre On Seventeenth Partners, LP
2222 E. Seventeenth Street
Santa Ana, CA 92705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,214.28

---

**3.50**

Centre on Seventeenth Partners
2222 E. Seventeenth Street
Santa Ana, CA 92705

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**

Chainarc LLC
A California LLC
894 Fallen Leaf Rd
Arcadia, CA 91006

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $12,544.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52**

Christopher Charlton Sr.
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $72,067.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53**

City of Chandler
PO Box 4008
Mail Stop 303
Chandler, AZ 85244-4008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54

City of Chula Vista
c/o Customer Care
276 Fourth Avenue
Chula Vista, CA 91910-2631

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,915.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.55

City of El Segundo
314 Main Street
El Segundo, CA 90245

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,888.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.56

City of Glendale Power & Water
141 North Glendale Ave, Level 2
Glendale, CA 91206

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,898.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.57

City of Lodi-Util
310 West Elm Street
Sacramento, CA 95812

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,971.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58**

City of Mesa
Attn: Tanya Louise Sivonen-Spoon
20 E. Main St
Mesa, AZ 85201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,122.67

**3.59**

City of Poway-Util
13325 Civic Center Dr
Poway, CA 92064

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,129.69

**3.60**

City of Riverside
3901 Orange St
Riverside, CA 92501

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,019.58

**3.61**

City of Roseville-Utilities
116 S. Grant Street, Ste 100
Roseville, CA 95678

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,559.09

**3.62**

City of San Diego Water
1200 Third Ave
Suite 100
San Diego, CA 92101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $4,456.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

Classic Distributing & Beverage Group
120 N Puente Avenue
City Of Industry, CA 91746

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $112.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

Cloverdale Marketplace, LLC
c/o Athena Property Mgmt
730 El Camino Way, Ste 200
Tustin, CA 92780

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.65**

Clyde E. Lewis
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $137,178.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

Comletric, Inc
PO Box 656
Diablo, CA 94528

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,101.88

**3.67**

Consolidated Fire Protection
National Accounts- A/R
153 Technology Dr., Ste 200
Irvine, CA 92618

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$42,508.50

**3.68**

Constellation Newenergy, Inc
PO Box 4640
Carol Stream, IL 60197-4640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,639.20

**3.69**

Constrata Consulting LLC
Shannon Liggett
10220 River Road, Suite 110
Potomac, MD 20854

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,022.07

**3.70**

Corodata Records Management, Inc.
Department 2638
Los Angeles, CA 90084-2638

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $465.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.71**

Corporate Services Consultants, LLC
1015 N. Gay Street
Dandridge, TN 37725

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $69.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.72**

Cozzini Bros., Inc.
350 Howard Ave
Des Plaines, IL 60018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,446.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.73**

Cpf Promenade, LLC
Attn: Joanna Deng, Property Manager
2233 N. Ontario Street, Suite 150
Burbank, CA 91504

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $35,025.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.74

Cr&R Incorporated
11262 Western Ave
Stanton, CA 90680

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,255.04

3.75

Crisp Enterprises, Inc
3180 Pullman St
Costa Mesa, CA 92626

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$107.20

3.76

Cto Realty Growth, Inc.
1140 N. Williamson Blvd., Suite 140
Daytona Beach, FL 32114

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,957.22

3.77

Cynthia Lynn Moore
[Address on file]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.78

D & S Service Group, Inc.
355 N. Sheridan St
Corona, CA 92878-4010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,746.10

3.79

Daiohs First Choice Services
6496 Marindustry Place
Ste C
San Diego, CA 92121

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$217.52

3.80

Dana Minkoff
2186 Corte Mango
Carlsbad, CA 92009

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,056.00

3.81

Daybreak Plaza LLC
9469 Haven Ave, Ste 200
Rancho Cucamonga, CA 91729-1662

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,466.83

3.82

Dayforce Us, Inc.
Attn: Legal Department
3311 E Old Shakopee Road
Minneapolis, MN 55425-1640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $79,081.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.83

Deer Valley Plumbing Contractors, Inc
2411 W Lone Cactus Dr.
Phoenix, AZ 85027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $7,750.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.84

Del Mar Blue Print Co. Inc.
2201 San Dieguito Dr, Suite C
Del Mar, CA 92014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $573.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.85

Dennis J. Kreta
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $9,572.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.86**

Direct Energy Business, LLC (Elec)
Attn: Legal Department
1001 Liberty Avenue
Pittsburgh, PA 15222

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $93,131.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.87**

Direct Energy Marketing Inc.
Attn: Legal Department
12 Greenway Plaza
Suite 1250
Houston, TX 77046

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $95,552.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.88**

Donald Bowman
[Address on file]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.89**

Douglas S. Bark
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $9,599.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.90**

Downey Landing Spe, LLC
c/o Investec Management Corp
200 E Carrillo St
Suite 200
Santa Barbara, CA 93101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $30,800.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.91**

DSW Ireif Tucson Retail Owner
3991 Macarthur Blvd
Ste 300
Newport Beach, CA 92660-3031

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $39,729.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.92**

DSW Mesa Grand/Spectrum LLC
c/o DSW Commercial Real Estate LLC
1795 East Skyline Dr. Ste 193
Tucson, AZ 85718

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $36,918.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.93**

DSW Mesa Grand/Spectrum LLC
c/o Thompson Krone
Attn: Tyler Michalowski
3430 E. Sunrise Drive
Suite 110
Tuscon, AZ 85718

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.94

DTL-SGW, LLC
c/o Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
Attn: Evan Rassman
500 Delaware Avenue, Suite 730
Wilmington, DE 19801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

$71,240.21

---

3.95

DTL-SGW, LLC
c/o Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
Attn: Evan Rassman
500 Delaware Avenue, Suite 730
Wilmington, DE 19801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

---

3.96

Dylan Sierra
[Address on file]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

---

3.97

Eagles Point Security LLC
8057 Raytheon Rd
Suite 1
San Diego, CA 92111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,920.00

**3.98**

Ebix, Inc
1 Ebix Way
Johns Creek, GA 30097

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $4,892.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.99**

Ecolab Inc
24198 Network Place
Chicago, IL 60673-1241

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $4,571.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.100**

Ecolab Usa Inc.
1 Ecolab Place
St. Paul, MN 55102-2739

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $178,317.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.101**

Ecolab, Inc.
26252 Network Place
Chicago, IL 60673-1262

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $39,676.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.102**

Ecotech Refrigeration & Hvac Inc
1630 S Sunkist St
Ste R
Anaheim, CA 92806

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,922.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.103**

Ecotrak, LLC
18004 Sky Park Circle, Ste. 100
Irvine, CA 92614

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.104**

Edco Waste & Recycling Srvcs.
6762 Stanton Ave
Buena Park, CA 90621

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6,607.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.105**

Edens Limited Partnership
PO Box 528
Columbia, SC 29202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $38,433.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.106

Edh Waterfront LLC
4370 Town Center Blvd
Ste 310
El Dorado Hills, CA 95762

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $36,167.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.107

Edward Don & Company Holdings, LLC
Attn: Legal Department
9801 Adam Don Pkwy
Woodridge, IL 60517

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $71,212.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.108

Electro Rent Corporation DBA Rush Computer Rentals
8511 Fallbrook Avenue, Suite 200
West Hills, CA 91304

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8,474.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.109

Elk Grove Owner LP
c/o Acadia Realty Trust
Attn Legal Dept.
411 Theodore Fremd Ave., Ste. 300
Rye, NY 10580

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50,329.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Rubio's Restaurants, Inc.
          Name

Case number *(if known)* 24-11165

**3.110**

Elliott Simmons II
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,675.23

**3.111**

Encore One, LLC
11311 Hampshire Ave South
Bloomington, MN 55438

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,569.84

**3.112**

Epax Systems, Inc.
14641 Arminta St
Panorma City, CA 91402

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,842.38

**3.113**

Federal Express Corporation
PO Box 7221
Pasadena, CA 91109-7321

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,293.36

**3.114**

First American Trust, FSB
Attn Fee Desk
5 First American Way, 3Rd Flr
Santa Ana, CA 92707

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $985.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.115**

Fisher & Phillips LLP
1200 Abernathy Road Ne, Ste 950
Atlanta, GA 30328

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $557.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.116**

Foothill-Pacific Towne
Centre Xv
PO Box 3060
Newport Beach, CA 92658

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                         $35,317.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.117**

Fr Grossmont, LLC
c/o Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, & Margaret Vesper
919 N Market Street 11th Floor
Wilmington, DE 19801-3034

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                         $15,969.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.118**

Frank E. Henigman
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $186,417.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.119**

Frassica Inc.
580 Malloy Ct.
Corona, CA 92878

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,230.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.120**

Freehold Chandler Trust LLC
c/o The Macerich Company
Attn: Monuca Greemmna, GM
401 Wilshire Blvd
Suite 700
Santa Monica, CA 90401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $126,726.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.121**

Front Line Sales, Inc.
1643 Puddingstone Dr
La Verne, CA 91750

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,579.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.122**

Galaxy Builders, LLC
4460 E. Main St
Ste 113
Mesa, AZ 85205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,073.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.123**

Gateway El Segundo Jv LLC
50 California St
Ste 3000
San Francisco, CA 94111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $19,200.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.124**

Gem Realty Evergreen Fund, LP
900 N Michigan Ave
Ste 1450
Chicago, IL 60611

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $45,528.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125**

Gerrity Retail Fund 2, Inc
PO Box 847275
Los Angeles, CA 90084-7275

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $36,165.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.126

Gersham Properties Chula Vista LLC
c/o Catherine Weinberg
Buckner Robinson & Mirkovich
3146 Red Hill Ave, Suite 200
Costa Mesa, CA 92626-3415

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.127

Gershman Properties Eastlake Terraces LLC
c/o Catherine Weinberg
Buckner Robinson & Mirkovich
3146 Red Hill Ave, Suite 200
Costa Mesa, CA 92626-3415

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $50,230.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128

Gershman Properties Eastlake Terraces LLC
c/o Catherine Weinberg
Buckner Robinson & Mirkovich
3146 Red Hill Ave, Suite 200
Costa Mesa, CA 92626-3415

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.129

Ggf Huntington LLC
c/o Gaska, Inc.
100 W. Broadway, Suite 950
Glendale, CA 91210

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $30,624.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.130

Ggp Limited Partnership
Sds-12-2851
PO Box 86
Minneapolis, MN 55486-2851

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $29,373.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.131

Givex USA Corporation
1960 Swanson Court
Ste A
Gurnee, IL 60031

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $2,840.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.132

Glendale Fashion Associates, LLC
PO Box 894445
Los Angeles, CA 90189-4445

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $26,876.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.133

Global Retail Investors, LLC
Attn: Legal Department
7200 Wisconsin Ave, Suite 600
Bethesda, MD 20814

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $71,149.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.134**

Golden Capital Whittier LLC
9357 Andalusia Ave
Fountain Valley, CA 92708

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $46,782.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.135**

Google Ads
1600 Amphitheatre Pkwy
Mountain View, CA 94043

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $8,266.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.136**

Graves 7, Inc
3437 Myrtle Ave #440
North Highlands, CA 95660

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $8,235.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.137**

Gri-Regency, LLC
Fw Ca-Brea Marketplace, LLC
PO Box 31001-1054
Pasadena, CA 91110-0001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $28,778.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.138**

Grubhub Holdings, Inc
PO Box 71649
Chicago, IL 60694

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,039.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.139**

Gustavo Properties, LLC
c/o Wilson Property Services
8120 E. Cactus Rd, Suite300
Scottsdale, AZ 85260

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,508.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.140**

Hart Pacific Commons LLC
c/o David Taran
Russ August & Kabot
12424 Wilshire Blvd., 12th Fl.
Los Angeles, CA 90025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.141**

HCL Goodyear Centerpointe LLC
12302 Exposition Boulevard
Los Angeles, CA 90064

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,812.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.142**

Healthy Dining
PO Box 519
Melbourne, FL 32902

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,118.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.143**

Henkin Group II LLC
520 Newport Center Dr #480
Newport Beach, CA 92660

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,052.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.144**

Henry J. Meyer
5545 Sorrento Drive
Long Beach, CA 90803

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $53,044.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.145**

HJM Sunrise Plaza LLC
c/o Timothy Alan Schneider
Houser LLP
9970 Research Drive
Irvine, CA 92618

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.146

HPC Stonecreek IIi LLC
18321 Ventura Blvd Ste 980
Tarzana, CA 91356

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                  $26,283.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.147

Hpi 910 Grand Avenue, LLC
Attn: Evelyn Martinez
335 15th Street
San Diego, CA 92101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                  $30,596.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.148

Illinois Wholesale Cash Register
2790 Pinnacle Dr
Elgin, IL 60124

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                  $3,755.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.149

Imperial Irrigation District
333 East Barioni Blvd.
PO Box 937
Imperial, CA 92251-0937

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                  $2,623.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.150

Ing Life Insurance & Annuity Co.
PO Box 75131
Charlotte, NC 28275-0131

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $51,850.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.151

Inland Diversified Estate Services, LLC
Kristin Widerstrom/ Bldg 65136
2901 Butterfield Road
Oak Brook, IL 60523

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,801.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.152

Interactive Communications Intl, Inc
Interactive Communications Intl
Dba Incomm, PO Box 935359
Atlanta, GA 31193-5359

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,995.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.153

Interface Preferred Holdings
8339 Solutions Center
Chicago, IL 60677-8033

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $32,138.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.154

Irvine Co. Retail Properties
c/o Hollis & Associates
Department #65044-260
El Monte, CA 91735

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $43,507.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.155

Jackson Lewis PC
Attn: Legal Department
1133 Westchester Ave
Suite S125
West Harrison, NY 10604

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $72,546.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.156

Jamie Guzman
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $888.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.157

Jason Louis Murillo
555 W Country Club Ln #C-222
Escondido, CA 92026

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $13,626.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.158**

JB Mechanical, Inc
5083 Lone Tree Way
Antioch, CA 94531

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,609.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.159**

Joana Covarrubias
[Address on file]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.160**

Joana Flores
[Address on file]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.161**

Jose Antonio Nunez
8932 E Marci Lynne Way
Tucson, AZ 85747

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,083.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.162**

Jose N. Rodriguez
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $721,710.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.163**

JPMorgan Chase Bank, N.A.
101 W Broadway
Suite 840
San Diego, CA 92101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $7,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Bank Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.164**

K & G Market Place LLC
c/o Kahl &Goveia Commercial R.E.
24855 Del Prado
Dana Point, CA 92629

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $31,226.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.165**

K&G Marketplace Subsidiary LLC
c/o Dorsey & Whitney
Attn: Lynnda McGlinn
Plaza Tower 600 Anton Boulevard
Suite 2000
Costa Mesa, CA 92626

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.166**

Katella/Knott LLC
12550 Whittier Blvd.
Whittier, CA 90602

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $15,379.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.167**

Kim-Big Jv LP
Pl Roseville, LP
PO Box 30344
Tampa, FL 33630

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $23,538.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.168**

Kimco Realty Corporation
c/o Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Ste 400
Wilmington, DE 19801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $32,611.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.169**

Kimco Riverview, LLC
PO Box 62045
Newark, NJ 07101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $12,984.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.170

Kingdom Row, LLC
PO Box 10
Scottsdale, AZ 85252-0010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,361.72

