**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MRRC HOLD CO., *et al.*, | Case No. 24-11164 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date: TBD at TFR**<br>**Objection Deadline: TBD at TFR** |

**FIRST INTERIM AND FINAL APPLICATION OF BIELLI & KLAUDER, LLC FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE,
<u>FOR THE PERIOD FROM APRIL 30, 2025 THROUGH JUNE 30, 2026</u>**

| | |
|---|---|
| Name of Applicant: | Bielli & Klauder, LLC, Counsel to the Chapter 7 Trustee |
| Date of Appointment: | April 30, 2025 |
| Final Period for which compensation and reimbursement is sought: | April 30, 2025 through June 30, 2026 |
| Final amount of compensation sought as actual, reasonable, and necessary: | $18,275.00 |
| Final amount of expenses sought as actual, reasonable, and necessary: | $50.64 |

This is an ☐ interim   ☒ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: MRRC Hold Co. (1242); Rubio's Restaurants, Inc. (0303); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.

Summary of monthly fee applications for interim/final fee period: N/A

| Name of Professional | Position, Area of Expertise, Number of Years in that Position, Year Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David M. Klauder | Partner, Joined Firm in 2015, Member of DE Bar since 2012, Area of Expertise: Bankruptcy | $450.00 | 6.10 | $2,745.00 |
| Thomas D. Bielli | Partner, Joined Firm in 2015 Area of Expertise: Bankruptcy | $400.00 | 27.00 | $10,800.00 |
| Angela L. Mastrangelo | Of Counsel, Joined Firm in 2021 Area of Expertise: Bankruptcy | $350.00 | 9.70 | $3,395.00 |
| Brooke N. Hoffmann | Legal Assistant Joined Firm in 2022 | $150.00 | 8.90 | $1,335.00 |

**FINAL COMPENSATION BY PROJECT CATEGORY**

**April 30, 2025 through June 30, 2026**

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 39.80 | $13,870.00 |
| Asset Analysis and Recovery | 0.70 | $315.00 |
| Relief from Stay / Adequate Protection Proceedings | 2.00 | $870.00 |
| Litigation | 9.20 | $3,220.00 |
| **TOTAL FEES REQUESTED** | **51.70** | **$18,275.00** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Litigation Support Vendors | Parcels | $50.64 |
| **Grand Total** | | **$50.64** |

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MRRC HOLD CO., *et al*., | Case No. 24-11164 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date: TBD at TFR**<br>**Objection Deadline: TBD at TFR** |

**FIRST INTERIM AND FINAL APPLICATION OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM APRIL 30, 2025 THROUGH JUNE 30, 2026**

Pursuant to 11 U.S.C. §§ 330 and 331, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bielli & Klauder, LLC ("BK") hereby requests (the "Application") compensation for its fees and reimbursement for its expenses for professional legal services rendered as counsel to the Chapter 7 Trustee (the "Trustee"), in the amount of $18,325.64 for the period beginning April 30, 2025 through and including June 30, 2026 (the "Final Application Period"). More specifically, BK seeks approval on a final basis for compensation in the amount of $18,275.00 for compensation for its fees together with reimbursement for actual and necessary expenses incurred as counsel to the Trustee in the amount of $50.64. In support of this Application, BK represents as follows.

**BACKGROUND**

1.      On June 5, 2024 (the "Petition Date"), the Debtors filed with this Court voluntary petitions for relief under chapter 11 of the United States Code (the "Bankruptcy Code").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: MRRC Hold Co. (1242); Rubio's Restaurants, Inc. (0303); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.

2. On March 25, 2025 (the "Conversion Date"), this Court entered an order converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code.

3. On April 3, 2025, George L. Miller was appointed as the chapter 7 trustee for the Debtors' cases.

4. Pursuant to the *Order Approving Application of Chapter 7 Trustee George L. Miller, Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedure 2014, for Authority to Employ and Retain Bielli & Klauder, LLC as Counsel to the Chapter 7 Trustee for These Cases Nunc Pro Tunc to April 30, 2025* [D.I. 548] dated June 25, 2025, BK became the attorney of record for the Trustee, *nunc pro tunc* to April 30, 2025.

## JURISDICTION AND VENUE

5. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

## SUMMARY OF SERVICES

6. During the Final Application Period, BK rendered legal services to the Trustee in connection with the chapter 7 cases and on behalf and in accordance with BK's professional responsibilities. The services performed were necessary to the administration of the chapter 7 cases and beneficial at the time they were rendered. BK performed all services for the Trustee in a reasonable amount of time based on the nature and complexity of the issue or task. Given the nature and value of the services provided by BK to the Trustee as described herein, the final

amounts sought under this Application are fair and reasonable pursuant to section 330 of the Bankruptcy Code.

7. The Application contains detailed time entries describing the actual and necessary services provided and expenses incurred by BK during the period covered by such applications, which are referenced as Exhibit A.

8. BK has rendered professional services as counsel to the Trustee as requested and necessary and appropriate in furtherance of the chapter 7 cases.

9. Since the Conversion Date, BK has incurred and paid its actual and necessary expenses.

10. This Application is BK's first interim and final application.

11. BK received no payment and no promise for payment from any source for services rendered in connection with the Trustee other than in accordance with the Bankruptcy Code. There is no agreement or understanding between BK and any other person (other than members of BK) for the sharing of compensation to be received for the services rendered in this case.

## RELIEF REQUESTED

12. For the Final Application Period, BK seeks compensation in the amount of $18,275.00. BK requests that the Court approve one hundred percent (100%) of the fees incurred by BK during the Final Application Period based on the services performed for the Trustee.

13. Also, for the Final Application Period, BK seeks reimbursement of $50.64 in actual and necessary expenses.

14. The professional services and related expenses for which BK requests approval were rendered and incurred in connection with the representation of the Trustee in this chapter 7 cases. BK's services have been necessary and beneficial to the Trustee and the Debtors' estates.

15.    Pursuant to Local Rule 2016-2, BK represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

a.    Copying, printing and scanning charges are $0.10 per page for which charge is reasonable and customary in the legal industry representing costs of copy materials, acquisition, maintenance, storage and operation of copy machines and printers, together with a margin for recovery of lost expenditures.  In addition, BK often utilizes outside copier services for high volume projects, and this Application may seek the recovery of those costs.

b.    Incoming facsimiles are not billed.  BK has not billed for any working meals or staff overtime.

c.    Out-going facsimiles are billed at the rate of $.25 per page. Toll telephone charges are not billed.  In addition, BK utilizes the services of a carrier for high volume, multiple-destination fax transactions, and this Application may seek the recovery of those costs.

16.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given: (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services in non-bankruptcy cases.

16.    BK has reviewed the requirements of Local Rule 2016-2, and this Application and the Exhibits attached hereto comply with Local Rule 2016-2.

17.    A copy of this Application has been sent to the Office of the United States Trustee. Additionally, notice of this Application has been sent to all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, BK respectfully requests approval on a final basis of the sum of $18,325.64 for representation of the Trustee in the above-captioned Debtors' chapter 7 cases. BK's request includes the sum of $18,275.00 for compensation for professional services rendered,

4

and $50.64 for reimbursement of actual and necessary costs and expenses incurred during this Final Application Period; and granting BK such other and further relief as may be just and proper.

Dated: July 16, 2026

**BIELLI & KLAUDER, LLC**

/s/ David M. Klauder
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE  19801
Telephone: (302) 803-4600
dklauder@bk-legal.com

*Counsel to George L. Miller, Chapter 7 Trustee*

5