# Exhibit A

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

July 15, 2026

**George Miller**
Miller, George
1628 John F Kennedy Blvd.
Suite 950
Philadelphia, PA 19103

**Invoice Number: 3449**
Invoice Period: 04-30-2025 - 06-30-2026

Payment Terms: Upon Receipt

**RE: MRRC Hold Co. a/k/a Rubio's**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 04-30-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Correspondence and conference with insurance counsel regarding MFR | | | |
| 05-01-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Correspondence and conference with insurance counsel regarding MFR | | | |
| 05-01-2025 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | | Correspondence with Trustee with respect to 341 and respresenation | | | |
| 05-05-2025 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Calendar 341 meeting and bar dates | | | |
| 05-21-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Correspondence to/from Buyer's counsel regarding Motion for Payment of Administrative Claim for Unpaid Nevada Sales Tax | | | |
| 05-29-2025 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Discuss case with trustee and T. Bielli | | | |
| 05-29-2025 | David Klauder | B110 - Case Administration | 0.20 | 450.00 | 90.00 |
| | | Review DIP order for carve out provision for ch 7 trustee | | | |
| 05-29-2025 | Thomas Bielli | [ALL] Case Administration | 3.50 | 400.00 | 1,400.00 |
| | | Attend 341 meeting of creditors | | | |
| 05-29-2025 | Brooke Hoffmann | B110 - Case Administration | 2.00 | 150.00 | 300.00 |
| | | Draft BK retention application | | | |
| 05-30-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Review file regarding Retention Applciation | | | |
| 05-30-2025 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Prepare certification of counsel and proposed order for omnibus hearing date | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-30-2025 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | File certification of counsel and upload proposed order for omnibus hearing date | | | |
| 06-02-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Review correspondence from client with respect to complaint (Earp, Lease Amendment); review complaint | | | |
| 06-02-2025 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Emails with trustee re: adv complaint filed by buyer | | | |
| 06-02-2025 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Upload Order Scheduling Omnibus Hearing Date to GD | | | |
| 06-03-2025 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | Prepare BK retention application package for filing | | | |
| 06-03-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Correspondence to/from counsel to Gateway El Segundo Fee Owner, LLC regarding Lease | | | |
| 06-03-2025 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | | Correspond with counsel to JOANA FLORES V. RUBIO'S, in State Court | | | |
| 06-04-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Correspond with counsel Rubio's in JOANA FLORES V. RUBIO'S | | | |
| 06-05-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Review, revise and edit BK Retention Applicaiton | | | |
| 06-05-2025 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Prepare BK retention application for filing | | | |
| 06-05-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | review, revise and edit BK Retention Application | | | |
| 06-05-2025 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | File and serve BK retention application | | | |
| 06-12-2025 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Draft certificate of no objection to BK retention application | | | |
| 06-17-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Review, revise and edit automatic stay letter re CA Action | | | |
| 06-18-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings | 0.10 | 450.00 | 45.00 |
| | | Review emails re: state court litigation | | | |
| 06-18-2025 | Thomas Bielli | [ALL] Case Administration | 1.00 | 400.00 | 400.00 |
| | | Attention to Flores stay violation | | | |
| 06-24-2025 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | File CNO regarding BK retention application and upload order for same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-24-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Review file regarding CNO regarding Retention Application; correspondence with team regarding upcoming hearing | | | |
| 06-25-2025 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Upload order approving BK retention application to GD | | | |
| 06-25-2025 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Communications to Chambers regarding cancellation of hearing on July 1st | | | |
| 06-25-2025 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | Draft Agenda cancelling hearing on July 1st | | | |
| 06-25-2025 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | Update master service list | | | |
| 06-25-2025 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | File and serve Agenda cancelling hearing (0.3); circulate as-filed Agenda to Chambers (0.1) | | | |
| 06-25-2025 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | | Review Retention Order | | | |
