**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MRRC HOLD CO., *et al.*, | Case No. 24-11164 (CTG) |
| Debtors.[1] | (Jointly Administered) |

**<u>CERTIFICATION OF DAVID M. KLAUDER</u>**

I, David M. Klauder, hereby certify under the penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1.      I am an attorney and counselor at law, admitted to practice in the State of Delaware and in this Court.

2.      I am a Partner with the law firm of Bielli & Klauder, LLC ("<u>BK</u>"), 1204 N. King Street, Wilmington, DE 19801.

*3.*      This certification is submitted in support of the *First Interim and Final Fee Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee, for the Period from April 30, 2025 Through June 30, 2026* ( the "<u>Application</u>"), and all capitalized terms not otherwise defined herein are defined in accordance with their usage in the Application.

4.      I am familiar with the legal services rendered by BK as counsel for Chapter 7 Trustee George L. Miller, from April 30, 2025, Through June 30, 2026. I am also familiar with the compensation and reimbursement sought by the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: MRRC Hold Co. (1242); Rubio's Restaurants, Inc. (0303); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.

2

5.      I have reviewed the Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. I have also reviewed Local Rule 2016-2 and submit that the Application substantially complies with Local Rule 2016-2.


Dated: July 16, 2026                        */s/ David M. Klauder*
                                            David M. Klauder (No. 5769)