**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MRRC HOLD CO., *et al*., | Case No. 24-11164 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. _____** |

**ORDER APPROVING FIRST INTERIM AND FINAL APPLICATION OF
BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM
APRIL 30, 2025 THROUGH JUNE 30, 2026**

Bielli & Klauder, LLC ("BK"), counsel to George L. Miller, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of MRRC Hold Co., *et al*., (the "Debtors"), having filed the *First Interim and Final Fee Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee, for the Period from April 30, 2025 Through June 30, 2026* (the "Application"); and parties-in-interest having received adequate notice; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is hereby;

ORDERED that the Application is granted, and BK is allowed (a) final compensation in the amount of $18,275.00 for services rendered to Trustee, together with reimbursement for actual and necessary expenses incurred in the amount of $50.64 for the final period from April 30, 2025 through June 30, 2026 and it is further;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: MRRC Hold Co. (1242); Rubio's Restaurants, Inc. (0303); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.

2

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order.