**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| MRRC HOLD CO., *et al*., | Case No. 24-11164 (CTG) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, David M. Klauder, Esquire, certify that on July 16, 2026, the *First Interim and Final Fee Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee, for the Period from April 30, 2025 Through June 30, 2026* was served by CM/ECF on the relevant parties in the case and via electronic mail on the parties on the attached Service List.

Dated: July 16, 2026

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
dklauder@bk-blegal.com

*Counsel to Chapter 7 Trustee*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: MRRC Hold Co. (1242); Rubio's Restaurants, Inc. (0303); and Rubio's Incentives, LLC (9359). The Debtors' mailing address is 2200 Faraday Avenue, Suite 250, Carlsbad, CA 92008.