## SERVICE LIST

Mark W. Eckard, Esquire
Thomas Joseph Francella, Jr., Esquire
Raines Feldman Littrell, LLP
824 North Market St., Suite 805
Wilmington, DE 19801
meckard@raineslaw.com
TFrancella@raineslaw.com

Kyra E. Andrassy, Esquire
Hamid R. Rafatjoo, Esquire
Raines Feldman Littrell LLP
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Kandrassy@raineslaw.com
hrafatjoo@raineslaw.com

David S. Forsh, Esquire
Raines Feldman Littrell LLP
1350 Avenue of the Americas
22nd Floor
New York, NY 10019
dforsh@raineslaw.com

Robert S. Marticello, Esquire
Raines Feldman Littrell LLP
3200 Park Center Drive, Ste 250
Costa Mesa, CA 92626
rmarticello@raineslaw.com

Jonathan Lipshie, Esquire
844 N. King Street, Ste 2207
Wilmington, DE 19801
jon.lipshie@usdoj.gov

Linda Richenderfer, Esquire
844 King Street, Ste 2207
Wilmington, DE 19801
Linda.Richenderfer@usdoj.gov

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Margaret Vesper, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor

Wilmington, Delaware 19801-3034
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, Indiana 46204
rtucker@simon.com

John A. Lapinski, Esquire
Offit Kurman, P.C.
445 South Figueroa Street, 18th Floor
Los Angeles, California 90071
john.lapinski@offitkurman.com

J. Bennett Friedman, Esquire
Friedman Law Group, P.C.
1901 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
jfriedman@flg-law.com

Rachel B. Mersky, Esquire
Monzack Mersky and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Margaret A. Vesper, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
heilmanl@ballardspahr.com
 roglenl@ballardspahr.com
vesperm@ballardspahr.com

Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
Sara Shahbazi, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
branchd@ballardspahr.com

zarnighiann@ballardspahr.com
shahbazis@ballardspahr.com

Evan Rassman, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
500 Delaware Avenue, Suite 730
Wilmington, DE 19801
erassman@cohenseglias.com

Jamie Altman Buggy, Esquire
Fernando Landa, Esquire
Harvest LLP
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
jbuggy@harvestllp.com
flanda@harvestllp.com

Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

Robert L. LeHane, Esquire
Jennifer D. Raviele, Esquire
Katherine M. Cavins, Esquire
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
KDWBankruptcyDepartment@kelleydrye.com
rlehane@kelleydrye.com
jraviele@kelleydrye.com
kcavins@kelleydrye.com

Brian J. McLaughlin, Esquire
Offit Kurman, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

Jamie Altman Buggy, Esquire
Fernando Landa, Esquire
Harvest LLP
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

jbuggy@harvestllp.com
flanda@harvestllp.com

Lee Harrington
Ascendant Law Group LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810
lh@ascendantlawgroup.com

David M. Reeder, Esquire
Reeder Law Corporation
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
david@reederlaw.com

Ernie Zachary Park, Esquire
Bewley, Lassleben & Miller, LLP
13215 E. Penn St., Suite 510
Whittier, CA 90602
Ernie.park@bewleylaw.com

Samuel C. Wisotzkey, Esquire
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

Dawn M. Coulson, Esquire
1230 Crenshaw Boulevard, Suite 200
Torrance, CA 90501
dawn@eppscoulson.com
bkollman@eppscoulson.com

Kristin A. Zilberstein, Esquire
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606
bankruptcy@zbslaw.com