---

3.171

Kite Realty Group
30 South Meridian Street
Suite 1100
Indianapolis, IN 46204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,413.16

---

3.172

KRB Investments Management LLC
3000 W 6th St.
Ste. 208
Los Angeles, CA 90020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$47,975.30

---

3.173

KRB Investments Management LLC
c/o Song & Back
Attn: H. Michael Song
2030 Main Street
Suite 1300
Irvine, CA 92614

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.174**

L.A. Municipal Services
5928 S Vermont Ave
Los Angeles, CA 90044

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,860.43

---

**3.175**

L.A. Plumbing & Backflow
Testing, Inc.
12698 Schabarum Ave
Inrwindale, CA 91706

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,324.86

---

**3.176**

L&D Management
4144 Redwood Road
Oakland, CA 94619

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,599.00

---

**3.177**

La Habra Associates, LLC
c/o DMJ Capital Partners, Inc.
7777 Edinger Avenue, Suite 133
Huntington Beach, CA 92647

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.178

La Habra Associates, LLC
c/o DMJ Capital Partners, Inc.
7777 Edinger Avenue, Suite 133
Huntington Beach, CA 92647

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $26,838.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.179

La Paz Viejo Company
12100 Wilshire Blvd. Suite 1050
Los Angeles, CA 90025

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23,671.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.180

Laguna Crown, LLC
c/o DSB Properties, Inc.
101 N. Westlake Blvd.Ste. 201
Westlake Village, CA 91362

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $41,422.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.181

Lakewood Galleria, Lakewood Ca, LLC
c/o US Property Trust
10250 Constellation Blvd., Suite 2850
Attn: Matt Kaiser
Los Angeles, CA 90067

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $51,347.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.182

Linh Lipham
[Address on file]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.183

Loomis Armored US, LLC
2500 CityWest Blvd
Ste 2300
Houston, TX 77042

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,077.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184

Lozano Plumbing Services, Inc.
PO Box 53137
Riverside, CA 92517

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,291.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.185

Marc Simon
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $641,158.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.186

Maricopa Cnty Enviromental
501 N. 44Th St.
Suite 200
Phoenix, AZ 85008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,030.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.187

Marina Associates, LP
151 S. El Camino Dr
Beverly Hills, CA 90212

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $51,764.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.188

Matthew E Coddington
7516 Parkway Dr 1F
La Mesa, CA 91942

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,443.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.189

MCD-RC CA-Amerige LLC
c/o Regency Centers
915 Wilshire Blvd., Suite 2200
Attn: Neil Hu
Los Angeles, CA 90017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $37,749.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.190**

MCD-RC CA-Amerige LLC
c/o Theodora Oringher PC
Attn: Anthony Buchignani
1840 Century Park East
Suite 500
Los Angeles, CA 90067-2199

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.191**

Mcgrath-Rhd Partners,LP
c/o Rothbart Development
10990 Wilshire Blvd, Ste 1000
Los Angeles, CA 90024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $40,660.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.192**

Melkom Janse Vanrensburg
5332 Projuction Drive
Huntington Beach, CA 92649

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $381.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.193**

Mercer Inc.
PO Box 100260
Pasadena, CA 91189-0260

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $16,536.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.194

Meridian Orange Center, LLC
c/o America West Properties, Inc.
22541 Aspan Street
Lake Forest, CA 92630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $36,966.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.195

Metropolitan Life Insurance Company
Cerritos Tc Property LLC C/O Vestar Properties, Inc
2415 E. Camelback Rd., Suite 100
Phoenix, AZ 85016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $29,829.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.196

MGP VIII Properties LLC
c/o Peter Sheridan
Glasser Weil LLP
10250 Constellation Blvd., 19th Fl
Los Angeles, CA 90067

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.197

Michael D Lay
5466 E. Lamona Ave, Ste 101
Fresno, CA 93727

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,627.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.198**

Mng II, LP
415 S. Cedros Ave
Ste 240
Solana Beach, CA 92075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,307.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.199**

Montalvo Square Associates, LLC
c/o DJM Capital Partners, Inc.
Attn: John Kern
7777 Edinger Ave.
Huntington Beach, CA 92647

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $37,590.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.200**

Network Rooter & Plumbing,Inc.
PO Box 9406
Fountain Valley, CA 92798-9406

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18,434.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.201**

Nevada Power Company
6226 W. Sahara Ave
Las Vegas, NV 89146

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6,685.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.202**

Nex Navy Exchange
2260 Callagan Hwy
San Diego, CA 92136-5036

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $37,518.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.203**

Nexcom
Service Command Code Fc
3280 Virginia Beach Blvd
Virginia Beach, VA 23452-0000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $60,038.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.204**

Nms Spectrum, LLC
5850 Canoga Avenue, #650
Woodland Hills, CA 91367

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $43,545.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.205**

Norma Kyle
[Address on file]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.206**

Nuco2 Inc. And Subsidiaries
2800 Se Market Place
Stuart, FL 34997

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $27,451.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.207**

Olo
Attn: Legal Department
99 Hudson Street, Floor 10
New York, NY 10013

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $209,124.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.208**

Onni Paseo LLC
5055 N 32 n Street
Ste 200
Phoenix, AZ 85018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $50,776.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.209**

Orange City Mills L.P.
c/o Simon Property Group, Inc.
Attn: Trey Peckenpaugh
399 Park Avenue, 29th Floor
New York, NY 10022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $40,653.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.210

Otay Water District
2554 Sweetwater Springs Blvd
Spring Valley, CA 91978-2004

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,248.16

---

3.211

Pacific Carmel Mountain Holdings, LP
c/o American Assests, Inc.
11455 El Camino Real
San Diego, CA 92130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$39,287.70

---

3.212

Pacific Media Holdings, Inc.
5925 Priestly Dr. Ste. 101
Carlsbad, CA 92008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,660.00

---

3.213

Pacific Plus
5925 Priestly Dr
Ste 101
Carlsbad, CA 92008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,873.44

**3.214**

Pacific Repair Service Int'L Inc
1666 N. Magnolia Ave
Unit E
El Cajon, CA 92020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13,567.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.215**

Pacific/DSLA No. 2
c/o Pacific Development Group II
One Corporate Plaza, Suite 200
Newport Beach, CA 92660

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $49,303.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.216**

Padres LP
100 Park Blvd
San Diego, CA 92101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.217**

Paymentech
14221 Dallas Parkway
Dallas, TX 75254

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $36,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Credit Card Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

3.218

Pc Legal Tools Inc.
13301 Galleria Circle
Bldg B, Suite 200
Bee Cave, TX 78738

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13,860.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.219

Placentia Village Square, LLC
c/o 1st Commercial Realty Group, Inc.
2009 Porterfield Way, Suite P
Upland, CA 91786

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $33,803.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.220

Plaza South LLC
10721 Treena St., Ste. 200
San Diego, CA 92131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11,654.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.221

Pollution Control Specialists Inc.
1354 S. Ritchey St.
Santa Ana, CA 92705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,216.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.222**

Power Digital Marketing, Inc.
2251 San Diego Ave, Suite A250
San Diego, CA 92110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,743.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.223**

Prk Holdings II LLC
3333 New Hyde Park Rd
Ste 100
New Hyde Park, NY 11042

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $36,469.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.224**

Propaganda, Inc.
Attn: Legal Department
3636 S. Geyer Rd, Ste 100
St Louis, MO 63127

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $80,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.225**

Prudential Overall Supply
Attn: Legal Department
2485 Ash Street
Vista, CA 92081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $85,785.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.226**

Public Employees' Retirement Association On Colorado
c/o Capital Asset Management
2701 E Camelback Rd., Suite 170
Phoenix, AZ 850169

**As of the petition filing date, the claim is:**                      $10,025.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**Date or dates debt was incurred**

---

**3.227**

Punchh Inc
Attn: Legal Department
1875 S Grant St
#810
San Mateo, CA 94402

**As of the petition filing date, the claim is:**                      $68,579.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**Date or dates debt was incurred**

---

**3.228**

Pure Diversity, Inc
4079 Governor Dr. #267
San Diego, CA 92122

**As of the petition filing date, the claim is:**                      $7,755.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**Date or dates debt was incurred**

---

**3.229**

Quarles & Brady LLP
411 East Wisconsin Ave
Ste 2400
Milwaukee, WI 53202

**As of the petition filing date, the claim is:**                      $11,922.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**Date or dates debt was incurred**

**3.230**

Ranch Town Center, LLC
101 N. Westlake Blvd, Ste 201
Westlake Village, CA 91362

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $47,625.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.231**

Rebis LLC
708 Church Street
Decatur, GA 30030

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11,880.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232**

Regents of The Univ of CA, San Diego
Director, Ucsd Price Center
9500 Gillman Drive #0076
La Jolla, CA 92093-0953

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $38,902.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.233**

Reliable Gaskets, LLC
18543 Yorba Linda Blvd, Ste 163
Yorba Linda, CA 92886

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,579.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Rubio's Restaurants, Inc.
          Name

Case number *(if known)* 24-11165

3.234

Reliant Electrical Service, Inc.
215 E. Orangethorpe Ave
Ste 249
Fullerton, CA 92832

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $4,230.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

Rentokil North America Inc
1125 Berkshire Blvd
Wyomissing, PA 19610

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $11,195.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.236

Retail Opportunity Investments Corp.
Roic California Rtc, LLC
Ms 631099, PO Box 3953
Seattle, WA 98124-3953

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $46,007.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.237

Retail Opportunity Investments Partnership LP
8905 Towne Centre Drive
Suite 108
San Diego, CA 92122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $23,361.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.238**

Revolution Media, Inc
21051 Warner Center Lane
Suite 250
Woodland Hills, CA 91367

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $1,892.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.239**

Rich Development Enterprises LLC
1000 N Western Ave
Ste 200
San Pedro, CA 90732

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $24,561.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.240**

River Park Properties II
c/o Lance-Kashian & Company
255 E. River Park Circle
Suite 120
Fresno, CA 93720

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $36,750.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.241**

Robert Best
[Address on file]

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.242**

Robert Half Management Resources
PO Box 743295
Los Angeles, Ca 90074-3295

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,900.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.243**

Rolling Hills Plaza, LLC
2601 Airport Dr
Ste 300
Torrance, CA 90505

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14,817.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.244**

Rosalba Hughes
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $33,007.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Deferred Comp Plan Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.245**

Roseville Ph LLC
Attn: Legal Department
530 B Street
Ste 2050
San Diego, CA 92101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $53,666.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.246

Rubio's Incentives, LLC
2020 Faraday Avenue, Suite 250
Carlsbad, CA 92008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $3,306,032.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable for Gift Card Transactions Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.247

Sacramento Municipal Utility
6301 S St.
Sacramento, CA 95817

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $10,842.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.248

Sada Systems, Inc.
5250 Lankershim Blvd Suite 620
North Hollywood, CA 91601

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $6,343.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.249**

Saf-Gard Safety Shoe Co., Inc
2701 Patterson Street
Greensboro, NC 27407

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,754.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.250**

San Diego Gas & Electric
Attn: Raquel Hicks
8330 Century Park Court
San Diego, CA 92123-1530

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $231,154.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.251**

Savion Leach
[Address on file]

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.252**

Schnitzer Properties Realty LLC
1121 Sw Salmon St
Portland, OR 97205

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $16,293.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.253

Scout Distribution LLC
10119 Carroll Canyon Road
San Diego, CA 92131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $225.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.254

Service Management Group, LLC
Attn: Legal Department
4049 Pennsylvania Ave
Suite 203, PMB 1063
Kansas City, MO 64111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $72,575.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.255

Shappell Properties, Inc.
Attn Denise Medina
1990 S Bundy Dr, Ste 500
Los Angeles, CA 90025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $13,115.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.256

Shields Bag & Printing Co
207 Talbert Pointe Dr
Mooresville, NC 28117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $2,516.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.257**

Site Centers Corp
3300 Enterprise Parkway
Beachwood, OH 44122

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,852.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.258**

Slater Plumbing & Mechanical, Inc.
PO Box 10922
Bakersfield, CA 93389

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,515.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.259**

Snag A Job.Com., Inc.
32978 Collections Center Dr
Chicago, IL 60693-0329

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,978.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.260**

Southern California Development, LLC
32 Edelman
Irvine, CA 92618

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14,424.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.261**

Southern California Edison
Attn: Legal Department
2244 Walnut Grove Ave
Rosemead, CA 91771-0001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $126,790.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.262**

Southwest Gas Corporation
8360 S Durango Dr
Las Vegas, NV 89113

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $34,839.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.263**

Southwest Traders Incorporation
Attn: Legal Department
27565 Diaz Road
Temecula, CA 92590

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,356,929.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.264**

SRP
1500 N Mill Ave
Tempe, AZ 85281

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $24,971.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.265

Staples Contract & Commercial, Inc.
500 Staples Drive
Framingham, MA 01702

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29,423.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.266

Star-West Parkway Mall, LP
Attn: Legal Department
1 E Wacker Drive Ste 3700
Chicago, IL 60601

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $43,951.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.267

Synergy Facility Services, Inc
13755 Stockton Ave
Chino, CA 91710

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,251.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.268

T. Larry Eddington
One East Washington St
Phoenix, AZ 85004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.269

Talentreef, Inc
950 17Th Street, Suite 700
Denver, CO 80202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $15,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.270

Task Retail Technology LLC
1286 University Ave
Box 143
San Diego, CA 92103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $8,056.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.271

Tatum Venture LLC
c/o West Valley Properties
PO Box 209440
Austin, TX 78720-9281

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $8,556.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.272

Telegraph And Colima Associates LLC
2701 E Camelback Rd #170
Phoenix, AZ 85016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $7,899.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.273

The Baldwin Group Inc
1731 Howe Ave #537
Sacramento, CA 95825

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.274

The Earp Corporation
c/o Capital Asset Management
2206 Balboa Avenue
San Diego, CA 92109

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18,659.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.275

The Gas Company
ML 711D
1801 S. Atlantic Blvd
Monterey Park, CA 91754

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $68,813.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.276

The Irvine Company LLC
c/o Bewley Lassleben & Miller
Attn: Ernie Parks
13215 Penn Street
Suite 510
Whittier, CA 90602

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.277

The Nashashibi Family Trust
c/o Aspen Mgmt Co.
18751 Ventura Blvd, #B-100
Tarzana, CA 91356

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,319.12

3.278

Tic Investment Company
The Market Place, I
Dept 0350-622401-2955-S50049
Los Angeles, CA 90084-0350

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$52,704.16

3.279

Tkg El Con Center LLC
211 N. Stadium Blvd, Ste 201
Columbia, MO 65203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,913.50

3.280

TKG Murrieta Plaza, LLC
c/o Tkg Management, Inc.
211 N. Stadium Blvd. Ste 201
Columbia, MO 65203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$30,306.25

**3.281**

Tr Costa Mesa Courtyards, LLC
2415 E Camelback Road Ste 100
Phoenix, AZ 85016

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,789.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.282**

Travis Kuhlman
815 Superba Ave
Venice, CA 90291

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,452.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.283**

Tucson Electric Power Company
88 E Broadway Blvd
Tucson, AZ 85701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6,680.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.284**

Tundra Restaurant Supply, Inc
Bin 010198
Milwaukee, WI 53288

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,229.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.285**

Tustin Market Place I LLC
c/o Bewley Lassleben & Miller
Attn: Ernie Parks
13215 Penn Street
Suite 510
Whittier, CA 90602

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.286**

Tustin Marketplace I LLC
c/o Bewley Lassleben & Miller
Attn: Ernie Parks
13215 Penn Street
Suite 510
Whittier, CA 90602

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.287**

Ultimate Capital, LLC
c/o Cornerstone Property Mange
Attn Donna L. Nelson
2727 Camino Del Rio South, Suite 333
San Diego, CA 92108

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $17,853.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.288**

United Guard Services Inc
450 Fletcher Parkway, Ste 223
El Cajon, CA 92020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $15,332.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.289

Valvista South, LLC
4700 Campus Drive
4700 Campus Drive
Suite 220
Newport Beach, CA 92660

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $32,670.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.290

Verified First LLC
1550 South Tech Lane Suite 110
Meridian, ID 83642

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $1,115.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.291

Verifone, Inc.
300 South Park Place Blvd.
Clearwater, FL 33759

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $5,504.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.292

Viatech Publishing Solutions, Inc
11935 N. Stemmons Fwy
Dallas, TX 75234

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $1,919.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.293**

Village Center West 1669 LLC
c/o Aaron Acker
Springer and Steinberg
1400 S. Colorado Blvd., Suite 500
Denver, CO 80222

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Lease.