| 06-25-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Review, revise and edit Agenda | | | |
| 07-07-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings | 0.20 | 450.00 | 90.00 |
| | | Review MFR stip and emails/discussions re: same | | | |
| 07-07-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Review correspondence to/from Defendant's counsel regarding Kyle, Norma vs. Rubio's Restaurants | | | |
| 07-08-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Correspondence with client and Berkley Ins regarding Stipulation for Relief from Stay | | | |
| 07-10-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings | 0.10 | 450.00 | 45.00 |
| | | Emails re: relief from stip proposed by insurance co | | | |
| 07-11-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings | 0.10 | 450.00 | 45.00 |
| | | Emails re; lift stay stip with insurer | | | |
| 07-11-2025 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | | Review correspondence with respect to COC for MFR | | | |
| 07-11-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Review correspondence from Defense counsel in the CA State Court actions involving Flores and Lipham; internal correspondence regarding same | | | |
| 07-14-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Correspond with internal team and with counsel to Elena Medina regarding CA Actions and MFR | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-14-2025 | Brooke Hoffmann | B110 - Case Administration<br>Draft certification of counsel for order approving stipulation | 0.30 | 150.00 | 45.00 |
| 07-14-2025 | Brooke Hoffmann | B110 - Case Administration<br>File Certification of Counsel regarding stipulation with Berkley and upload order for same | 0.30 | 150.00 | 45.00 |
| 07-14-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings<br>Review COC, stip and order re: MFR with insurer and coordinate filing | 0.20 | 450.00 | 90.00 |
| 07-15-2025 | Brooke Hoffmann | B110 - Case Administration<br>Upload Agreed Order Granting Limited Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 to GD (0.1); circulate to stipulated party (0.1) | 0.20 | 150.00 | 30.00 |
| 07-15-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings<br>Review insurer relief from stay order | 0.10 | 450.00 | 45.00 |
| 07-17-2025 | Thomas Bielli | [ALL] Case Administration<br>Status update to client | 0.50 | 400.00 | 200.00 |
| 07-18-2025 | Thomas Bielli | [ALL] Case Administration<br>Correspondence with counsel to CA PI Plaintiff's counsel regarding stipulations for relief from stay | 0.50 | 400.00 | 200.00 |
| 07-22-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings<br>Review emails re: CA state court cases | 0.10 | 450.00 | 45.00 |
| 07-24-2025 | Angela Mastrangelo | B140 - Relief from Stay / Adequate Protection Proceedings<br>B140 - Relief from Stay / Adequate Protection Proceedings. Communication with counsel regarding personal injury actions filed in CA. | 0.30 | 350.00 | 105.00 |
| 07-24-2025 | Thomas Bielli | [ALL] Case Administration<br>Correspond with Plaintiff's counsel and Defense counsel regarding Stip for Relief from Stay | 0.40 | 400.00 | 160.00 |
| 08-11-2025 | Thomas Bielli | [ALL] Case Administration<br>Correspondence with client and Plaintiff's counsel regarding CA action | 0.30 | 400.00 | 120.00 |
| 08-18-2025 | David Klauder | B110 - Case Administration<br>Discuss case status with trustee and T. Bielli | 0.20 | 450.00 | 90.00 |
| 08-18-2025 | Thomas Bielli | [ALL] Case Administration<br>Conference with client regarding sale motion and MORs | 0.30 | 400.00 | 120.00 |
| 08-19-2025 | David Klauder | B110 - Case Administration<br>Discuss various case issues with T. Bielli | 0.20 | 450.00 | 90.00 |
| 08-19-2025 | Brooke Hoffmann | B110 - Case Administration<br>Review recently filed monthly operating reports for prepaid expenses | 0.30 | 150.00 | 45.00 |
| 08-19-2025 | David Klauder | B120 - Asset Analysis and Recovery | 0.20 | 450.00 | 90.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Emails with former debtor's counsel re: potential estate claims | | | |
| 08-19-2025 | David Klauder | B120 - Asset Analysis and Recovery | 0.30 | 450.00 | 135.00 |
| | | Review sale agreement and discuss purchased/excluded assets with T. Bielli | | | |
| 08-19-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Review MOR regarding pre-paid expenses | | | |
| 08-19-2025 | Thomas Bielli | [ALL] Case Administration | 1.50 | 400.00 | 600.00 |
| | | Review Agreement of Sale regarding excluded assets; conference with Trustee team regarding same | | | |
| 08-20-2025 | David Klauder | B120 - Asset Analysis and Recovery | 0.20 | 450.00 | 90.00 |
| | | Emails and discussion re: potential causes of action/assets | | | |
| 08-20-2025 | Thomas Bielli | [ALL] Case Administration | 1.00 | 400.00 | 400.00 |
| | | Attention to potential action against insider and recovery of pre-paid expenses; correspondence with CRO regarding same; conference with client regarding same | | | |
| 08-25-2025 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | | Attention to CRO correspondence; correspond with team regarding follow up for data and info | | | |