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.294**

Vk Macarthur, LLC
PO Box 250250
Glendale, CA 91225

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $19,583.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.295**

Vr Temecula LLC
c/o 1St Commercial Realty Group
2009 Porterfield Way, Ste P
Upland, CA 92786

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $27,188.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.296**

Water Heater Man, Inc.
570 W. Freedom Avenue
Orange, CA 92865

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $6,301.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.297**

Willis Towers Watson Midwest, Inc
Attn: Legal Department
233 South Wacker Drive, Suite 1800
Chicago, IL 60606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$62,387.00

**3.298**

Willow Glen Community LP
c/o Thomas McConnell
Miller Starr & Regalia
1331 N. California Blvd. 5th Floor
Walnut Creek, CA 94596

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.299**

Wired Up Solutions LLC
777 S Figeroa St, Suite 4100
Los Angeles, CA 90017

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,126.69

**3.300**

Wri Summit Reit, LP
500 North Broadway
Suite 201
Jericho, NY 11753

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,382.84

3.301

Yelp, Inc.
140 New Montgomery Street
San Francisco, CA 94105

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $7,436.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.302

Young Electric Sign Company
2401 Foothill Dr
Salt Lake City, UT 89104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,127.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.303

Yukon Refrigeration/Yukon Services Inc
3640 N. Rancho Drive
Ste 102
Las Vegas, NV 89130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5,173.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.304

Zero Hour Health DBA Zedic
1200 High Ridge Road
Stamford, CT 06905

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5,934.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.305

Zuza LLC
2304 Faraday Ave
Carlsbad, CA 92008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $2,017.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____ | |
| | ☐ Not listed. Explain | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $283,182.85 |
| 5b. **Total claims from Part 2** | 5b. | $14,313,582.87 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $14,596,765.72 |

| Fill in this information to identify the case: |
|---|
| Debtor name: Rubio's Restaurants, Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 24-11165 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Achella Design Services Agreement | Achella Design<br>1301 Tamarack Ave<br>Carlsbad, CA 92008 |
| | **State the term remaining** | 6 months 20 days from Petition Date | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Adelanto - Real Prop. Lease (Store 220) | Adelanto Marketplaza, LLC<br>c/o Meissner Jacquet CRES<br>4995 Murphy Canyon Rd.<br>#100<br>San Diego, CA 92123-4365 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Admiral Consulting Group Service Order - Software Consulting Group | Admiral West, LLC<br>120 Vantis<br>Ste 300<br>Aliso Viejo, CA 92656 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.4 **State what the contract or lease is for and the nature of the debtor's interest**

Orange - N. Tustin Street - Real Prop. Lease (Store 48)

Advantaged Asset Acquisitions I, LLC
800 Lantern Crest Way
Unit 100
Santee, CA 92071

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.5 **State what the contract or lease is for and the nature of the debtor's interest**

Aetna Value Network HMO Contract - Health Insurance - HMO Value Network

Aetna
1385 East Shaw Ave
Fresno, CA 93710

**State the term remaining**

6 months 9 days from Petition Date

**List the contract number of any government contract**

2.6 **State what the contract or lease is for and the nature of the debtor's interest**

Aetna Premium Credit 2024 - One-Time Credit Notice

Aetna
1385 East Shaw Ave
Fresno, CA 93710

**State the term remaining**

6 months 9 days from Petition Date

**List the contract number of any government contract**

2.7 **State what the contract or lease is for and the nature of the debtor's interest**

Aetna AZ HMO Contract - Health Insurance - HMO Group Agreement Arizona

Aetna
1425 Union Meeting Rd
Blue Bell, PA 19422

**State the term remaining**

6 months 9 days from Petition Date

**List the contract number of any government contract**

2.8 **State what the contract or lease is for and the nature of the debtor's interest**

Aetna NV HMO Contract - Health Insurance - HMO Group Agreement Nevada

Aetna
1425 Union Meeting Rd
Blue Bell, PA 19422

**State the term remaining**

6 months 9 days from Petition Date

**List the contract number of any government contract**

2.9 **State what the contract or lease is for and the nature of the debtor's interest**

Premium Finance Agreement

AFCO-Bank Direct
Willis Towers Watson Midwest Inc
233 South Wackekr Dr
Ste 2000
Chicago, IL 60606

**State the term remaining**

4 months 9 days from Petition Date

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Agility Recovery Terms And Conditions - Incident Management |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Agility Recovery Solutions, Inc.
PO Box 733788
Dallas, TX 75373-3788

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Akerman Engagement Letter |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Akerman LLP
601 West Fifth Street
Suite 300
Los Angeles, CA 90071

| | | |
|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Allstate Identity Protection Service Order Form |
| | **State the term remaining** | 1 year 6 months 9 days from Petition Date |
| | **List the contract number of any government contract** | |

Allstate
Workplace Div / Payment Processing
PO Box 650514
Dallas, TX 75265-0514

| | | |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Allyant Digital Accessibility Renewal Statement of Work |
| | **State the term remaining** | 5 months 19 days from Petition Date |
| | **List the contract number of any government contract** | |

Allyant
885 Meadowlands Drive East
Suite 401
Ottawa, Ontario K2C3N2 Canada

| | | |
|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Sorrento Mesa - Real Prop. Lease (Store 216) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Alpha Brothers, LLC
933 Chittenden Lane
Suite A
Capitola, CA 95010

| | | |
|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | **State the term remaining** | 6 months 9 days from Petition Date |
| | **List the contract number of any government contract** | |

Analytiks, LLC
205 Detroit St. Floor 2.
Denver, CO 80206

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Analytiks Consulting Agreement | Analytiks<br>205 Detroit St. Floor 2.<br>Denver, CO 80206 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | AnchorQ3.2024 | Anchor Packaging<br>13515 Barrett Parkway Drive<br>St. Louis, MO 63021 |
| | **State the term remaining** | 3 months 8 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | AnchorQ2.2024 | Anchor Packaging<br>13515 Barrett Parkway Drive<br>St. Louis, MO 63021 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Visalia - Packwood Creek - Real Prop. Lease (Store 281) | Ares Commercial Properties<br>Care of K4 Management<br>677 W. Palmdon Drive<br>Fresno, CA 93704 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Grand Canyon State Logo Sign Urban Program Lease Agreement | Arizona Dept of Transportation (ADOT)<br>2039 West Lewis Ave<br>Phoenix, AZ 85009 |
| | **State the term remaining** | 1 year 11 months 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Peoria-75th St & Bell - Real Prop. Lease (Store 73) | Arrowhead Palms LLC<br>2701 E Camelback Rd<br>Suite 170<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 5 years 2 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Aspire Order Form Brand Subscription Services | Aspire<br>8511 Fallbrook Ave<br>West Hills, CA 91304 |
| | **State the term remaining** | 6 months 23 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Attentive Order Form Agreement - Text Messaging Marketing Platform | Attentive<br>221 River Street<br>Ste 9047<br>Hoboken, NJ 07030 |
| | **State the term remaining** | 1 year 0 months 6 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Rancho Cucamonga - Real Prop. Lease (Store 41) | Audaz Rancho Investments, LLC<br>c/o Century 21 Sunny Hills<br>5661 Beach Blvd.<br>Buena Park, CA 90621 |
| | **State the term remaining** | 3 years 5 months 26 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form and MSA | Awardco, LLC<br>382 Park Circle<br>Ste 300<br>Provo, UT 84604 |
| | **State the term remaining** | 2 years 2 months 16 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | SD-SDSU - Real Prop. Lease (Store 190) | Aztec Shops, Ltd.<br>San Diego State University<br>5300 Campanile Drive<br>San Diego, CA 92182-1701 |
| | **State the term remaining** | 11 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Baker Commodoties Total GRease Management Service Agreement | Baker Commodities Inc.<br>4020 Bandini Blvd<br>Vernon, CA 90058 |
| | **State the term remaining** | 1 year 5 months 8 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Bamko Statement of Work | BAMKO, LLC 10925 Weyburn Ave Los Angeles, CA 90024 |
| | **State the term remaining** | 1 year 9 months 4 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Bamko Master Supply Agreement | BAMKO, LLC 10925 Weyburn Ave Los Angeles, CA 90024 |
| | **State the term remaining** | 1 year 2 months 1 day from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Bamko Master Services Agreement | BAMKO, LLC 10925 Weyburn Ave Los Angeles, CA 90024 |
| | **State the term remaining** | 1 year 8 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Lodi - Sunwest Village - Real Prop. Lease (Store 291) | BDC Lodi III, L.P. 1556 Parkside Dr. Walnut Creek, CA 94596 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Benefitfocus Service Agreement | Benefitfocus 100 Benefitfocus Way Charleston, SC 29492 |
| | **State the term remaining** | 1 year 4 months 2 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Biddle Consulting Group Affirmative Action Renewal | Biddle Consulting Group 193 Blue Ravine Rd Ste 270 Folsom, CA 95630 |
| | **State the term remaining** | 1 year 1 month 19 days from Petition Date | |
| | **List the contract number of any government contract** | | |

2.34  **State what the contract or lease is for and the nature of the debtor's interest**  Santee - Real Prop. Lease (Store 249)

Big 7 Motel, Ltd.
750 "B" Street
21st Floor
San Diego, CA 92101

**State the term remaining**  4 years 5 months 26 days from Petition Date

**List the contract number of any government contract**

---

2.35  **State what the contract or lease is for and the nature of the debtor's interest**  Bite Kiosk Pilot Service Agreement

Bite Inc.
9 East 8th Street
Suite 125
New York, NY 10003

**State the term remaining**  10 months 26 days from Petition Date

**List the contract number of any government contract**

---

2.36  **State what the contract or lease is for and the nature of the debtor's interest**  Guest XM Black Box Intelligence Subscription

Black Box Intelligence
1501 North Plano Rd
Ste 100
Richardson, TX 750681

**State the term remaining**  6 months 9 days from Petition Date

**List the contract number of any government contract**

---

2.37  **State what the contract or lease is for and the nature of the debtor's interest**  Order Form and Subscription Agreement

Black Box Intelligence
14785 Preston Rd
Ste 290
Callas, TX 75254

**State the term remaining**  1 months 7 days from Petition Date

**List the contract number of any government contract**

---

2.38  **State what the contract or lease is for and the nature of the debtor's interest**  Blackhawk Network Gift Card Agreement

Blackhawk
5918 Stoneridge Mall Rd
Pleasanton, CA 94588

**State the term remaining**  Unknown

**List the contract number of any government contract**

---

2.39  **State what the contract or lease is for and the nature of the debtor's interest**  Blackhive Master Supply and Purchase Agreement

Blackhive Corporation
2049 E. Joyce Blvd
Ste 200
Fayetteville, AR 72703

**State the term remaining**  5 months 24 days from Petition Date

**List the contract number of any government contract**

2.40 **State what the contract or lease is for and the nature of the debtor's interest**

Boksovich Fresh Cut Master Supply and Purchase Agreement

**State the term remaining**

1 year 11 months 29 days from Petition Date

**List the contract number of any government contract**

Boskovich Fresh Cut, LLC
711 Diaz Ave
Oxnard, CA 93030

---

2.41 **State what the contract or lease is for and the nature of the debtor's interest**

La Jolla-Nobel & Villa La Jolla Drive - Real Prop. Lease (Store 25)

**State the term remaining**

2 years 2 months 27 days from Petition Date

**List the contract number of any government contract**

BPP Shops at La Jolla LLC
c/o ShopCore Properties
Attn: Legal Dept.
Two Liberty Place, 50 South 16th St., Ste. 3325
Philadelphia, PA 19102

---

2.42 **State what the contract or lease is for and the nature of the debtor's interest**

LV-Sahara - Real Prop. Lease (Store 209)

**State the term remaining**

2 years 4 months 27 days from Petition Date

**List the contract number of any government contract**

Bradonavon Investments, LLC
c/o Twainy Associates, LLC
101 Convention Center Drive
Las Vegas, NV 89109

---

2.43 **State what the contract or lease is for and the nature of the debtor's interest**

Folsom - Real Prop. Lease (Store 173)

**State the term remaining**

Unknown

**List the contract number of any government contract**

Broadstone Marketplace, LLC
c/o TRI Property Management Services, Inc.
2205 Plaza Drive
Rocklin, CA 95765

---

2.44 **State what the contract or lease is for and the nature of the debtor's interest**

San Jose - Brokaw Plaza - Real Prop. Lease (Store 284)

**State the term remaining**

Unknown

**List the contract number of any government contract**

Brokaw Ventures II, LLC
c/o Dollinger Properties
555 Twin Dolphin Dr.
Redwood City, CA 94065

---

2.45 **State what the contract or lease is for and the nature of the debtor's interest**