| 09-09-2025 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Review email from trustee re: tax return | | | |
| 09-11-2025 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Review email re: litigation matters involving debtor | | | |
| 09-23-2025 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and upload San Diego's Motion for Payment of Administrative Expenses/Claims to GD | | | |
| 10-13-2025 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Review email from creditor atty re: case status inquiry | | | |
| 10-15-2025 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Discussion with T. Bielli re: inquiry on bk case | | | |
| 10-15-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Review correspondence from client and respond to state court counsel in Dylan Sierra v. Rubio's | | | |
| 10-16-2025 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | | Correspondence to from JENNIFER RAVIELE regarding distribution status and timing | | | |
| 10-16-2025 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Emails with creditor re: case status | | | |
| 11-11-2025 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Review, revise and edit Stipulation and Proposed Order for Linh Lipman | | | |
| 11-11-2025 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | | Review of criminal subpoena and email regarding same | | | |
| 11-12-2025 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Correspondence with Trustee regarding criminal subpoena | | | |
| 11-19-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings | 0.20 | 450.00 | 90.00 |
| | | Discuss relief from stay stipulation with T. Bielli | | | |
| 11-19-2025 | Thomas Bielli | [ALL] Case Administration | 1.00 | 400.00 | 400.00 |
| | | Attention to stipulations for relief for Lihn and Flores | | | |
| 11-20-2025 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | Draft COC for Stipulation and edit formatting | | | |
| 11-20-2025 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | File Certification of Counsel for Relief from Stay for Flores & Linh and upload Orders for same | | | |
| 11-20-2025 | David Klauder | B110 - Case Administration | 0.20 | 450.00 | 90.00 |
| | | Various emails re: prep of agenda for 11/25 hearing | | | |
| 11-20-2025 | Brooke Hoffmann | B110 - Case Administration | 0.70 | 150.00 | 105.00 |
| | | Draft Agenda | | | |
| 11-20-2025 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings | 0.10 | 450.00 | 45.00 |
| | | Review COCs for relief from stay orders | | | |
| 11-20-2025 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Review agenda for 11/25 hearing | | | |
| 11-20-2025 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Download and upload Order Approving Stipulation and Agreed Order Granting Linh Lipham and Joana Flores Relief from the Automatic Stay to GD (0.1); circulate same to counsel (0.1) | | | |
| 11-20-2025 | Thomas Bielli | [ALL] Case Administration | 1.00 | 400.00 | 400.00 |
| | | Attention to Stipulations and Order regarding Relief for Lihn and Flores; conference with Defense counsel regarding same | | | |
| 11-20-2025 | Brooke Hoffmann | B110 - Case Administration | 0.50 | 150.00 | 75.00 |
| | | File and serve Agenda in main case and adversary proceeding (0.4); circulate copy to Chambers (0.1) | | | |
| 12-11-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Conference with Tomlin and team regarding next steps | | | |
| 12-11-2025 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Conference with Trustee and Klauder regarding open issues and next steps | | | |
| 01-08-2026 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Correspondence and conference with client and team with respect to potential assets | | | |
| 01-14-2026 | Angela Mastrangelo | B235 - Litigation | 2.90 | 350.00 | 1,015.00 |
| | | B235 - Litigation. Review Petitions and bankruptcy filings and declarations. | | | |
| 01-15-2026 | Angela | B235 - Litigation | 1.90 | 350.00 | 665.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Mastrangelo | | | | |
| | B235 - Litigation. Research and draft 2004 request. | | | | |
| 01-16-2026 | Angela Mastrangelo | B235 - Litigation | 2.00 | 350.00 | 700.00 |
| | B235 - Litigation. Research and continue draft 2004 request. | | | | |
| 01-16-2026 | Angela Mastrangelo | B235 - Litigation | 0.20 | 350.00 | 70.00 |
| | B235 - Litigation. Communication with T. Bielli regarding 2004. | | | | |
| 01-21-2026 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | Review 2004 demand to Golub | | | | |
| 01-21-2026 | David Klauder | B110 - Case Administration | 0.30 | 450.00 | 135.00 |
| | Review and edit 2004 request to Golub | | | | |
| 01-21-2026 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | Coordinate delivery of letter to GCDM Holdings | | | | |
| 01-21-2026 | Angela Mastrangelo | B235 - Litigation | 1.00 | 350.00 | 350.00 |
| | B235 - Litigation. Research information regarding Golob and review and revise 2004 letter to Golub. | | | | |
| 01-21-2026 | Angela Mastrangelo | B235 - Litigation | 0.40 | 350.00 | 140.00 |
| | B235 - Litigation. Communication with T. Bielli and D. Klauder regarding 2004 letter to Golub. | | | | |