Bunge Oils Sales Contract

**State the term remaining**

6 months 9 days from Petition Date

**List the contract number of any government contract**

Bunge Oils, Inc.
1391 Timberlake Manor Pkwy
Chesterfield, MO 63017

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Client Service Agreement | CAC Specialty<br>250 Filllmore St<br>Suite 450<br>Denver, CO 80206 |
| | **State the term remaining** | 6 months 11 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | California Food Trading Master Supply and Purchase Agreement | California Food Trading<br>1028 Peach St<br>San Luis Obispo, CA 93401 |
| | **State the term remaining** | 4 months 29 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Fountain Valley - Real Prop. Lease (Store 131) | Callens Corner (Edens), LLC<br>P.O. Box 528<br>Columbia, SC 29202 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Anaheim Hills - Snta Ana Cyn & Imp Hwy - Real Prop. Lease (Store 267) | Canyon Plaza, LLC<br>3101 W. Coast Hwy<br>Ste. 100<br>Newport Beach, CA 92663 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Riverside-Canyon Spgs - Real Prop. Lease (Store 203) | Canyon Springs Marketplace North Corp.<br>c/o TDA Investment Group<br>2025 Pioneer Court<br>San Mateo, CA 94403 |
| | **State the term remaining** | 3 years 5 months 26 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Rancho Cordova - Zinfandel & International - Real Prop. Lease (Store 214) | Capital Village 2022, LLC<br>146 North Highland Avenue<br>Los Angeles, CA 90036 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | McCormick Letter Agreement |
| | | Cargill Kitchen Solutions, Inc. 15407 McGinty Road West Wayzata, MN 55391 |
| | **State the term remaining** | 6 months 9 days from Petition Date |
| | **List the contract number of any government contract** | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Cargill Kitchen Solutions Master Supply and Purchase Agreement |
| | | Cargill Kitchen Solutions, Inc. 15407 McGinty Road West Wayzata, MN 55391 |
| | **State the term remaining** | 2 years 6 months 11 days from Petition Date |
| | **List the contract number of any government contract** | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Cargil Salt Sale Agreement Form |
| | | Cargill 15407 McGinty Road West Wayzata, MN 55391 |
| | **State the term remaining** | 6 months 9 days from Petition Date |
| | **List the contract number of any government contract** | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Carl Warren & Company Claims Administration Contract |
| | | Carl Warren & Company PO Box 102320 Pasadena, CA 91189-2320 |
| | **State the term remaining** | 4 months 10 days from Petition Date |
| | **List the contract number of any government contract** | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Office - Real Prop. Lease |
| | | Carlsbad 2200, LLC Cushman & Wakefiled at 5625 Ruffin Road Suite 210 San Diego, CA 92123 |
| | **State the term remaining** | 2 years 7 months 27 days from Petition Date |
| | **List the contract number of any government contract** | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Carlsbad-CCS - Real Prop. Lease (Store 167) |
| | | Carlsbad Premium Outlets, LLC 225 West Washington Street Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 3 years 5 months 26 days from Petition Date |
| | **List the contract number of any government contract** | |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Santa Ana - 17th & Tustin - Real Prop. Lease (Store 262) | Centre On Seventeenth Partners<br>Attention: Scott Bell<br>c/o SDL Management Company<br>Santa Ana, CA 92705 |
| | **State the term remaining** | 1 year 1 month 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Ceridian Amendment | Ceridian Corp.<br>Attn: Legal Department<br>3311 E Old Shakopee Road<br>Minneapolis, MN 55425-1640 |
| | **State the term remaining** | 11 months 1 day from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Cerritos - Real Prop. Lease (Store 36) | Cerritos TC Property, LLC<br>c/o Vestar Management, Property Manager<br>2415 E. Camelback Road<br>Phoenix, AZ 85016 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Certify/EmPricing Proposal | Certify, Inc.<br>320 Cumberland Ave<br>Portland, ME 04101 |
| | **State the term remaining** | 6 months 31 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | La Verne - Real Prop. Lease (Store 76) | Chainarc LLC<br>P.O. Box 661567<br>Arcadia, CA 91066-1567 |
| | **State the term remaining** | 11 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | EPLI Insurance | Chubb Group of Insurance<br>Willis Towers Watson Midwest Inc<br>PO Box 210583<br>Dallas, TX 75211 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Chula Vista Ctr - Real Prop. Lease (Store 174) | Chula Vista Center, LP c/o Rouse Properties, LLC Attn: General Counsel 200 Vesey St., 25th Fl. New York, NY 10281 |
| | **State the term remaining** | 4 years 7 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | CitrusBits Web and Mobile Support Agreement | CitrusBits, Inc. 5976 W Las Positas Blvd Pleasanton, CA 94588 |
| | **State the term remaining** | 3 months 4 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Peoria-Lake Pleasant - Real Prop. Lease (Store 196) | CL Lake Pleasant Pavilions AZ LLC 3300 Enterprise Parkway Beachwood, OH 44122 |
| | **State the term remaining** | 2 years 9 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Reseller Agreement | Cloudify, inc. 9277 Research Dr Irvine, CA 92618 |
| | **State the term remaining** | 9 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Cloudify, inc. 9277 Research Dr Irvine, CA 92618 |
| | **State the term remaining** | 2 years 9 months 3 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Eastvale Marketplace - Real Prop. Lease (Store 289) | Cloverdale Marketplace, LLC 39209 Winchester Road Suite 104 Murrieta, ca 92563 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.70    **State what the contract or lease is for and the nature of the debtor's interest**        Coca-Cola Beverage Marketing Agreement

Coca-Cola Refreshments USA, Inc.
One Coca-Cola Plaza
Atlanta, GA 30313

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.71    **State what the contract or lease is for and the nature of the debtor's interest**        Coca-Cola Beverage Marketing Agreement

Coca-Cola Refreshments USA, Inc.
One Coca-Cola Plaza
Atlanta, GA 30313

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.72    **State what the contract or lease is for and the nature of the debtor's interest**        Coca-Cola Pricing Base Chain Pricing Agreement

Coca-Cola
One Coca-Cola Plaza
Atlanta, GA 30313

**State the term remaining**    6 months 9 days from Petition Date

**List the contract number of any government contract**

2.73    **State what the contract or lease is for and the nature of the debtor's interest**        Engagement Letter

CohnReznick LLP
707 Wilshire Blvd
Ste 4950
Los Angeles, CA 90017

**State the term remaining**    3 months 8 days from Petition Date

**List the contract number of any government contract**

2.74    **State what the contract or lease is for and the nature of the debtor's interest**        Coca-Cola Price List Bottles and Cans

Coke
One Coca-Cola Plaza
Atlanta, GA 30313

**State the term remaining**    6 months 9 days from Petition Date

**List the contract number of any government contract**

2.75    **State what the contract or lease is for and the nature of the debtor's interest**        Colorado Premium Meat Price Agreement

Colorado Premium
8100 E. 22nd St. North
Bldg 600
Wichita, KS 67226

**State the term remaining**    6 months 9 days from Petition Date

**List the contract number of any government contract**

| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | COMDATA INC.<br>5301 Maryland Way<br>Brentwood, TN 37027 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work and Terms of Service | Company Nurse, LLC<br>8360 E Via de Ventura Blvd<br>Ste L-200<br>Scottsdale, AZ 85258 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Compliance Metrix Master Customer Agreement | ComplianceMetrix<br>4180 La Jolla Village Dr<br>Ste 570<br>La Jolla, CA 92037 |
| | **State the term remaining** | 2 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Electricity Supply Agreement | Constellation NewEnergy, Inc.<br>1001 Louisiana St<br>Constellation Ste 2300<br>Houston, TX 77002 |
| | **State the term remaining** | 5 months 3 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Management Software Agreement | ContractSafe<br>9450 SW Gemini Dr<br>PMB 59163<br>Beaverton, OR 97008 |
| | **State the term remaining** | 9 months 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Roseville - Douglas & Rocky Ridge - Real Prop. Lease (Store 308) | Convoy Roseville, LLC<br>530 B St.<br>Ste. 2050<br>San Diego, CA 92101 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Corona - Real Prop. Lease (Store 189) | Corona Melk, LLC<br>c/o Avenue One Realty<br>PO Box 28684<br>Anaheim, CA 92809 |
| | **State the term remaining** | 2 years 6 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Cozzini Service Agreement | Cozzini Bros., Inc.<br>350 Howard Ave<br>Des Plaines, IL 60018 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Santa Clarita - Mcbean & Magic Mtn Pkwy - Real Prop. Lease (Store 150) | CPF Promenade LLC<br>2550 N. Hollywood Way<br>Suite 308<br>Burbank, CA 91505 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Crosby Cola - Athlete Endorsement Agreement | Crosby Cola, LLC<br>10900 Wilshire Blvd<br>Ste 1200<br>Los Angeles, CA 90024 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Crunchtime Order Form | Crunchtime<br>129 Portland Street<br>Boston, MA 02114 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Chandler-Germann & Gilbert - Real Prop. Lease (Store 197) | CTO20 Crossroads AZ LLC and IGI20 Crossroads AZ LLC<br>1140 N. Williamson Blvd.<br>Suite 140<br>Daytona Beach, FL 32114 |
| | **State the term remaining** | 3 years 3 months 26 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Culture Amp Service Order | Culture Amp Ltd<br>Attn: Legal Department<br>29 Stewart St Level 2<br>Richmond, VIC 3121 Australia |
| | **State the term remaining** | 1 year 11 months 20 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Supply and Purchase Agreement | D&W Fine Pack.<br>190 Elk Grove Village<br>Chicago, IL 60007 |
| | **State the term remaining** | 1 year 0 months 13 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | D&W Fine Pack<br>190 Elk Grove Village<br>Chicago, IL 60007 |
| | **State the term remaining** | 1 year 0 months 13 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Price Agreement | D&W Fine Pack<br>777 Mark Street<br>Wood Dale, IL 60191 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Pricing Agreement | Daisy Brand<br>12750 Merit Dr<br>Ste 600<br>Dallas, TX 75251 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Danone North America Horizon Products Pricing Agreement | Danone North America<br>1 Maple Ave<br>3rd Floor<br>White Plains, NY 10605 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

2.94 **State what the contract or lease is for and the nature of the debtor's interest**

Dart Container Corporation Pricing Agreement

DART CONTAINER CORPORATION
500 Hogsback Road
Mason, MI 48854

**State the term remaining**

1 months 7 days from Petition Date

**List the contract number of any government contract**

2.95 **State what the contract or lease is for and the nature of the debtor's interest**

Ontario - Real Prop. Lease (Store 40)

Daybreak Plaza, LLC
26111 Calle Cobblestone
San Juan Capistrano, CA 92675

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.96 **State what the contract or lease is for and the nature of the debtor's interest**

Mesa-Dobson - Real Prop. Lease (Store 213)

De.Rito/Kimco Riverview, LLC
Attn: Legal Department
c/o Kimco Realty Corporation
2429 Park Avenue
Tustin, CA 92782

**State the term remaining**

3 years 0 months 24 days from Petition Date

**List the contract number of any government contract**

2.97 **State what the contract or lease is for and the nature of the debtor's interest**

Del Mar - Real Prop. Lease (Store 85)

Del Mar Highlands Town Center Associates I, LLC
7200 Wisconsin Avenue
Suite 600
Bethesda, MD 20814

**State the term remaining**

4 years 9 months 25 days from Petition Date

**List the contract number of any government contract**

2.98 **State what the contract or lease is for and the nature of the debtor's interest**

Pricing Agreement

Del Real Foods LLC
11041 Inland Ave
Mira Loma, CA 91752

**State the term remaining**

6 months 9 days from Petition Date

**List the contract number of any government contract**

2.99 **State what the contract or lease is for and the nature of the debtor's interest**

Electricity Supply Agreement

Direct Energy
1001 Liberty Avenue
Pittsburgh, PA 15222

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.100 **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement

**State the term remaining**

Unknown

**List the contract number of any government contract**

DiscoverLink
1525 Kautz Rd
Ste 700
West Chicago, IL 60185

2.101 **State what the contract or lease is for and the nature of the debtor's interest**

Clovis - Trading Post - Real Prop. Lease (Store 278)

**State the term remaining**

Unknown

**List the contract number of any government contract**

DN Clovis, LLC
c/o Rich Development Enterprises, LLC
1000 N. Western Ave.
San Pedro, CA 90732

2.102 **State what the contract or lease is for and the nature of the debtor's interest**

Sacramento - Natomas - Real Prop. Lease (Store 87)

**State the term remaining**

Unknown

**List the contract number of any government contract**

Donahue Schriber Realty Group, L.P
100 Bayview Circle
Suite 6500
Newport Beach, CA 92660

2.103 **State what the contract or lease is for and the nature of the debtor's interest**

Delivery and Promotion Agreement

**State the term remaining**

Unknown

**List the contract number of any government contract**

DoorDash, Inc.
116 New Montgomery St
San Francisco, CA 94105

2.104 **State what the contract or lease is for and the nature of the debtor's interest**

Marketplace Amendment

**State the term remaining**

Unknown

**List the contract number of any government contract**

DoorDash, Inc.
303 2nd Street
South Tower
Suite 800
San Francisco, CA 94107

2.105 **State what the contract or lease is for and the nature of the debtor's interest**

Downey - Real Prop. Lease (Store 168)

**State the term remaining**

1 year 7 months 27 days from Petition Date

**List the contract number of any government contract**

Downey Landing SPE, LLC
200 E Carrillo St
Suite 200
Santa Barbara, CA 93101

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Campbell & Glenn - Real Prop. Lease (Store 90) | DSW IREIF Tucson Retail Owner LLC c/o DSW Commercial Real Estate 1795 East Skyline Drive Tucson, AZ 85718 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Mesa - Us 60 & Stapley - Real Prop. Lease (Store 81) | DSW Mesa Grand/Spectrum LLC c/o DSW Commercial Real Estate 1795 East Skyline Drive Tucson, AZ 85718 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Superstition Gateway West - Real Prop. Lease (Store 221) | DTL-SGW, LLC and DTR1C-SGW, LLC c/o Troon Management Company 7669 E. Pinnacle Peak Road Scottsdale, AZ 85255 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | E&E Master Supply and Purchase Agreement | E&E Foods, Inc. 900 Powell Ave. SW Renton, WA 98057 |
| | **State the term remaining** | 31 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Service Agreement | Eagles Point Security, LLC 8057 Raytheon Rd Suite1 San Diego, CA 92111 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Eagle Point Security Service Agreement | Eagles Point Security 8057 Raytheon Rd Suite1 San Diego, CA 92111 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Yorba Linda - Real Prop. Lease (Store 47) | Eastlake Commercial 2007 LLC c/o Shapell Properties, Inc. Attn: Corporate Counsel 1990 S. Bundy Dr., Ste. 500 Los Angeles, CA 90025 |
| | **State the term remaining** | 3 years 10 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Ecolab Inc. Pre-N-Print Flex Agreement | Ecolab, Inc. 1 Ecolab Place St. Paul, MN 55102 |
| | **State the term remaining** | 2 years 7 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Ecotrak Software Subscription and Services Agreement | Ecotrak Facility Management, Inc. 18004 Sky Park Circle, Ste. 100 Irvine, CA 92614 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription and Service Agreement | Ecotrak 18004 Sky Park Circle Suite 100 Irvine, CA 92614 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | El Dorado Hills - Real Prop. Lease (Store 286) | EDH Waterfront, LLC c/o The Mansour Company 4364 Town Center Blvd. El Dorado Hills, CA 95762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Edward Don Distribution Agreement | Edward Don & Company 9801 Adam Don Parkway Woodridge, IL 60517 |
| | **State the term remaining** | 1 year 8 months 12 days from Petition Date | |
| | **List the contract number of any government contract** | | |

2.118 **State what the contract or lease is for and the nature of the debtor's interest**

Palm Desert-El Paseo Square - Real Prop. Lease (Store 309)

**State the term remaining**

2 years 6 months 27 days from Petition Date

**List the contract number of any government contract**

El Paseo, LLC
c/o Allied District Properties
Attn: Paul Goodman & Cathy Green
180 N. Stetson, Suite 3240
Chicago, IL 60601

2.119 **State what the contract or lease is for and the nature of the debtor's interest**

Elk Grove - Bruceville & Elk Grove - Real Prop. Lease (Store 205)

**State the term remaining**

Unknown

**List the contract number of any government contract**

Elk Grove Owner LP
c/o Acadia Realty Trust
Attn: Legal Dept.
Rye, NY 10580

2.120 **State what the contract or lease is for and the nature of the debtor's interest**