| 01-26-2026 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | Emails with Golub counsel re: 2004 request | | | | |
| 01-26-2026 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | Correspondence to/from counsel to Golub regarding 2004 | | | | |
| 01-26-2026 | Angela Mastrangelo | B235 - Litigation | 0.10 | 350.00 | 35.00 |
| | B235 - Litigation. Communication regarding 2004 letter and conference call. | | | | |
| 02-02-2026 | David Klauder | B110 - Case Administration | 0.50 | 450.00 | 225.00 |
| | Review 2004 request and call with Golub counsel re: same | | | | |
| 02-02-2026 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | Prepare for conference call with Golub's counsel | | | | |
| 02-02-2026 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | Conference call with Golub's counsel | | | | |
| 02-06-2026 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | Review and respond to correspondence from Huy Tran regarding BK status and state court cases | | | | |
| 02-13-2026 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | Correspondence to/from State Court Counsel in CA re status | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-13-2026 | Angela Mastrangelo | B235 - Litigation | 0.20 | 350.00 | 70.00 |
| | | B235 - Litigation. Communication with T. Bielli and counsel regarding 2004 and conference. | | | |
| 02-16-2026 | Angela Mastrangelo | B110 - Case Administration | 0.20 | 350.00 | 70.00 |
| | | B110 - Case Administration. Communication with T. Bielli and counsel to Rubio's regarding 2004. | | | |
| 02-17-2026 | Angela Mastrangelo | B235 - Litigation | 0.30 | 350.00 | 105.00 |
| | | B235 - Litigation. Conference call with T. Bielli and counsel to Rubio regarding 2004 request. | | | |
| 02-17-2026 | David Klauder | B110 - Case Administration | 0.20 | 450.00 | 90.00 |
| | | Discussion re: discovery requests | | | |
| 02-17-2026 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Conference call with counsel to Golub Capital regarding document production | | | |
| 02-23-2026 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Review email from Golub counsel re: document production | | | |
| 02-23-2026 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Attention to document production from Golub/Golub's counsel | | | |
| 02-24-2026 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Circulate 2004 production to Trustee's team | | | |
| 02-24-2026 | David Klauder | B110 - Case Administration | 0.20 | 450.00 | 90.00 |
| | | Initial review of documents produced by Golub | | | |
| 03-02-2026 | Angela Mastrangelo | B235 - Litigation | 0.20 | 350.00 | 70.00 |
| | | B235 - Litigation. Communication from counsel regarding document production. | | | |
| 03-31-2026 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Discuss insurance case settlement with T. Bielli | | | |
| 04-01-2026 | David Klauder | B110 - Case Administration | 0.40 | 450.00 | 180.00 |
| | | Review insurance settlement agreements and discuss with T. Bielli; follow up emails re: same | | | |
| 04-01-2026 | Thomas Bielli | [ALL] Case Administration | 1.00 | 400.00 | 400.00 |
| | | Correspondence to/from Defense counsel and Trustee with respect to Settlement Agreements | | | |
| 04-09-2026 | David Klauder | B140 - Relief from Stay / Adequate Protection Proceedings | 0.50 | 450.00 | 225.00 |
| | | Review email from insurance counsel and discuss with T. Bielli, email response re; same | | | |
| 04-09-2026 | Thomas Bielli | [ALL] Case Administration | 0.20 | 400.00 | 80.00 |
| | | Review and revise response to counsel in the Flores matter | | | |
| 04-16-2026 | Thomas Bielli | [ALL] Case Administration | 0.30 | 400.00 | 120.00 |
| | | Review and respond to Defense counsel's inquiry in Dylan Sierra matter? | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-01-2026 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Attention to potential cause of action as to Golub | | | |
| 06-01-2026 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Discuss case status with T. Bielli | | | |
| 06-02-2026 | Thomas Bielli | [ALL] Case Administration | 0.50 | 400.00 | 200.00 |
| | | Correspondence to/from team regarding no causes of action | | | |
| 06-03-2026 | David Klauder | B110 - Case Administration | 0.10 | 450.00 | 45.00 |
| | | Emails with trustee re: case status | | | |
| | | **Total** | | | 18,275.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Angela Mastrangelo | 9.70 | 3,395.00 |
| Brooke Hoffmann | 8.90 | 1,335.00 |
| David Klauder | 6.10 | 2,745.00 |
| Thomas Bielli | 27.00 | 10,800.00 |
| **Total** | | 18,275.00 |

| Task | Hours | Amount |
|---|---|---|
| B110 - Case Administration | 12.80 | 3,070.00 |
| B120 - Asset Analysis and Recovery | 0.70 | 315.00 |
| B140 - Relief from Stay / Adequate Protection Proceedings | 2.00 | 870.00 |
| B235 - Litigation | 9.20 | 3,220.00 |
| [ALL] Case Administration | 27.00 | 10,800.00 |
| **Total Fees** | | 18,275.00 |

## Expenses

| Expense | Description | Amount |
|---|---|---|
| None | Parcels Invoice No. 1185163 | 50.64 |
| | **Total Expenses** | 50.64 |

| | |
|---|---|
| **Total for this Invoice** | 18,325.64 |



Pay by **clicking here** or by scanning the QR code

We appreciate your business