Equifax Amendment To Universal Service Agreement

**State the term remaining**

Unknown

**List the contract number of any government contract**

Equifax
4076 Paysphere Circle
Chicago, IL 60674-4076

2.121 **State what the contract or lease is for and the nature of the debtor's interest**

exCater Catering Marketing Agreement

**State the term remaining**

Unknown

**List the contract number of any government contract**

ezCather, Inc.
101 Arch Street
Suite 1510
Boston, MA 02110

2.122 **State what the contract or lease is for and the nature of the debtor's interest**

First Choice Services

**State the term remaining**

Unknown

**List the contract number of any government contract**

First Choice Services
6496 Marindustry Place
#C
San Diego, CA 92121

2.123 **State what the contract or lease is for and the nature of the debtor's interest**

Fisher Phillips Engagement Letter

**State the term remaining**

Unknown

**List the contract number of any government contract**

Fisher Phillips
2050 Main Street
Ste 1000
Irvine, CA 92614

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Foley & Lardner LLP Engagement Letter Agreement | Foley & Lardner LLP 777 East Wisconsin Avenue Milwaukee, WI 53202 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Foothill Ranch - Real Prop. Lease (Store 91) | Foothill-Pacific Towne Centre IV Attn: Dennis Berryman One Corporate Plaza Newport Beach, CA 92660 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Force4Giving Payment Processing Services Agreement | Force4Giving 1032 Sandstone Circle Erie, CO 80516 |
| | **State the term remaining** | 1 months 2 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Force4Good Software as a Service Agreement | Force4Good 1032 Sandstone Cir Erie, CO 80516 |
| | **State the term remaining** | 1 months 2 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | La Mesa - Real Prop. Lease (Store 23) | FR Grossmont, LLC c/o Federal Realty Investment Trust 909 Rose Avenue Suite 200 N. Bethesda, MD 20852-4041 |
| | **State the term remaining** | 7 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Premium Outlet Franchise Agreement | Franchise Food Courts of Nevada, LLC 104 Cassia Wat Henderson, NV 89014 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Aliante Franchise Agreement - Franchisee NV | Franchise Food Courts of Nevada, LLC<br>104 Cassia Wat<br>Henderson, NV 89014 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Red Rock Franchise Agreement | Franchise Food Courts of Nevada, LLC<br>900.W. Warm Springs Road<br>Suite 101<br>Henderson, NV 89014 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | External Storage Unit French Camp Road Self Storage | FRENCH CAMP ROAD 209-983-3898<br>4201 E. French Camp Rd<br>Manteca, CA 95336 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Mission Gorge - Real Prop. Lease (Store 42) | Friars LLC<br>c/o Reef Real Estate Services<br>1620 Fifth Avenue<br>San Diego, CA 92101 |
| | **State the term remaining** | 5 years 6 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Front Line Safety Services Agreement | Front Line Safety<br>1643 Paddingston Drive<br>La Verne, CA 91750 |
| | **State the term remaining** | 4 years 0 months 2 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Brea Marketplace - Real Prop. Lease (Store 245) | FW CA-Brea Marketplace, LLC<br>c/o Regency Centers Corporation<br>Attn: Lease Administration<br>One Independent Dr., #114<br>Jacksonville, FL 32202-5019 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Gilbert-Power & Ray - Real Prop. Lease (Store 217) |
| | | Gateway Corner Holdings, LLC |
| | | 7515 E. 1st Street |
| | **State the term remaining** | 3 years 10 months 25 days from Petition Date |
| | | Scottsdale, AZ 85251 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | El Segundo - Real Prop. Lease (Store 242) |
| | | Gateway El Segundo Fee Owner, LLC |
| | | c/o Rockwood Capital, LLC |
| | **State the term remaining** | 5 years 0 months 24 days from Petition Date |
| | | Los Angeles, CA 90067 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Gecko Hospitality Agreement |
| | | Gecko Hospitality Inc. |
| | | 13379 McGregor Blvd |
| | | Ste 1 |
| | **State the term remaining** | Unknown |
| | | Fort Myers, FL 33919 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Vista - Melrose - Real Prop. Lease (Store 261) |
| | | Gershman Properties , LLC and Gershman Cypress, LLC |
| | | 12300 Wilshire Blvd. |
| | | Suite 310 |
| | **State the term remaining** | 8 months 24 days from Petition Date |
| | | Los Angeles, CA 90025 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Rancho Del Rey - Real Prop. Lease (Store 59) |
| | | Gershman Properties Chula Vista LLC |
| | | 12300 Wilshire Blvd. |
| | | Ste. 310 |
| | **State the term remaining** | 4 years 4 months 27 days from Petition Date |
| | | Los Angeles, CA 90025 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Chula Vista - Eastlake - Real Prop. Lease (Store 182) |
| | | Gershman Properties Eastlake Terraces LLC |
| | | 12300 Wilshire Boulevard |
| | | Suite 310 |
| | **State the term remaining** | Unknown |
| | | Los Angeles , CA 90025 |
| | **List the contract number of any government contract** | |

**2.142**  **State what the contract or lease is for and the nature of the debtor's interest**

Huntington Beach - Beach & Terry - Real Prop. Lease (Store 145)

GGF Huntington, LLC
c/o Gaska, Inc
100 W. Broadway
Glendale, CA 91210

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.143**  **State what the contract or lease is for and the nature of the debtor's interest**

Go-2 Pricing Agreement

Go-2 Products, Inc.
Segan Industries
820 Stanton Rd
Burlingame, CA 94010

**State the term remaining**

7 days from Petition Date

**List the contract number of any government contract**

---

**2.144**  **State what the contract or lease is for and the nature of the debtor's interest**

Gold Coast Packaging

Gold Coast Packaging
P.O. Box 1023
Santa Maria, CA 93456

**State the term remaining**

6 months 9 days from Petition Date

**List the contract number of any government contract**

---

**2.145**  **State what the contract or lease is for and the nature of the debtor's interest**

Whittier - Gateway - Real Prop. Lease (Store 293)

Golden Capital Whittier, LLC
51 Longchamp
Irvine, CA 92602-1858

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.146**  **State what the contract or lease is for and the nature of the debtor's interest**

Palmdale - Real Prop. Lease (Store 171)

Golden Spectrum Property, LLC
c/o Coreland Companies
c/o Shin Yen Management, Inc.
Attn: Yale Huang
3808 Grand Avenue, Suite B
Chino, CA 91710

**State the term remaining**

4 years 7 months 27 days from Petition Date

**List the contract number of any government contract**

---

**2.147**  **State what the contract or lease is for and the nature of the debtor's interest**

Redlands - Real Prop. Lease (Store 127)

Golison Development
5937 Naples Plaza
Long Beach, CA 90803

**State the term remaining**

8 years 7 months 27 days from Petition Date

**List the contract number of any government contract**

Debtor    Rubio's Restaurants, Inc.
Name
Case number *(if known)* 24-11165

Case 24-11164-CTG    Doc 138    Filed 07/02/24    Page 147 of 191

| | | |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Google Food Ordering Amendment |
| | | Google LLC |
| | | PO Box 883654 |
| | | Los Angeles, CA 90088-3654 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Solana Beach - Real Prop. Lease (Store 13) |
| | | GRE Beachwalk, LLC |
| | | 900 North Michigan Avenue |
| | | Suite 1450 |
| | **State the term remaining** | Unknown |
| | | Chicago, IL 60611 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Griffco - Athlete Endorsement Agreement |
| | | GriffCo Industries, Inc. |
| | | 10900 Wilshire Blvd |
| | | Ste 1200 |
| | **State the term remaining** | 6 months 9 days from Petition Date |
| | | Los Angeles, CA 90024 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Grubhub Enterprise Agreement |
| | | Grubhub Holdings Inc. |
| | | 111 W. Washington St |
| | | Ste 2100 |
| | **State the term remaining** | Unknown |
| | | Chicago, IL 60602 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Gilbert-Warner - Real Prop. Lease (Store 49) |
| | | Gustavo Properties, LLC |
| | | 1255 Barkley Blvd |
| | | #107 |
| | **State the term remaining** | 4 years 2 months 27 days from Petition Date |
| | | Bellingham, WA 98226 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Goodyear - Real Prop. Lease (Store 225) |
| | | HCL Goodyear Centerpoint LLC |
| | | C/O Haagan Company LLC |
| | | 12302 Exposition Blvd |
| | **State the term remaining** | 3 years 7 months 8 days from Petition Date |
| | | Los Angeles, CA 90064 |
| | **List the contract number of any government contract** | |

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Healthy Dining MyMenu and Nutrition Management System Letter Agreement | Healthy Dining<br>PO Box 519<br>Melbourne, FL 32902 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Temecula-Ynez & Rancho California - Real Prop. Lease (Store 16) | Henkin Group II MOM LLC<br>520 Newport Center Drive<br>Suite 480<br>Newport Beach, CA 92660 |
| | **State the term remaining** | 4 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Henry Avocado Corporation Master Supply annd Purchase Agreement | Henry Avocado Corporation<br>2208 Harmony Grove Road<br>Escondido, CA 92029 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Hilco Corporate Finance Engagement Letter | Hilco CF<br>401 N Michigan<br>Ste 1630<br>Chicago, IL 60611 |
| | **State the term remaining** | 5 months 4 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Hilco Real Estate Engagement Letter | Hilco Real Estate, LLC<br>5 Revere Dr<br>Ste 206<br>Northbrook, IL 60062 |
| | **State the term remaining** | 5 months 4 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Hire Level Assessment Price Schedule | Hire Level<br>4220 Proton Rd<br>Ste 170<br>Dallas, TX 92008 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

**2.160** **State what the contract or lease is for and the nature of the debtor's interest**

Long Beach - Belmont Shores - Real Prop. Lease (Store 33)

HJM Sunrise Plaza, LLC
c/o Madden, Jones, Cole & Johnson, APC
400 Spectrum Center Drive
Irvine , CA 92618

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.161** **State what the contract or lease is for and the nature of the debtor's interest**

Hootsuite Order Form

Hootsuite
214 Sullivan
3A
New York, NY 10012

**State the term remaining**

4 months 23 days from Petition Date

**List the contract number of any government contract**

**2.162** **State what the contract or lease is for and the nature of the debtor's interest**

Stockton - Stonecreek Village - Real Prop. Lease (Store 232)

HPC Stonecreek III LLC,
18321 Ventura Blvd.
Suite 980
Tarzana, CA 91356

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.163** **State what the contract or lease is for and the nature of the debtor's interest**

Pacific Beach - Real Prop. Lease (Store 3)

HPI 910 Grand Avenue, LLC
335 15th Street
San Diego, CA 92101

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.164** **State what the contract or lease is for and the nature of the debtor's interest**

Huhtamaki Price Quote

Huhtamaki
9201 Packaging Dr
DeSoto, KS 66018

**State the term remaining**

1 months 7 days from Petition Date

**List the contract number of any government contract**

**2.165** **State what the contract or lease is for and the nature of the debtor's interest**

Monrovia - Real Prop. Lease (Store 60)

Huntington Oaks Delaware Partners, LLC
c/o The Festival Companies
13274 Fiji Way
Suite 200
Marina Del Rey, CA 90292

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.166 **State what the contract or lease is for and the nature of the debtor's interest**

Rancho Bernardo - Real Prop. Lease (Store 45)

Iberia Bernardo LP
c/o Boardwalk Development, Inc.
4455 Morena Blvd
San Diego, CA 92117

**State the term remaining**

8 years 9 months 25 days from Petition Date

**List the contract number of any government contract**

2.167 **State what the contract or lease is for and the nature of the debtor's interest**

Iconex Pricing Agreement

Iconex
3237 Satellite Blvd
Duluth, GA 30096

**State the term remaining**

7 days from Petition Date

**List the contract number of any government contract**

2.168 **State what the contract or lease is for and the nature of the debtor's interest**

Indel Foods Master Supply and Purchase Agreement

Indel Food Products, Inc.
9515 Plaza Circle
El Paso, TX 79927

**State the term remaining**

1 year 4 months 31 days from Petition Date

**List the contract number of any government contract**

2.169 **State what the contract or lease is for and the nature of the debtor's interest**

Indel Pricing Agreement

Indel Food Products, Inc.
9515 Plaza Circle
El Paso, TX 79927

**State the term remaining**

6 months 9 days from Petition Date

**List the contract number of any government contract**

2.170 **State what the contract or lease is for and the nature of the debtor's interest**

intact Insurance General Indemnity Agreement

Intact Insurance
One State Street Plaza
31st Floor
New York, NY 10004

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.171 **State what the contract or lease is for and the nature of the debtor's interest**

InComm Product Provider Master Agreement Amendment #2

Interactive Communications International, Inc.
250 Williams St NW
5th Floor
Suite 5-20022
Atlanta, GA 30303

**State the term remaining**

1 year 7 months 10 days from Petition Date

**List the contract number of any government contract**

**2.172** | **State what the contract or lease is for and the nature of the debtor's interest** | InComm Product Provider Master Agreement | Interactive Communications International, Inc.
250 Williams St NW
5th Floor
Suite 5-20022
Atlanta, GA 30303
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

**2.173** | **State what the contract or lease is for and the nature of the debtor's interest** | Interface Master Service Agreement | Interface Security Systems, LLC
3773 Corporate Center Drive
Earth City, MO 63045
| | **State the term remaining** | 6 days from Petition Date |
| | **List the contract number of any government contract** | |

**2.174** | **State what the contract or lease is for and the nature of the debtor's interest** | Simplot Pricing Agreement | J.R. Simplot
P.O. Box 27
Boise, ID 83707
| | **State the term remaining** | 7 months 9 days from Petition Date |
| | **List the contract number of any government contract** | |

**2.175** | **State what the contract or lease is for and the nature of the debtor's interest** | J&J Snack Foods Master Supply And Purchase Agreement | J&J Snack Foods Corp
5353 Downey Rd
Vernon, CA 90058
| | **State the term remaining** | 1 year 2 months 24 days from Petition Date |
| | **List the contract number of any government contract** | |

**2.176** | **State what the contract or lease is for and the nature of the debtor's interest** | J&J Snacks Pricing Agreement | J&J Snack Foods
5353 Downey Rd
Vernon, CA 90058
| | **State the term remaining** | 6 months 9 days from Petition Date |
| | **List the contract number of any government contract** | |

**2.177** | **State what the contract or lease is for and the nature of the debtor's interest** | Jackson Lewis Engagement Letter - Berkley Professional Liability Claim No. BRKLY039214 | Jackson Lewis P.C.
225 Broadway
Ste 1800
San Diego, CA 92101
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | *Jackson Lewis Engagement Letter - Balerio Alwag* |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Jackson Lewis P.C.
225 Broadway
Ste 1800
San Diego, CA 92101

| | | |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | *Jackson Lewis Engagement Letter - Savion Leach* |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Jackson Lewis P.C.
225 Broadway
Ste 1800
San Diego, CA 92101

| | | |
|---|---|---|
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | *Jackson Lewis Engagement Letter - Riverside Superior Case No. CVRI2306383* |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Jackson Lewis P.C.
225 Broadway
Ste 1800
San Diego, CA 92101

| | | |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | *Jackson Lewis Engagement Letter - Chubb Claim No. KY23K2415589* |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Jackson Lewis P.C.
225 Broadway
Ste 1800
San Diego, CA 92101

| | | |
|---|---|---|
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | *Jackson Lewis Engagement Letter - Linh Lipham* |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Jackson Lewis P.C.
225 Broadway
Ste 1800
San Diego, CA 92101

| | | |
|---|---|---|
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | *JLM Consulting Services Agreement* |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

JLM Consulting, LLC
25515 Rua Michelle
Escondido, CA 92026

| | | | |
|---|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | JMG Security Agreement | JMG Security Systems, Inc.<br>17150 Newhope Street<br>Suite 109<br>Fountain Valley, CA 92708 |
| | **State the term remaining** | 21 days from Petition Date | |
| | **List the contract number of any government contract** | | |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | John Soules Foods PA - Chicken Bites Pricing Agreement | John Soules Foods<br>3251 Defrost Circle<br>Mira Loma, CA 91751 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Joseph Oliva & Associates Standard Terms of Engagement | Joseph Oliva & Associates, P.C.<br>11956 Bernardo Plaza Dr<br>#532<br>San Diego, CA 92128 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | JPMorgan Chase Bank, N.A., Paymentech, LLC | JPMorgan Chase Bank<br>14221 Dallas Parkway<br>Dallas, TX 75254 |
| | **State the term remaining** | 11 months 20 days from Petition Date | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | HR Consulting Agreement | Jumpstart HR, LLC<br>10490 Little Patuxent Parkway<br>Suite 600<br>Columbia, MD 21044 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Just Quality Pricing Agreement | Just Quality International, Inc.<br>885 Don Mills Rd<br>Ste 210<br>Toronto, Ontario Canada |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Rancho Santa Margarita - Real Prop. Lease (Store 83) | K&G/Marketplace Subsidiary, LLC<br>32840 Pacific Coast Highway<br>Suite N<br>Dana Point, CA 92629 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Stanton - Real Prop. Lease (Store 32) | Katella-Knott Shopping Center LLC<br>12550 Whittier Blvd.<br>Whittier , CA 90602 |
| | **State the term remaining** | 2 years 9 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Kay Addendum to Supply Agreement | Kay Chemical Company<br>8300 Capital Drive<br>Greensboro, NC 22409 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Kay Amendment To Master Warewash Agreement | Kay Chemical Company<br>8300 Capital Drive<br>Greensboro, NC 22409 |
| | **State the term remaining** | 1 year 2 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Ecolab Water Filtration Agreement | Kay Chemical Company<br>8300 Capital Drive<br>Greensboro, NC 22409 |
| | **State the term remaining** | 1 year 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Kay Amendment To Supply Agreement Final | Kay Chemical Company<br>8300 Capital Drive<br>Greensboro, NC 22409 |
| | **State the term remaining** | 1 year 3 months 8 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | KDP Keurig Dr. Pepper Marketing Support Program | Keurig Dr Pepper<br>6425 Hall OF Fame Ln<br>Frisco, TX 75034 |
| | State the term remaining | 6 months 9 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Escondido - Real Prop. Lease (Store 169) | Kidder Matthews<br>12230 El Camino Real<br>Suite 400<br>San Diego, CA 92130 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Tempe - Real Prop. Lease (Store 53) | Kingdom Row LLC<br>8 Royal Dornoch Lane<br>Pinehurst, NC 28374 |
| | State the term remaining | 1 year 2 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Henderson - Real Prop. Lease (Store 207) | Kite Realty Group Trust<br>30 South Meridian Street<br>Suite 1100<br>Indianapolis, IN 46204 |
| | State the term remaining | 1 year 6 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Santa Ana - Macarthur & Hutton Center - Real Prop. Lease (Store 118) | KRB Investments Management LLC<br>3000 W 6th St.<br>Ste. 208<br>Los Angeles, CA 90020 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Eastern - LV - Real Prop. Lease (Store 258) | KRG Las Vegas Eastern Beltway LLC<br>62958 Collections Center Drive<br>Suite 250<br>Chicago, IL 60693 |
| | State the term remaining | 4 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Kyocera Service Supply Maintenance Agreement | Kyocera<br>14101 Alton Parkway<br>Irvine, CA 92618 |
| | **State the term remaining** | 7 months 31 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | La Habra - Imperial Hwy & Idaho - Real Prop. Lease (Store 30) | La Habra Associates, LLC<br>Attn: Property Management<br>7777 Edinger Ave.<br>Huntington Beach, CA 92647 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Mission Viejo-Marguerite - Real Prop. Lease (Store 34) | La Paz Viejo Company<br>12100 Wilshire Boulevard<br>Suite 1050<br>Los Angeles, CA 90025 |
| | **State the term remaining** | 2 years 11 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Torrey Highlands - Real Prop. Lease (Store 184) | Laguna Crown, LLC<br>5990 Sepulveda Blvd.<br>Suite 600<br>Sherman Oaks, CA 91411 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Temecula Pkwy - Real Prop. Lease (Store 170) | Lahaina Partners, LLC<br>c/o 1st Commercial Realty Group, Inc.<br>2009 Porterfield Way<br>Suite P<br>Upland, CA 91786 |
| | **State the term remaining** | 4 years 4 months 26 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | Lakewood - Real Prop. Lease (Store 188) | Lakewood Galleria, Lakewood CA<br>5115 Candlewood Rd.<br>Lakewood , CA 90712 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Lewis Brisbois Amendment to Engagement Letter |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Lewis Brisbois
650 Town Center Drive
Suite 1400
Costa Mesa, CA 92626

| | | |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Lighthouse Services Hotline Agreement |
| | **State the term remaining** | 1 year 3 months 3 days from Petition Date |
| | **List the contract number of any government contract** | |

Lighthouse
1710 Walton Rd
Ste 204
Blue Bell, PA 19422

| | | |
|---|---|---|
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | PS-Ramon & Gene Autry - Real Prop. Lease (Store 202) |
| | **State the term remaining** | 3 years 10 months 25 days from Petition Date |
| | **List the contract number of any government contract** | |

Lilac19, LP
c/o Excel Property Management Services, Inc
9034 W. Sunset Boulevard.
West Hollywood, CA 90069

| | | |
|---|---|---|
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | LinkedIn Corporate Recruiter Account |
| | **State the term remaining** | 5 months 24 days from Petition Date |
| | **List the contract number of any government contract** | |

LinkedIn
1000 W. Maude Ave
Sunnyvale, CA 94085

| | | |
|---|---|---|
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | PHX-44th & Indian School - Real Prop. Lease (Store 99) |
| | **State the term remaining** | 1 year 11 months 25 days from Petition Date |
| | **List the contract number of any government contract** | |

Lippow/Arcadia, LLC
c/o Commercial Properties, Inc.
2323 West University Dr.
Tempe, AZ 85281

| | | |
|---|---|---|
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Elkay Plastic Stock Product Pricing |
| | **State the term remaining** | 6 months 9 days from Petition Date |
| | **List the contract number of any government contract** | |

LK Packaging
6000 Sheila St
Commerce, CA 90040

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Loomis Safepoint Agreement | LOOMIS ARMORED US, LLC<br>2500 CityWest Blvd<br>Ste 2300<br>Houston, TX 77042 |
| --- | --- | --- | --- |
| | **State the term remaining** | 4 years 7 months 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Marina Del Rey - Real Prop. Lease (Store 28) | Marina Associates Shopping Center, LP<br>c/o Kennedy Wilson Properties, Ltd.<br>151 S. El Camino Dr.<br>Beverly Hills, CA 90212 |
| --- | --- | --- | --- |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Fullerton - Real Prop. Lease (Store 162) | MCD-RC CA-Amerige, LLC<br>c/o Regency Centers, L.P.<br>Attn: Property Operations<br>Irvine, CA 92604 |
| --- | --- | --- | --- |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Oxnard - N Rose Near Hwy 101 - Real Prop. Lease (Store 93) | McGrath-RHD Partners, L.P.<br>c/o Rothbart Development Corporation<br>10990 Wilshire Blvd.<br>Los Angeles, CA 90024 |
| --- | --- | --- | --- |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | McMillion & Hirtensteiner, LLP General Service Agreement | McMillion & Hirtensteiner, LLP<br>5776-D Lindero Canyon Road, #231<br>Westlake Village, CA 91362 |
| --- | --- | --- | --- |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | MegaplanIT External Network Vulnerability Scanning Services Proposal and Licensing AGreement | Megaplan IT<br>18700 N. Hayden Rd<br>Suite 340<br>Scottsdale, AZ 85255 |
| --- | --- | --- | --- |
| | **State the term remaining** | 6 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Menifee - Real Prop. Lease (Store 279) | Menifee Crossings, LLC<br>6215 SE Hazel Ave<br>Portland, OR 97206-9541 |
|---|---|---|---|
| | **State the term remaining** | 2 years 2 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Mercer Health and Benefits SOW | Mercer Health & Benefits LLC<br>155 N. Wacker<br>Ste 1500<br>Chicago, IL 60606 |
|---|---|---|---|
| | **State the term remaining** | 1 year 4 months 23 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter Armada Care Executive Coverage | Mercer Health & Benefits LLC<br>4445 Eastgate Mall<br>Ste 300<br>Carlsbad, CA 92101 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Orange - Main @ Town & Country - Real Prop. Lease (Store 109) | Meridian Orange Center, LLC<br>c/o America West Properties, Inc.<br>22541 Aspan Street<br>Lake Forest, CA 92630 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Supply and Purchase Agreement | Mi Rancho<br>425 Hesler St<br>San Leandro, CA 94577 |
|---|---|---|---|
| | **State the term remaining** | 2 years 5 months 20 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Mint Publicity PR Agreement | Mint Publicity<br>4129 Calle Mar De Ballenas<br>San Diego, CA 92130 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Mission Foods Pricing Agreement | Mission Foods Corporation<br>5601 Executive Dr<br>Ste 800<br>Irving, TX 75038 |
|---|---|---|---|
|  | State the term remaining | 3 months 8 days from Petition Date |  |
|  | List the contract number of any government contract |  |  |

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Miratech Agreement | Mitratech / I-9 Tracker<br>567 Sutter St<br>San Francisco, CA 94102 |
|---|---|---|---|
|  | State the term remaining | 9 months 26 days from Petition Date |  |
|  | List the contract number of any government contract |  |  |

| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Tracker Corp Amendment To Agreement | Mitratech / I-9 Tracker<br>567 Sutter St<br>San Francisco, CA 94102 |
|---|---|---|---|
|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract |  |  |

| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Mira Mesa - Real Prop. Lease (Store 134) | MMM West, Inc.<br>c/o Stockbridge Capital Group, LLC<br>4 Embarcadero Center<br>San Francisco, CA 94111 |
|---|---|---|---|
|  | State the term remaining | 10 months 24 days from Petition Date |  |
|  | List the contract number of any government contract |  |  |

| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Mesa-Baseline & Power - Real Prop. Lease (Store 159) | MNG II, LP<br>c/o Borg Property Services, LLC<br>1660 S. Alma School Rd.<br>Mesa, AZ 85210 |
|---|---|---|---|
|  | State the term remaining | 2 years 7 months 27 days from Petition Date |  |
|  | List the contract number of any government contract |  |  |

| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Mobo Systems (OLO) Master Services Agreement | Mobo Systems, Inc.<br>26 Broadway<br>24th Floor<br>New York, NY 10004 |
|---|---|---|---|
|  | State the term remaining | Unknown |  |
|  | List the contract number of any government contract |  |  |

**2.232**  **State what the contract or lease is for and the nature of the debtor's interest**

Ventura - S. Victoria & Hwy 101 - Real Prop. Lease (Store 144)

Montalvo Square Associates, LLC
Attn: Property Management
7777 Edinger Ave.
Huntington Beach, CA 92647

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.233**  **State what the contract or lease is for and the nature of the debtor's interest**

El Cajon-Magnolia & Wells - Real Prop. Lease (Store 8)

Morraine E Stangl Trust
11527 Keisha Cove
San Diego, CA 92126

**State the term remaining**    6 years 3 months 26 days from Petition Date

**List the contract number of any government contract**

**2.234**  **State what the contract or lease is for and the nature of the debtor's interest**

Norco - Real Prop. Lease (Store 110)

Murari L Gupta and Inder J Gupta, as Trustees of The Gupta Family Trust Utd 11/30/2006
P.O. Box 4475
Orange, CA 92863-4475

**State the term remaining**    1 year 0 months 24 days from Petition Date

**List the contract number of any government contract**

**2.235**  **State what the contract or lease is for and the nature of the debtor's interest**

Lancaster - Real Prop. Lease (Store 215)

Nashashibi Family Trust
c/o Aspen Companies
18751 Ventura Blvd.
Suite B-100
Tarzana, CA 91356

**State the term remaining**    3 years 1 month 24 days from Petition Date

**List the contract number of any government contract**

**2.236**  **State what the contract or lease is for and the nature of the debtor's interest**

Coronado - Real Prop. Lease (Store 124)

Navy Exchange Service Command
3280 Virginia Beach Blvd
Virginia Beach, VA 23452-5724

**State the term remaining**    2 years 11 months 25 days from Petition Date

**List the contract number of any government contract**

**2.237**  **State what the contract or lease is for and the nature of the debtor's interest**

Sd - Nexcom - Real Prop. Lease (Store 269)

Navy Exchange Service Command
3280 Virginia Beach Blvd.
Virginia Beach, VA 23452-5724

**State the term remaining**    Unknown

**List the contract number of any government contract**

| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Neil Jones Company Short Form Supply Agreement | Neil Jones Company<br>P.O. Box 30<br>1702 West 16th Street<br>Vancouver, WA 98666 |
| | **State the term remaining** | 4 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Mahi Pricing Agreement | Neptune Foods<br>4510 S Alameda St<br>Vernon, CA 90058 |
| | **State the term remaining** | 4 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Pollack Short Form Supply Agreement | Neptune-Fisherman's Pride Processors, Inc.<br>4510 S. Alameda St<br>Vernon, CA 90058 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Neptune Salmon Short Form Supply Agreement | Neptune-Fisherman's Pride Processors, Inc.<br>4510 S. Alameda St<br>Vernon, CA 90058 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | NetFortis Renewal Supplement Addendum | NetFortis<br>5601 6th Ave S<br>Ste 201<br>Seattle, WA 98108 |
| | **State the term remaining** | 2 months 22 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Newly Weds Foods Short Form Supply Agreement | Newly Wed Foods, Inc.<br>4140 W. Fullerton Ave<br>Chicago, IL 60639 |
| | **State the term remaining** | 1 months 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Newly Wed Food Master Supply Agreement | Newly Wed Foods, Inc.<br>4140 W. Fullerton Ave<br>Chicago, IL 60639 |
| | **State the term remaining** | 4 years 0 months 30 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Newly Wed Foods Volume Commitment Pricing Contract | Newly Wed Foods, Inc.<br>4140 W. Fullerton Ave<br>Chicago, IL 60639 |
| | **State the term remaining** | 1 months 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Nippon Master Supply and Purchase Agreement | Nippon Industries, Inc.<br>2430 South Watney Way<br>Fairfield, CA 94533 |
| | **State the term remaining** | 8 months 17 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Nippon IQF Pricing Agreement | Nippon Industries, Inc.<br>2430 South Watney Way<br>Fairfield, CA 94533 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Bakersfield - Real Prop. Lease (Store 181) | Northwest Target, LLC<br>P.O. Box 82515<br>Bakersfield, CA 93380-2515 |
| | **State the term remaining** | 2 years 6 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Novamex (Jarritos) Agreement | Novamex<br>500 W Overland Ave<br>Ste 300<br>El Paso, TX 79901 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | NuCO2 Beverage Gas Equipment/Product Supply Agreement | NuCo2, LLC<br>2800 SE Market Place<br>Stuart, FL 34997 |
| | **State the term remaining** | 2 years 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | NuCO2 Services Agreement | NuCo2, LLC<br>2800 SE Market Place<br>Stuart, FL 34997 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Olo Order Form | Olo, Inc.<br>285 Fulton St<br>82nd Floor<br>New York, NY 10007 |
| | **State the term remaining** | 1 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Pasadena - Paseo Colorado - Real Prop. Lease (Store 113) | Onni Paseo LLC<br>5055 N 32 n Street<br>Ste 200<br>Phoenix, AZ 85018 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | Orange-The Block - Real Prop. Lease (Store 58) | Orange City Mills Limited Partnership<br>c/o M.S. Management Associates Inc.<br>225 West Washington St.<br>Indianapolis, IN 46204-3438 |
| | **State the term remaining** | 1 year 5 months 26 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Carmel Mtn Ranch - Real Prop. Lease (Store 15) | Pacific Carmel Mountain Holdings, L.P.<br>c/o American Assets Trust Management, LLC<br>3420 Carmel Mountain Road<br>San Diego, CA 92121 |
| | **State the term remaining** | 1 year 6 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | Pacific Coral Seafood Short Form Supply Agreement | Pacific Coral Seafood<br>4770 Biscayne Blvd<br>Ste 700<br>Miami, FL 33137 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Pacific Ergo Services Agreement | Pacific Ergonomics<br>329 W Grand Ave<br>Escondido, CA 92025 |
| | **State the term remaining** | 1 year 11 months 19 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | Sunnyvale - Real Prop. Lease (Store 263) | Pacific/DSLA No. 2<br>c/o Pacific Development Group II<br>One Corporate Plaza<br>Newport Beach, CA 92660 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | Sponsorship Agreement - San Diego Padres | Padres, LP<br>100 Park Blvd<br>San Diego, CA 92101 |
| | **State the term remaining** | 1 year 4 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | Pan Pacific Plastic Pricing Agreement | Pan Pacific<br>26551 Danti Court<br>Hayward, CA 94545 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | El Cajon - Parkway Plaza - Real Prop. Lease (Store 67) | Parkway Plaza Management PR, LLC<br>c/o Parkway Plaza<br>415 Parkway Plaza<br>El Cajon, CA 92020 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Paul Plevin Quarles | Paul Plevin Quarles<br>101 West Broadway<br>Ninth Floor<br>San Diego, CA 92101 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Anaheim-Euclid - Real Prop. Lease (Store 19) | PK II ANAHEIM PLAZA LP<br>500 North Broadway<br>Suite 201<br>Jericho, NY 11753 |
|---|---|---|---|
| | **State the term remaining** | 1 year 1 month 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | Roseville - Rocklin - Real Prop. Lease (Store 88) | PL Roseville LP<br>c/o Kimco Realty Corporation<br>Attn: Legal Dept.<br>Vista, CA 92081 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | Placentia - Real Prop. Lease (Store 330) | Placentia Village Square, LLC<br>c/o 1st Commercial Realty Group, Inc.<br>2009 Porterfield Way<br>Upland, CA 91786 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | Carlsbad-ECR&78 - Real Prop. Lease (Store 29) | Plaza South LLC<br>c/o Pacific Coast Commercial<br>Attn: Brian Crepeau, VP Brokerage & Asset Management<br>San Diego, CA 92131 |
|---|---|---|---|
| | **State the term remaining** | 2 years 4 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | External Storage Unit Pods Entreprises Storage | PODS ENTERPRISES INC<br>13535 Feather Sound Dr<br>Clearwater, FL 33762 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | External Storage Unit Pods Entreprises Storage | PODS ENTERPRISES INC<br>13535 Feather Sound Dr<br>Clearwater, FL 33762 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | Pompilia Janitor Solutions Services Agreement | Pompilia Janitor Solutions<br>869 Viewpoint Dr<br>San Marcos, CA 92078 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Poway - Real Prop. Lease (Store 139) | Poway BP Partners LLC<br>c/o CAM Commercial Properties<br>PO Box 722253<br>San Diego, CA 92172-2253 |
| | **State the term remaining** | 1 year 4 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Power Digital Marketing | Power Digital Marketing<br>2251 San Diego Ave<br>#250<br>San Diego, CA 92110 |
| | **State the term remaining** | 9 months 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Procopio Engagement Letter | Procopio<br>525 B Street<br>Ste 2200<br>San Diego, CA 92101 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Propaganda Services Agreement - SOW - Brand Creative Reatiner | Propaganda, Inc.<br>3115 S. Grand Blvd<br>Ste 500<br>St. Louis, MO 63118 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | Prophix Cloud Services Agreement | PROPHIX Software Inc.
350 Burnhamthorpe Road West
Ste 1000
Mississauga, Ontario L5B3J1 Canada |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | Prudential Overall Supply Service Rental Agreement | Prudential Overall Supply
1661 Alton Parkway
Irvine, CA 92606 |
| | **State the term remaining** | 1 year 10 months 6 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | External Storage Unit Public Storage | PUBLIC STORAGE-29205 SAN DIEGO 858-257-0918
9890 Pacific Heights Blvd
San Diego, CA 92121 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Punchh Master Service Agreement | PUNCHH
1875 S. Grant St
#810
San Mateo, CA 94402 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Punchh Amendment to Master Service Agreement | PUNCHH
1875 S. Grant St
#810
San Mateo, CA 94402 |
| | **State the term remaining** | 2 months 22 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | Quadient Postage Mailing System Lease Agreement | Quadient
478 Wheelers Farms Road
Milford, CT 06461 |
| | **State the term remaining** | 1 year 3 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

**2.280** **State what the contract or lease is for and the nature of the debtor's interest**

Quench Customer Care Guarantee

Quench USA, Inc.
630 Allendal Road, Suite 200
King Of Prussia, PA 19406

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.281** **State what the contract or lease is for and the nature of the debtor's interest**

Seal Beach - Real Prop. Lease (Store 160)

Ranch Town Center, LLC & VII Commercial Corp.
5990 Sepulveda Blvd.
Ste 600
Sherman Oaks, CA 91411

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.282** **State what the contract or lease is for and the nature of the debtor's interest**

Glendale - Real Prop. Lease (Store 78)

Rancho Palisades Holdings, LLC
c/o Athena Property Management
16795 Von Karman
Irvine, CA 92606

**State the term remaining**

11 months 25 days from Petition Date

**List the contract number of any government contract**

---

**2.283** **State what the contract or lease is for and the nature of the debtor's interest**

Bonduelle Master Supply and Purchase Agreement

Ready Pac
4401 Foxdale Ave
Irwindale, CA 91706

**State the term remaining**

3 years 5 months 29 days from Petition Date

**List the contract number of any government contract**

---

**2.284** **State what the contract or lease is for and the nature of the debtor's interest**

Property Works Lease And Property Adminstration Services Agreement

REBIS, LLC
118 E. Trinity Place
Decatur, GA 30030

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.285** **State what the contract or lease is for and the nature of the debtor's interest**

Red Card Media Merchant Agreement

Red Card Media LLC
100 State St
Ste 301
Madison, WI 53703

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Red Chambers Short From Agreement | Red Chamber Co.<br>1912 East Vernon Ave<br>Vernon, CA 90558 |
|---|---|---|---|
| | State the term remaining | 6 months 9 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Otter Master Service Agreement/Order Form | Restaurant Technology Solutions, LLC<br>777 S Figeuroa St<br>Ste 4100<br>Los Angeles, CA 90017 |
|---|---|---|---|
| | State the term remaining | 4 months 7 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Riceland Foods Master Supply And Purchase Agreement | Riceland Foods, Inc.<br>2120 S Park Ave<br>Stuttgart, AR 72160 |
|---|---|---|---|
| | State the term remaining | 1 year 4 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Fresno - Real Prop. Lease (Store 223) | River Park Properties II<br>c/o Lance-Kashian & Co.<br>Attn: Lease Administrator<br>265 E. River Park Circle, Suite 150<br>Fresno, CA 93720 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | LV Rainbow - Real Prop. Lease (Store 324) | Rodak Properties Warm Springs LLC<br>2435 Forest Ave<br>Suite 200<br>San Jose, CA 95128 |
|---|---|---|---|
| | State the term remaining | 5 years 6 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Bressi Ranch - Real Prop. Lease (Store 236) | ROIC California, LLC<br>11250 El Camino Real<br>Suite 200<br>San Diego, CA 92130 |
|---|---|---|---|
| | State the term remaining | 4 years 8 months 24 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | San Diego - Twn Ctr & Lj Village Dr - Real Prop. Lease (Store 10) | ROIC California, LLC Attn: Property Manager 11250 El Camino Real San Diego, CA 92130 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Huntington Beach-Goldenwest - Real Prop. Lease (Store 106) | ROIC California, LLC Attn: Property Manager 11250 El Camino Real San Diego, CA 92130 |
|---|---|---|---|
| | **State the term remaining** | 1 year 4 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Torrance - Real Prop. Lease (Store 37) | Rolling Hills Plaza, LLC PO Box #70375 Newark, NJ 07101-0096 |
|---|---|---|---|
| | **State the term remaining** | 5 years 10 months 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Oro Valley - Real Prop. Lease (Store 101) | Rooney Ranch D, LLC 2415 E. Camelback Road Suite 900 Phoenix, AZ 85016 |
|---|---|---|---|
| | **State the term remaining** | 5 years 10 months 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | RSM Human Capital Management Annual Support Services Agreement | RSM US LLP 919 East Main Street Suite 1800 Richmond, VA 23219 |
|---|---|---|---|
| | **State the term remaining** | 9 months 29 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | RSM Statement of Work | RSM US LLP 919 East Main Street Suite 1800 Richmond, VA 23219 |
|---|---|---|---|
| | **State the term remaining** | 9 months 29 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Rush Computer Rentals Tablet Agreement |
| | | Rush Computer Rentals<br>8511 Fallbrook Ave<br>West Hills, CA 91304 |
| | **State the term remaining** | 3 months 8 days from Petition Date |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | San Marcos Theaters - San Marcos Blvd - Real Prop. Lease (Store 64) |
| | | S.F. Partners<br>Attn: David Seyranian<br>4144 Redwood Rd.<br>Oakland, CA 94619 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Sabert Pricing Agreement |
| | | Sabert<br>2288 Main Street Ext<br>Sayreville, NJ 08872 |
| | **State the term remaining** | 5 months 18 days from Petition Date |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Salesforce Tableau Order Form |
| | | Salesforce<br>415 Mission St<br>3rd Floor<br>San Francisco, CA 92105 |
| | **State the term remaining** | 5 months 14 days from Petition Date |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Kearny Mesa-Ruffner & Clairemont - Real Prop. Lease (Store 9) |
| | | San Diego Crossroads Center Land, LLC<br>c/o San Diego Crossroads Center<br>6110 Romany Dr.<br>San Diego, CA 92120 |
| | **State the term remaining** | 4 years 7 months 27 days from Petition Date |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | San Marcos-Nordahl - Real Prop. Lease (Store 183) |
| | | San Marcos DDD Day, LLC<br>24025 Park Sorrento<br>Suite 300<br>Calabasas, CA 91302 |
| | **State the term remaining** | 4 years 11 months 25 days from Petition Date |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Saputo March 2024 Pricing Agreement | Saputo Cheese USA Inc.<br>10700 Research Dr<br>Milwaukee, WI 53226 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Savor Imports Pricing Agreement | Savor Imports<br>17050 Baxter Road<br>#130<br>Chesterfield, MO 63005 |
| | **State the term remaining** | 5 months 8 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Savor Imports Master Supply and Purchase Agreement | Savor Imports<br>17050 Baxter Road<br>#130<br>Chesterfield, MO 63005 |
| | **State the term remaining** | 2 years 11 months 23 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | La Quinta - Real Prop. Lease (Store 149) | Schnitzer Properties Realty, LLC<br>1121 SW Salmon St.<br>Portland, OR 97205 |
| | **State the term remaining** | 2 years 0 months 11 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Scripps Ranch - Real Prop. Lease (Store 77) | Scripps REG, LLC<br>c/o Regency Centers<br>420 Stevens Ave.<br>Solana Beach, CA 92075 |
| | **State the term remaining** | 5 years 1 month 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Mission Valley - Real Prop. Lease (Store 20) | SD Retail, LLC<br>201 North Rockingham Avenue<br>Los Angeles, CA 90049 |
| | **State the term remaining** | 5 years 10 months 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | SRN Master Services Agreement | Secured Retail Networks, Inc. 9880 Irvine Center Drive Irvine, CA 92618 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Management Group Master Services and Statement of Work Agreement | Service Management Group, LLC 1737 McGee Street Kansas City, MO 64108 |
| | **State the term remaining** | 7 months 18 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Laguna Niguel - Real Prop. Lease (Store 18) | Shapell SoCAl Rental Properties, LLC c/o Shapell Properties, Inc. Attn: Corporate Counsel 1990 S. Bundy Dr., Ste. 500 Los Angeles, CA 90025 |
| | **State the term remaining** | 3 months 26 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Kearny Mesa - Clairemont Mesa & Overland - Real Prop. Lease (Store 187) | Shops at Spectrum, LLC 24025 Park Sorrento Suite 300 Calabasas, CA 92008 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Simmons Learning Solutions E-Learning Courses | Simmons Learning Systems 6784 Park Ridge Blvd San Diego, CA 92120 |
| | **State the term remaining** | 2 years 4 months 1 day from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Simmons Learning Solutions E-Learning Courses | Simple 200 Auburn-Folsom Rd #300 Auburn, CA 95603 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | Phoenix - My Florist - Real Prop. Lease (Store 292) | SM RET WVI, LLC<br>2701 E Camelback Rd.<br>Suite 170<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 2 years 10 months 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | Snowflake Order Form | Snowflake Inc.<br>450 Concar Drive<br>San Mateo, CA 94402 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | SOCi Platform Listings Renewal Agreement | SOCi, Inc.<br>8605 Santa Monica Blvd<br>PMB 47149<br>West Hollywood, CA 90069 |
| | **State the term remaining** | 1 months 21 days from Petition Date | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | Softchoice Microsoft Products and Services Agreement | Softchoice<br>314 W. Superior St<br>Chicago, IL 60654 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | Chandler-Rural & Ray - Real Prop. Lease (Store 50) | Sol Hoff Company LLC<br>C/O Maria Williams<br>PO Box 251587<br>Los Angeles, CA 90025 |
| | **State the term remaining** | 4 years 11 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | Soloman Page Staffing and Recruitment Services Agreement | Solomon Page LLC<br>7676 Hazard Center Dr<br>Ste 1525<br>San Diego, CA 92108 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Scottsdale-101 & Frank Lloyd Wright - Real Prop. Lease (Store 38) | Sonora Village LLC c/o YAM Properties, LLC 15750 N. Northsight Blvd. Scottsdale, AZ 85260 |
| | **State the term remaining** | 3 years 5 months 26 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | Ramona - Real Prop. Lease (Store 98) | Southern California Developments LLC 32 Edelman Irvine, CA 92618 |
| | **State the term remaining** | 9 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Southwest Trader Distribution Agreement | Southwest Traders Inc. 27565 Diaz Road Temecula, CA 92590 |
| | **State the term remaining** | 2 years 7 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Lacy Morris Consulting Agreement | Sparkle Intelligence LLC Unit 402 Los Angeles, CA 90036 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | SR Max Services Agreement | SR Max, LLC 2701 Patterson Street Greensboro, NC 27407 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Stephanie Reaves 2198 Silverado St San Marcos, CA 92078 |
| | **State the term remaining** | 2 years 7 months 21 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Steritech CPRA Service Provider Addendum | Steritech<br>1125 Berkshire Blvd<br>Ste 150<br>Wyomissing, PA 19610 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Steritech Statement of Work | Steritech<br>1125 Berkshire Blvd<br>Ste 150<br>Wyomissing, PA 19610 |
|---|---|---|---|
| | **State the term remaining** | 4 years 0 months 23 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | Steritech Master Service Agreement | Steritech<br>1125 Berkshire Blvd<br>Ste 150<br>Wyomissing, PA 19610 |
|---|---|---|---|
| | **State the term remaining** | 4 years 0 months 23 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | Stewart Sutherland Pricing and Volume Agreement | Stewart Sutherland, Inc.<br>PO Box 162<br>Vicksburg, MI 49097 |
|---|---|---|---|
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | Stir Foods Pricing Agreement | Stir Foods LLC.<br>1581 North Main St<br>Orange, CA 92867 |
|---|---|---|---|
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | External Storage Storamerica | STORAMERICA 29063167<br>3560 Mission Ave<br>Oceanside, CA 92058 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Tierra Santa - Real Prop. Lease (Store 275) | Street Properties Inc. 860 Island Avenue San Diego, CA 92101 |
| | **State the term remaining** | 1 year 9 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | My Studio Interior Design Services Agreement | Studio MyID 3712 30th St San Diego, CA 92104 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | SupHerb Farms Rubios Pricing Agreement | SubHerb Farms 300 Dianne Drive Turlock, CA 95381 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Sugar Foods Corporation Pricing Agreement | Sugar Foods Corporation 9500 El Dorado Ae Sun Valley, CA 91352 |
| | **State the term remaining** | 3 months 8 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Sun Orchard Juicery CY2024 Agreement | Sun Orchard 8600 NW 36th St Ste 250 Doral, FL 33166 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Sun Orchard Juicery Schedule 1 Agreement | Sun Orchard 8600 NW 36th St Ste 250 Doral, FL 33166 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Henderson-LV - Real Prop. Lease (Store 255) | Sunset Plaza LLC and Sunset Collection LLC c/o Avison Young - Nevada LLC 10845 Griffith Peak Dr. Las Vegas, NV 89119 |
| | **State the term remaining** | 4 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Supherb Farms Pricing Agreement Del | Supherb Farms 300 Dianne Drive Turlock, CA 95381 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Supherb Farms Pricing Agreement FOB | Supherb Farms 300 Dianne Drive Turlock, CA 95381 |
| | **State the term remaining** | 6 months 9 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Mission Bay - Real Prop. Lease (Store 1) | T Larry Eddington and Margaret Ann Eddington Family Trust Dtd 04/30/2002 3330 Dove Hollow Rd. Olivenhain, CA 92024 |
| | **State the term remaining** | 4 years 11 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Talent Reef Order Form | TalentReef 950 17th St Ste 700 Denver, CO 80202 |
| | **State the term remaining** | 1 year 0 months 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | TalentReef Implementation Statement of Work | TalentReef 950 17th St Ste 700 Denver, CO 80202 |
| | **State the term remaining** | 9 months 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | Tarantino Wholesale Food Distributors Seasonings Short From Supply Agreement | Tarantino Wholesale Food Distributors 7651 St. Andrews Ave San Diego, CA 92154 |
|---|---|---|---|
| | State the term remaining | 7 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | Tarantino Wholesale Food Distributors Spices Short From Supply Agreement | Tarantino Wholesale Food Distributors 7651 St. Andrews Ave San Diego, CA 92154 |
|---|---|---|---|
| | State the term remaining | 7 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | Task Retail Software License Agreement | Task Retail Technology LLC 2078 Teron Trace Suite 250 Dacula, GA 30019 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | PHX-Tatum & Bell - Real Prop. Lease (Store 57) | Tatum Venture, LLC c/o West Valley Arizona, Inc. Attn: Real Estate Manager Phoenix, AZ 85016 |
|---|---|---|---|
| | State the term remaining | 4 years 0 months 25 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Glendale - Real Prop. Lease (Store 123) | Telegraph & Colima Associates, LLC Attn: Richard L. Engel 2710 E. Camelback Road Phoenix, AZ 85016 |
|---|---|---|---|
| | State the term remaining | 1 year 4 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Point Loma - Real Prop. Lease (Store 4) | The Earp Corporation c/o Capital Asset Management 4323 Mission Bay Dr. San Diego, CA 92109 |
|---|---|---|---|
| | State the term remaining | 11 months 25 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | The Food Runners Agreement For Delivery of Food | The Food Runners, LLC<br>1430 East St Andrew Place<br>Unit G<br>Santa Ana, CA 92705 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | Irvine-Harvard & Main - Real Prop. Lease (Store 12) | The Irvine Company, LLC<br>Attn: General Counsel, Retail Properties<br>110 Innovation Drive<br>Irvine, CA 92617 |
| | **State the term remaining** | 2 years 2 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | The Plantry Maintenance Agreement | The Plantry<br>5926 Caminito De La Taza<br>San Diego, CA 92120 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | La Jolla - Ucsd - Real Prop. Lease (Store 165) | The Regents of the University of California<br>c/o Executive Director, Real Estate<br>University of California, San Diego<br>La Jolla, CA 92037 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | LA-UCLA - Real Prop. Lease (Store 55) | The Regents of the University of California<br>c/o Leasing Manager, UCLA Real Estate Dept.<br>10920 Wilshire Blvd.<br>Los Angeles, CA 90024 |
| | **State the term remaining** | 3 years 1 month 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | TUC-El Con - Real Prop. Lease (Store 211) | TKG El Con Center, LLC<br>c/o TKG Management 211 N. Stadium Blvd.<br>Suite 201<br>Columbia, MO 65203 |
| | **State the term remaining** | 1 year 11 months 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Murrieta - Real Prop. Lease (Store 237) | TKG Murrieta Plaza, L.L.C. c/o TKG Management, Inc. 211 N. Stadium Blvd. Columbia, MO 65203 |
| | State the term remaining | 4 years 4 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Costa Mesa - Real Prop. Lease (Store 17) | TR Costa Mesa Courtyards LLC Vestar Property Management Attn: Property Manager - Costa Mesa Courtyards 7575 Carson Blvd. Long Beach, CA 90808 |
| | State the term remaining | 7 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Tractor Beverages Pilot Partnership Agreement | Tractor Beverage Co. 147 E. Aqua Circel Coeurd'Alene, ID 83815 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Tracy - Real Prop. Lease (Store 178) | Tracy Pavilion GRF2, LLC 973 Lomas Santa Fe Dr. Solana Beach, CA 92075 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Triden Service Provider Agreement | Triden Group Corporation 7220 Trade Street Suite 255 San Diego, CA 92121 |
| | State the term remaining | 2 years 9 months 2 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Trinidad Benham Corporation Master Supply And Purchase Agreement | Trinidad Benham Corporation 3650 S. Yosemite Ste 300 Denver, CO 80237 |
| | State the term remaining | 4 years 2 months 5 days from Petition Date | |
| | List the contract number of any government contract | | |

**2.364** **State what the contract or lease is for and the nature of the debtor's interest**

Trinidad Benham Corporation Short Form Supply Agreement

Trinidad Benham Corporation
3650 S. Yosemite
Ste 300
Denver, CO 80237

**State the term remaining**

3 months 8 days from Petition Date

**List the contract number of any government contract**

**2.365** **State what the contract or lease is for and the nature of the debtor's interest**

Tundra Stocking Agreement

Tundra Restaurant Supply
Bin 010198
Milwaukee, WI 53288-0464

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.366** **State what the contract or lease is for and the nature of the debtor's interest**

Tustin - Real Prop. Lease (Store 11)

Tustin Market Place I LLC
c/o The Irvine Company
2915 El Camino Real
Tustin, CA 92782

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.367** **State what the contract or lease is for and the nature of the debtor's interest**

Chandler Fashion Mall - Real Prop. Lease (Store 164)

TWC Chandler LLC
Attn: Center Manager
3111 West Chandler Blvd.
Chandler, AZ 85226-5071

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.368** **State what the contract or lease is for and the nature of the debtor's interest**

Tyson Foods Bacon Pricing Agreement

Tyson Foods Inc.
2200 W. Don Tyson Parkway
Springdale, AK 72762

**State the term remaining**

7 days from Petition Date

**List the contract number of any government contract**

**2.369** **State what the contract or lease is for and the nature of the debtor's interest**

Tyson Master Supply and Purchase Agreement

Tyson Foods Inc.
2200 W. Don Tyson Parkway
Springdale, AK 72762

**State the term remaining**

4 years 6 months 9 days from Petition Date

**List the contract number of any government contract**

| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | UberEats Master Framework Letter Agreement | UberEats<br>1515 3rd Street<br>San Francisco, CA 94158 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | External Storage Uhaul | Uhaul<br>2727 North Central Avenue<br>Phoenix, AZ 85004 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | SD-College & 94 - Real Prop. Lease (Store 102) | Ultimate Capital, LLC<br>c/o Cornerstone Property Management<br>2727 Camino del Rio South<br>San Diego, CA 92108 |
| | **State the term remaining** | 5 years 11 months 25 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | United Guard Security Services Agreement | United Guard Services<br>338 W Lexington Ave<br>#212-A<br>El Cajon, CA 92020 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | Vista - Real Prop. Lease (Store 39) | Val Vista South, LLC<br>c/o The Krausz Companies, Inc.<br>18201 Von Karman Ave.<br>Irvine, CA 92612 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | VerifiedFirst Screening Package Agreement | Verified First, LLC<br>1550 South Tech Lane<br>Ste 200<br>Meridian, ID 83642 |
| | **State the term remaining** | 5 months 23 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | VeriFone Bundled Solution Merchant Agreement | VeriFone, Inc.<br>2099 Gateway Place<br>Suite 600<br>San Jose, CA 95110 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Verifone Amendment to Point Service Merchant Agreement | VeriFone, Inc.<br>2099 Gateway Place<br>Suite 600<br>San Jose, CA 95110 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | Verifone Point Solution Standard Merchant Agreement | VeriFone, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | El Cajon-Rancho San Diego - Real Prop. Lease (Store 56) | Vestar California XVII, L.L.C.<br>2415 East Camelback Road<br>Suite 100<br>Phoenix, AZ 85016 |
| | **State the term remaining** | 9 years 7 months 27 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | Viatech Statement of Work | ViaTech Solutions, Inc.<br>11935 North Stemmons Fwy<br>Dallas, TX 75234 |
| | **State the term remaining** | 7 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | Santa Ana-MacArthur & Fairview - Real Prop. Lease (Store 26) | VK MacArthur, LLC<br>PO Box 250250<br>Glendale, CA 91225 |
| | **State the term remaining** | 1 year 8 months 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | Voya Retirement Insurance Agreement and Release | Voya<br>PO Box 75131<br>Charlotte, NC 28275-0131 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | 401k Plan Adoption Agreement | Voya<br>PO Box 75131<br>Charlotte, NC 28275-0131 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Voya Amendment Regarding Hardship Distributions In Other Plans | Voya<br>PO Box 75131<br>Charlotte, NC 28275-0131 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Voya Amendment To Implement Hardship Distribution Provisions of Bipartisan Act of 2018 | Voya<br>PO Box 75131<br>Charlotte, NC 28275-0131 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Oceanside - Real Prop. Lease (Store 331) | VRDO Plaza Partnership<br>5230 Carroll Canyon Rd.<br>Ste. 208<br>San Diego, CA 92121 |
| | **State the term remaining** | 8 years 3 months 26 days from Petition Date | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Encinitas - Real Prop. Lease (Store 7) | Weingarten Nostat, LLC.<br>500 North Broadway<br>Suite 201<br>Jericho, NY 11753 |
| | **State the term remaining** | 10 months 24 days from Petition Date | |
| | **List the contract number of any government contract** | | |

Debtor    Rubio's Restaurants, Inc.
Name

Case number *(if known)* 24-11165

| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | PHX-24th & Baseline - Real Prop. Lease (Store 192) | WFC Fund I Legacy OPCO LLC<br>9301 E. Shea Blvd.<br>Ste. 124<br>Scottsdale, AZ 85260 |
| | State the term remaining | 1 year 6 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Willis Towers Statement of Work For Corporate Risk and Broking Services | Willis Towers Watson Midwest, Inc.<br>1125 Berkshire Blvd<br>Ste 150<br>Wyomissing, PA 19610 |
| | State the term remaining | 2 months 2 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | Willis Towers Statement of Work For Corporate Risk and Broking Services | Willis Towers Watson Midwest, Inc.<br>Attn: Legal Department<br>233 South Wacker Drive, Suite 1800<br>Chicago, IL 60606 |
| | State the term remaining | 2 years 2 months 2 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | Scottsdale-N. Scottsdale & Ashler - Real Prop. Lease (Store 152) | WRI Summit REIT, LP<br>500 North Broadway<br>Suite 201<br>Jericho, NY 11753 |
| | State the term remaining | 2 years 5 months 26 days from Petition Date | |
| | List the contract number of any government contract | | |

| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | Yelp Supplemental Purchase Order | Yelp Inc.<br>140 New Montgomery Street<br>San Francisco, CA 94105 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Chino Hills - Real Prop. Lease (Store 68) | YS Properties, LLC<br>55 Bellatrix<br>Irvine, CA 92618 |
| | State the term remaining | 4 years 6 months 27 days from Petition Date | |
| | List the contract number of any government contract | | |

2.394  **State what the contract or lease is for and the nature of the debtor's interest**

Zedic Clinical Support Agreement

**State the term remaining**

Unknown

**List the contract number of any government contract**

Zedic/Zero Hour Health
1200 High Ridge Rd
Stamford, CT 06905

Fill in this information to identify the case:

Debtor name: Rubio's Restaurants, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11165

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 MRRC Hold Co. | MRRC Hold Co. 2200 Faraday Avenue Suite 250 Carlsbad, CA 92008 | TREW Capital Management Private Credit LLC | ☑ D ☐ E/F ☐ G |
| 2.2 Rubio's Incentives, LLC | Rubio's Incentives, LLC 2200 Faraday Avenue Suite 250 Carlsbad, CA 92008 | TREW Capital Management Private Credit LLC | ☑ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name: Rubio's Restaurants, Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 24-11165 |

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets−Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 7/1/2024 | */s/ Nicholas D. Rubin* |
| --- | --- |
| Executed on | Signature of individual signing on behalf of debtor |
| | Nicholas D. Rubin |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |